

September 23, 2024
Policy Number: 963439874
Claim Number:  24-870759384
Progressive Entity:  Progressive Southeastern Insurance Company

I certify that each of the following is true regarding the attached records, to the best of my knowledge and belief:

1.  I am an employee familiar with the manner and process in which these records are created and maintained by virtue of my duties and responsibilities;

2.  The records were made at or near the time of the occurrences of the matters set forth by, or from information transmitted by, people with knowledge of those matters;

3.  The records were kept in the course of regularly conducted business activity; and

4.  It was the regular practice of the business activity to make the record.

*Kyle Painley*

*Kyle Painley*

LATORRE INSURANCE
124 N MCDOWELL ST
CHARLOTTE, NC 28204



**Named insured**

Charlotte Shotcrete Services LLC
1504 Tessava Ct
Charlotte, NC 28210

**Policy number:   963439874**

Underwritten by:
Progressive Southeastern Ins Co
November 16, 2022
Policy Period: Nov 16, 2022 - Nov 16, 2023
Page 1  of  2

**agent.progressive.com**
**Online Service**
Make payments, check billing activity, print policy documents, update your policy or check the status of a claim.

**1-844-566-8181**
**LATORRE INSURANCE**
Contact your agent for personalized service.

**1-800-444-4487**
For customer service if your agent is unavailable or to report a claim.

# Commercial Auto
# Insurance Coverage Summary
## This is your Declarations Page

Your coverage began the later of November 16, 2022 at 12:01 a.m. or the effective time shown on your application. This policy period ends on November 16, 2023 at 12:01 a.m.

Your insurance policy and any policy endorsements contain a full explanation of your coverage. The policy limits  shown for an auto may not be combined with the limits for the same coverage on another auto, unless the policy contract allows the stacking of limits. The policy contract is form 6912 (02/19). The contract is modified by forms 2852NC (02/19), 4757 (02/19), Z311 (02/19), Z313 (04/21), 4852NC (02/19), 4881NC (02/19) and Z228 (01/11).

The named insured organization type is a corporation.

## Outline of coverage

| Description | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | ■ |
| Bodily Injury and Property Damage Liability | $750,000 combined single limit | | ■ |
| Uninsured/Underinsured Motorist | $750,000 combined single limit | | ■ |
| Uninsured Motorist Property Damage | Included in combined single limit | ■ | ■ |
| Medical Payments | $5,000 each person | | ■ |
| Comprehensive | | | ■ |
| See Auto Coverage Schedule | Limit of liability less deductible | | |
| Collision | | | ■ |
| See Auto Coverage Schedule | Limit of liability less deductible | | |
| Rental Reimbursement | | | ■ |
| See Auto Coverage Schedule | | | |
| Roadside Assistance | | | ■ |
| See Auto Coverage Schedule | Limit of liability less deductible | | |
| **Total 12 month policy premium** | | | ■ |

## Rated drivers

1. Francisco Serna
2. Xavier Gonzalez
3. Chase Mcelroy


Continued
Form 6489 NC (07/20)

## Auto coverage schedule

1. **2022 RAM 5500** Stated Amount: * $76,000 (including Permanently Attached Equip)
   VIN: **3C7WRNFL9NG397485** Garaging Zip Code: 28078 Radius: 100 miles
   Personal use: Y Body type: Pickup Truck

| Liability Premium | Liability Premium | UM/UIM Premium | UM PD Premium | Med Pay Premium | |
|---|---|---|---|---|---|
| | ■ | ■ | ■ | ■ | |

| Physical Damage Premium | Comp Deductible | Comp Premium | Collision Deductible | Collision Premium | |
|---|---|---|---|---|---|
| | | | | | |

| Other Coverages Premium | Rental Limit | Rental Premium | Roadside Deductible | Roadside Premium | Auto Total |
|---|---|---|---|---|---|
| | ■ per day Max ■ | ■ | ■ | ■ | ■ |

*A vehicle's stated amount should indicate its current retail value, including any special or permanently attached equipment. In the event of a total loss, the maximum amount payable is the lesser of the Stated Amount or Actual Cash Value, less deductible. Be sure to check stated amount at every renewal in order to receive the best value from your Progressive Commercial Auto policy.

## Premium discounts

| Policy | |
|---|---|
| 963439874 | Electronic Funds Transfer and Multi-Product |

## Loss Payee information

1. Loss Payee    Auto 1    CHRYSLER CAPITAL (LOAN)
   PO BOX 3610
   CARMEL, IN 46082
   2022 RAM 5500 (3C7WRNFL9NG397485)

## Notice of underwriting and rating decision

Thank you for choosing a Progressive Insurance Group company for your insurance needs.  Our goal is to provide you with an outstanding insurance experience at a competitive price.

When you quote, buy, renew or make changes to your policy, we obtain information from you and other sources.  This may include information from your driving history, comprised of motor vehicle reports as well as credit reports.  This allows us to give you a rate that better reflects your individual risk factors.

Under the federal Fair Credit Reporting Act, an insurer is required to send its customers a notice of "adverse action" if the insurer uses certain information from outside sources and, based on that information, the insurance is denied or cancelled, or there is an increase in the charge for the insurance.  Some state laws require the notice when the customer is not placed in the insurer's very best rating category, even though this information may place a customer in an excellent rating category and, in many cases, actually improve the customer's rate.

We are providing this notice to comply with these legal requirements to notify you, and to help you understand better the information we use.

If you believe the information we used is incorrect or incomplete, or if you have questions about our use of this information, please refer to the procedures under the heading, "What should I do if I have a question?"

### Description of the action taken:
You were not given our best underwriting or rating classification.

### What was the effect of the action?
We did not give you our lowest premium due to driving or claims history information shown on the enclosed driving history notice.

### Who took the action?
The action was taken by Progressive Southeastern Ins Co, which underwrote, priced and issued the policy, using consumer reports obtained by Progressive Casualty Insurance Company.

### Who provided the information?

Driving history information was provided by:

LexisNexis Risk Solutions
P.O. Box 105108
Atlanta, GA 30348-5108
1-800-456-6004
www.consumerdisclosure.com


Claims information was provided by:

LexisNexis Risk Solutions
P.O. Box 105108
Atlanta, GA 30348-5108
1-800-456-6004
www.consumerdisclosure.com



**What should I do if I have a question?**

If you have a question about the information in your driving history, please contact the vendor who provided the information as shown above. You may obtain a free copy of your motor vehicle report (contains driving history information) for 60 days after you receive this notice. You may also dispute the report's accuracy or completeness with the vendor who provided the information. If your question concerns our use of information in your driving history or if you need assistance with obtaining the report, please call Customer Service at 1-800-444-4487.

If you have a question about the information in your claims history, please contact the vendor who provided the information as shown above. You may obtain a free copy of your claim report for 60 days after you receive this notice. You may also dispute the report's accuracy or completeness with the vendor who provided the information. If your question concerns our use of information in your claims history report, or if you need assistance with obtaining the report, please call Customer Service at 1-800-444-4487.

The consumer reporting agencies who provided us with information about you did not make the underwriting and rating decision described in this notice, and cannot explain why the action was taken. If the information in a report is incorrect, you may call Customer Service for a review of your premium after the report has been corrected by the consumer reporting agency.

Since information contained in your consumer reports affects your premium, it is important for you to ensure that information in the reports is accurate.

**How can I get more information?**

For 90 business days after we send this notice, you may obtain in writing the specific information supporting our reasons for this action, if the information is not stated above or protected from disclosure by law. You may also:

- learn about and access recorded information about you
- request correction of the information and reconsideration of any underwriting decision based on incorrect information
- file a statement setting forth what you think is the correct information, and why you disagree with any refusal to correct the information; and
- learn the identity of others to whom we may have disclosed this information in the previous two years.

To do so, send a written request to Customer Service, PO Box 94739, Cleveland, OH 44101 describing the kind of information you want to review. Include your full name, mailing address, and policy number (if applicable).

Form 6487C (07/13)

LATORRE INSURANCE
124 N MCDOWELL ST
CHARLOTTE, NC 28204



**Policy number: 963439874**
Underwritten by:
Progressive Southeastern Ins Co
November 16, 2022
Policy Period: Nov 16, 2022 - Nov 16, 2023

Charlotte Shotcrete Services LLC
1504 TESSAVA CT
CHARLOTTE, NC 28210

# Welcome to Progressive
## Your coverage began on November 16, 2022

Thank you for purchasing your policy from LATORRE INSURANCE. With the #1 Commercial Auto insurer, you can rest assured that we're here for you and your business anytime with the specialized service you deserve.

## Enclosed you will find

- Your Commercial Auto Insurance Coverage Summary (Declarations Page)
- Your policy contract
- Your permanent identification (ID) cards

## Contact LATORRE INSURANCE for personalized service at 1-844-566-8181

As an independent agency, **LATORRE INSURANCE** provides a high level of service and counsel that is personalized to your needs and lifestyle.  Please contact your agency for servicing your policy or for other insurance needs.  If you need service when your agency is not available call 1-800-444-4487, 24 hours a day, 7 days a week.

## Access your policy online, anytime

Don't forget that you can always log in to your policy online to make changes, pay your bill, check the status of a claim, or access policy documents anytime. Just visit us at agent.progressive.com.

## Call 1-800-274-4499 to report a claim

We get to work on your claim quickly, providing clear communication throughout the claim and repair process. A dedicated, commercial claims rep will help get you back on the road—and back to work—fast.

Form WELCLTRAGENCY (02/16)

## Driver History

Please provide a copy of this notice to the driver. It contains important information concerning the driver's right to obtain a copy of the MVR report and dispute its accuracy or completeness.

Progressive uses driving and claims history to determine your premium. Driving history may include events such as motor vehicle violations, at-fault accidents, and not-at-fault accidents.

We obtain driving and claims history from one or more of the following sources:

- Your application (APP)
- Motor Vehicle Reports and/or court data (MVR) - provided by a consumer reporting agency
- Comprehensive Loss Underwriting Exchange (CLUE) - provided by a consumer reporting agency

We considered the following events:

### Chase Mcelroy

| Date | Description | Source/Consumer Reporting Agency |
|---|---|---|
| Apr 7, 2022 | At Fault Accident - No Charge | CLUE/LexisNexis, MVR/LexisNexis |

Where applicable, driving history and claim information provided by the following consumer reporting agencies:

LexisNexis Risk Solutions
P.O. Box 105108
Atlanta, GA 30348-5108
1-800-456-6004
www.consumerdisclosure.com

## What should I do if I have a question?

If you have a question about the information in your driving or claims history, please contact the consumer reporting agency who provided the information as shown above. You may obtain a free copy of your motor vehicle report, which contains driving history information, for 60 days after you receive this notice. You may also dispute the report's accuracy or completeness with the agency who provided the information. If your question concerns our use of information in your driving history or if you need assistance with obtaining the report, please call us.

Form 6196 (10/17)

**Provider Network Program**

If you're hurt in an accident that's covered by your Progressive policy, you may have access to a network of medical providers in your area who can treat you. These providers may offer reduced rates through the network that could allow you to get more treatment if necessary.

Visit progressive.com/providernetworks anytime to find out what provider networks are available in your area. The claim representative handling your medical claim will also be able to provide this information if you're in an accident.

**You are under no obligation to use any network referenced above. You're free to see a medical service provider of your choice.** Using a provider within the network doesn't necessarily mean that we'll cover the cost of their services. If you're in an accident, always check with the claim representative handling your medical claim to confirm what's covered.

Form Z271 (01/12)

## Privacy Policy/Opt-Out

### About this notice

We are committed to protecting your privacy and earning your trust. This Privacy Policy ("**notice**") describes the personal information we collect about you and how we use and protect it. It applies to our current and former customers and others who live in your state. It replaces earlier versions that we may have given to you.

### Summary

This section summarizes our privacy practices. For more detail, please read the entire notice.

- We gather information from you, your transactions with us, and outside sources.
- We use your information only to conduct our business and provide insurance to you.
- We will share your information with your selected agent or broker and companies that provide certain products or services you request through us.
- We will not share your information with other companies for their independent marketing purposes without your consent.
- You can limit our use of some of this information for marketing purposes.
- We limit access to your information and use safeguards to help protect it.
- You may review and correct your information.

### What information do you collect about me?

We collect information about you to quote and service your insurance policy. This is called "**Nonpublic Personal Information**" or "**NPI**" if it identifies you and is not available to the public. Depending on the product, we collect it from some or all of the following sources. We have provided a few examples for each source, but not all may apply to you.

- **Application information:** You provide this on your application, through your agent or broker, by phone, or online. We may also obtain it from directories and other outside sources. It includes your name, street and e-mail addresses, phone number, driver's license number, Social Security number, date of birth, gender, marital status, and type of vehicle. It also includes information about other drivers.

- **Consumer report information:** We obtain this from consumer reporting agencies. It includes your driving record, claims history with other insurers, and credit report information. The information is kept by the consumer reporting agencies and disclosed by them to others as permitted by law.

- **Transaction information:** This is information about your transactions with us, our affiliates, or others. It includes your insurance coverages, limits and rates, and payment and claims history. It also includes information that we require for billing and payment.

We also may collect "**Website Information**" about you. This is unique to Internet activity. It may include how you linked to our website. It also may include your IP address and information about your device, time of visit, and what pages you visit on our website. When you visit our websites, we use cookies, web beacons, and other technology to collect information about you and your activities on our websites. We do this to provide services to you, enhance your online experience, and advertise our products and services. Some of our websites contain more information about our website privacy practices. Please read it when using the sites.



**Who might get information about me from you?**

We will share information about you only as permitted by law. We will not share your NPI with other companies for their independent marketing purposes without your consent. There is no need to "opt out" or tell us not to do this.

Disclosures include those that we feel are required to provide insurance claims or customer service, prevent fraud, perform research or comply with the law. Recipients include, for example, our family of companies, claims representatives, service providers, consumer reporting agencies, insurance agents and brokers, law enforcement, courts and government agencies. They may disclose the information to others as permitted by law. For example, consumer reporting agencies may disclose Transaction Information received from us to other insurance companies with which you do business.

Where permitted by law, we may also disclose Application or Transaction Information to service providers that help us market our products. These service providers may include financial institutions with which we have joint marketing agreements.

Some products or services obtained through us will be provided by other companies. We may share your information with these companies. They will use the information as described in their privacy policies. These companies may share with us information about you and your transactions with them.

**Can I limit use of my information for marketing?**

We may share your NPI among our family of companies so they may offer products and services to you. You may limit some of this marketing by calling us at 1-844-582-5040. Your choice will apply to all people listed on your policy.

**How do you protect my information?**

We restrict access to your information to our employees and others who we feel must use it to provide our products and services or otherwise run our business. Their use of the information is limited by law, our employee code of conduct, and written agreements where appropriate. We also maintain physical, electronic and procedural safeguards to protect your information.

**How can I review and correct information you have about me?**

To review information we have about you, send a written request to Customer Service, PO Box 94739, Cleveland, OH 44101. You must describe the kind of information you want to review and state that your request is in response to this notice. Include your full name, mailing address, and policy number (if applicable). Within 30 business days, we will describe what is available and how you may request corrections. We will also name anyone we show as having received the information within two years prior to your request. Finally, we will identify the companies that have provided Consumer Report Information about you.

You may review the information at our offices or receive a copy of it for a fee to cover our costs. We will not provide information that we feel is privileged, such as information about insurance claims or lawsuits.

To correct information about you, send a written request as described above, explaining your desired correction. Within 30 business days, we will either make the requested correction or tell you why we will not. We cannot correct Consumer Report Information. To do this, you must contact the consumer reporting agency that provided it.

If we make your requested correction, we will notify you in writing. We will also notify anyone you name who may have received the information within the previous two years. If required by law, we will also notify others who may have given it to or received it from us. If we refuse to make the requested correction, you may file with us a concise written statement about why you object. That statement should include the information you think is correct. We will include your statement in your file. We will send it to the same persons to whom we would send a copy of any correction or change.



## Our family of companies

This notice is from our family of companies. As of the date of this notice, this includes: Artisan and Truckers Casualty Company, Blue Hill Specialty Insurance Company, Drive New Jersey Insurance Company, Mountain Laurel Assurance Company, National Continental Insurance Company, Progny Agency, Inc., Progressive Adjusting Company, Inc., Progressive Advanced Insurance Company, Progressive Advantage Agency, Inc., Progressive American Insurance Company, Progressive Auto Pro Insurance Agency, Inc., Progressive Bayside Insurance Company, Progressive Casualty Insurance Company, Progressive Choice Insurance Company, Progressive Classic Insurance Company, Progressive Commercial Advantage Agency, Inc., Progressive Commercial Casualty Company, Progressive County Mutual Insurance Company, Progressive Direct Insurance Company, Progressive Express Insurance Company, Progressive Freedom Insurance Company, Progressive Garden State Insurance Company, Progressive Gulf Insurance Company, Progressive Hawaii Insurance Corp., Progressive Life Insurance Company, Progressive Marathon Insurance Company, Progressive Max Insurance Company, Progressive Michigan Insurance Company, Progressive Mountain Insurance Company, Progressive Northern Insurance Company, Progressive Northwestern Insurance Company, Progressive Paloverde Insurance Company, Progressive Preferred Insurance Company, Progressive Premier Insurance Company of Illinois, Progressive Security Insurance Company, Progressive Select Insurance Company, Progressive Southeastern Insurance Company, Progressive Specialty Insurance Company, Progressive Universal Insurance Company, Progressive West Insurance Company, United Financial Casualty Company, and 358 Ventures, Inc. Our family of companies also includes ARX Holding Corp. and the entities that it directly or indirectly majority owns or controls. Those companies are governed by a separate privacy policy available at americanstrategic.com.

Form 6488 (02/20)

NOTICE OF RIGHT TO PURCHASE HIGHER LIMITS OF UM/UIM

NOTICE: YOU ARE REQUIRED TO PURCHASE UNINSURED MOTORIST BODILY INJURY COVERAGE, UNINSURED MOTORIST PROPERTY DAMAGE COVERAGE AND, IN SOME CASES, UNDERINSURED MOTORIST BODILY INJURY COVERAGE. THIS INSURANCE PROTECTS YOU AND YOUR FAMILY AGAINST INJURIES AND PROPERTY DAMAGE CAUSED BY THE NEGLIGENCE OF OTHER DRIVERS WHO MAY HAVE LIMITED OR ONLY MINIMUM COVERAGE OR EVEN NO LIABILITY INSURANCE. YOU MAY PURCHASE UNINSURED MOTORIST BODILY INJURY COVERAGE AND, IF APPLICABLE, UNDERINSURED MOTORIST COVERAGE WITH LIMITS UP TO ONE MILLION DOLLARS ($1,000,000) PER PERSON AND ONE MILLION DOLLARS ($1,000,000) PER ACCIDENT OR AT SUCH LESSER LIMITS YOU CHOOSE. YOU CANNOT PURCHASE COVERAGE FOR LESS THAN THE MINIMUM LIMITS FOR THE BODILY INJURY AND PROPERTY DAMAGE COVERAGE THAT ARE REQUIRED FOR YOUR OWN VEHICLE. IF YOU DO NOT CHOOSE A GREATER OR LESSER LIMIT FOR UNINSURED MOTORIST BODILY INJURY COVERAGE, A LESSER LIMIT FOR UNINSURED MOTORIST PROPERTY DAMAGE COVERAGE, AND/OR A GREATER OR LESSER LIMIT FOR UNDERINSURED MOTORIST BODILY INJURY COVERAGE, THEN THE LIMITS FOR THE UNINSURED MOTORIST BODILY INJURY COVERAGE AND, IF APPLICABLE, THE UNDERINSURED MOTORIST BODILY INJURY COVERAGE WILL BE THE SAME AS THE HIGHEST LIMITS FOR BODILY INJURY LIABILITY COVERAGE FOR ANY ONE OF YOUR OWN VEHICLES INSURED UNDER THE POLICY AND THE LIMITS FOR THE UNINSURED MOTORIST PROPERTY DAMAGE COVERAGE WILL BE THE SAME AS THE HIGHEST LIMITS FOR PROPERTY DAMAGE LIABILITY COVERAGE FOR ANY ONE OF YOUR OWN VEHICLES INSURED UNDER THE POLICY. IF YOU WISH TO PURCHASE UNINSURED MOTORIST AND, IF APPLICABLE, UNDERINSURED MOTORIST COVERAGE AT DIFFERENT LIMITS THAN THE LIMITS FOR YOUR OWN VEHICLE INSURED UNDER THE POLICY, THEN YOU SHOULD CONTACT YOUR INSURANCE COMPANY OR AGENT TO DISCUSS YOUR OPTIONS FOR OBTAINING DIFFERENT COVERAGE LIMITS. YOU SHOULD ALSO READ YOUR ENTIRE POLICY TO UNDERSTAND WHAT IS COVERED UNDER UNINSURED AND UNDERINSURED MOTORIST COVERAGES.

Form NC0340 (02/10)

## Agent compensation disclosure

The insurance producer that sold you this policy is a licensed independent insurance agent authorized by Progressive Southeastern Ins Co and by other insurance companies to solicit business on their behalf. We believe that independent agents who represent more than one company can better assist you in finding the combination of coverage, price and service that meets your needs.

We will pay your agent a commission for placing your policy with us. We may also help your agent pay for advertising and marketing that is designed to attract new customers.

Your agent may also be eligible for additional compensation, based upon the volume and profitability of certain business he or she places with us.

Form Z181 (05/05)

## Rental Reimbursement Coverage Endorsement

Except as specifically modified in this endorsement, all provisions of the Commercial Auto Policy apply.

**We** agree with **you** that the insurance provided under **your** Commercial Auto Policy is modified as follows:

### Insuring Agreement

Subject to the Limits of Liability, if **you** pay the premium for Rental Reimbursement Coverage, **we** will reimburse rental charges incurred when **you** rent an **auto** pursuant to a written rental agreement due to a **loss** to an **insured auto** that has Rental Reimbursement Coverage under this policy. This coverage applies only if **you** have purchased Collision Coverage and either Comprehensive Coverage or Fire and Theft With Combined Additional Coverage for that **insured auto** and the **loss** is covered under one of those coverages. If neither **you** nor **we** can locate a **reasonable replacement auto**, **we** will pay **you** the daily limit instead.

Additional charges for fuel are not covered. **We** will pay no more than the specified daily limit, including additional insurance, damage waivers, and/or equipment.

The maximum **we** will pay is the daily amount shown on the **declarations page** up to the number of days shown on the **declarations page**.

If Rental Reimbursement Coverage applies, no other coverage under this policy for rental expenses will apply.

Rental charges will be reimbursed beginning:

1. When the **insured auto** cannot be used for its intended purpose due to a **loss**; or
2. If the **insured auto** can be operated for its intended purpose, when **you** deliver the **insured auto** to an auto repair shop for repairs due to the **loss**; and ending the earliest of:

1. When the **insured auto** has been returned to **you**;
2. When the **insured auto** has been repaired;
3. When the **insured auto** has been replaced;
4. 72 hours after **we** make an offer to settle the **loss** if the **insured auto** is deemed by **us** to be a total loss; or
5. When **you** incur 30 days worth of rental charges.

**You** must provide **us** written proof of **your** rental charges to be reimbursed.

### Additional Coverage

When Rental Reimbursement Coverage applies, **we** will consider the rented **auto** to be an **insured auto** for coverage under Part II - Damage To Your Auto.  The rented **auto** will have the same coverages that **you** have purchased for the **insured auto** that the rented **auto** replaces, and the same deductible will apply.

### Definition

**"Reasonable replacement auto"** means an **auto** of the same type as the **insured auto** that is out of service, or an **auto** of a different type that can be used in a manner comparable to the **insured auto** that will permit **you** to continue **your** business operations. This may include the rental of a larger or heavier duty **auto** if it will allow **you** to continue to operate **your** business, if the rental is within the daily rate stated on the **declarations page**.

### Limits of Liability

The limit shown on the **declarations page** is the most **we** will pay under this endorsement for a **loss** to any one **insured auto.**

**ALL OTHER TERMS, LIMITS, AND PROVISIONS OF THE POLICY REMAIN UNCHANGED.**

Form Z311 (02/19)

## Roadside Assistance Coverage Endorsement

Except as specifically modified in this endorsement, all provisions of the Commercial Auto Policy apply.

**We** agree with **you** that the insurance provided under **your** Commercial Auto Policy is modified as follows:

### Insuring Agreement

If **you** pay the premium for this coverage, **we** will pay for **our** authorized service representative to provide the following services when necessary due to a **covered emergency**:

For all vehicles of the **heavy vehicle type**:

1. labor on a **covered disabled auto** at the place of disablement up to a limit of liability of $500; and
2. towing of a **covered disabled auto** to the nearest qualified repair facility, up to a limit of liability of $5,000.
3. If a **covered disabled auto** is towed to any place other than the nearest qualified repair facility, or if the cost exceeds $5,000, **you** will be responsible for any additional charges incurred. If the cost of labor at the place of disablement exceeds $500, **you** will be responsible for any additional charges incurred.
4. Each **covered emergency** is subject to the deductible shown on the **declarations page**.

For all vehicles other than those of the **heavy vehicle type**:

1. labor on a **covered disabled auto** at the place of disablement; and
2. towing of a **covered disabled auto** to the nearest qualified repair facility.

If a **covered disabled auto** is towed to any place other than the nearest qualified repair facility, **you** will be responsible for any additional charges incurred. For labor for any time period in excess of 60 minutes per disablement, **you** will be responsible for charges incurred.

### Additional Definitions

When used in this endorsement:

1. "**Covered disabled auto**" means an **insured auto** for which this coverage has been purchased that sustains a **covered emergency**. **Covered disabled auto** includes a trailer attached to an **insured auto** for which this coverage has been purchased.
2. "**Covered emergency**" means a disablement that is a result of:
   a. mechanical or electrical breakdown;
   b. battery failure;
   c. insufficient supply of fuel, oil, water, or other fluid;
   d. flat tire;
   e. lock-out; or
   f. entrapment in snow, mud, water, or sand, within 100 feet of a road or highway.
3. "**Heavy vehicle type**" means all heavy trucks and heavy vehicles. However, it does not include Pickups, Cargo Vans, Passenger Vans, Wheelchair Vans, Minivans, Sport Autos, Luxury Autos, Passenger Autos, SUV's, Step Vans, Delivery Vans, Limousines, Hearses, or Catering Trucks.

### EXCLUSIONS  - READ THE FOLLOWING EXCLUSIONS CAREFULLY.  IF AN EXCLUSION APPLIES, COVERAGE WILL NOT BE AFFORDED UNDER THIS ENDORSEMENT.

Coverage under this endorsement will not apply to:

1. more than three **covered emergencies** for any single **insured auto** in a six-month period;
2. the cost of purchasing parts, fluid, lubricants, fuel, or replacement keys, or the labor to make replacement keys;
3. installation of products or material not related to the disablement;
4. labor not related to the disablement;
5. towing or storage related to impoundment, abandonment, illegal parking, or other violations of law;
6. assistance with jacks, levelers, airbags, or awnings;


Continued

7. towing from a service station, garage, or repair shop;

8. labor or repair work performed at a service station, garage, or repair shop;

9. auto storage charges;

10. a second service call or tow for a single disablement;

11. disablement that occurs on roads not regularly maintained, sand beaches, open fields, or areas designated as not passable due to construction, weather, or earth movement;

12. mounting or removing of snow tires or chains;

13. tire repair;

14. repeated service calls for a **covered disabled auto** in need of routine maintenance or repair; or

15. disablement that results from an intentional or willful act or action by **you** or, if the named insured is a natural person, a **relative**, or by the operator of a **covered disabled auto**.

## Unauthorized Service Provider

When service is rendered by a provider in the business of providing roadside assistance and towing services, other than one of **our** authorized service representatives, **we** will pay only reasonable charges, as determined by **us**, for:

1. towing of a **covered disabled auto** to the nearest qualified repair facility; and

2. labor on a **covered disabled auto** at the place of disablement; which is necessary due to a **covered emergency**.

## Other Insurance

Any coverage provided under this endorsement for service rendered by an unauthorized service provider will be excess over any other collectible insurance or towing protection coverage.

**ALL OTHER TERMS, LIMITS, AND PROVISIONS OF THE POLICY REMAIN UNCHANGED.**



# Application for Insurance
## Please review, sign where indicated, and return

## Policy and premium information for policy number 963439874

| | |
|---|---|
| Insurance company: | Progressive Southeastern Ins Co<br>PO Box 94739<br>Cleveland, OH 44101 |
| Agent: | JULIA E ROSE<br>LATORRE INSURANCE<br>124 N MCDOWELL ST<br>CHARLOTTE, NC 28204<br>67741<br>1-844-566-8181 |
| Named Insured: | Charlotte Shotcrete Services LLC<br>1504 Tessava Ct<br>Charlotte, NC 28210<br>Primary Phone Number: 1-704-968-2979 |
| Financial responsibility vendor: | TransUnion<br>1-800-916-8800 |
| Policy period: | Nov 16, 2022 - Nov 16, 2023 |
| Effective date and time: | Nov 16, 2022 at 12:01am ET |
| Total policy premium: | ▮▮▮▮ |
| Initial payment required: | ▮▮▮▮ |
| Initial payment received: | ▮▮▮▮ |
| Payment plan: | 11 Pay, 9.09% DP, Mthly |

## Rated drivers

The insured declares that no persons other than those listed in this application are expected to operate, even occasionally, the vehicle(s) described in this application.

| Name | Date of birth | Driver's license number | State | Points | Additional information | CDL | Original year CDL issued |
|---|---|---|---|---|---|---|---|
| Francisco Serna | ▮▮▮▮ | ▮▮▮▮ | NC | 0 | | N | |
| Xavier Gonzalez | ▮▮▮▮ | ▮▮▮▮ | NC | 0 | | N | |
| Chase Mcelroy | ▮▮▮▮ | | NC | 0 | | N | |



## Driving history

Please review the following information carefully because driving history is used to determine your rate. All accidents are considered at-fault and chargeable unless the accident is under an applicable payment threshold or we receive additional information from you or another source that proves the accident was not-at-fault. We obtain driving history from the following sources:

- Your application (APP)
- Motor Vehicle Reports and/or court data (MVR) - provided by a consumer reporting agency
- Comprehensive Loss Underwriting Exchange (CLUE) - provided by a consumer reporting agency

| Driver and Description | Date | Source/Consumer reporting agency |
|---|---|---|
| Chase Mcelroy | | |
| At Fault Accident - No Charge | 04/07/2022 | CLUE/LexisNexis, MVR/LexisNexis |

## Outline of coverage

| Description | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | ■ |
| Bodily Injury and Property Damage Liability | $750,000 combined single limit | | |
| Uninsured/Underinsured Motorist | $750,000 combined single limit | | ■ |
| Uninsured Motorist Property Damage | Included in combined single limit | ■ | ■ |
| Medical Payments | $5,000 each person | | ■ |
| Comprehensive | | | ■ |
| See Auto Coverage Schedule | Limit of liability less deductible | | |
| Collision | | | ■ |
| See Auto Coverage Schedule | Limit of liability less deductible | | |
| Rental Reimbursement | | | ■ |
| See Auto Coverage Schedule | | | |
| Roadside Assistance | | | ■ |
| See Auto Coverage Schedule | Limit of liability less deductible | | |
| **Total 12 month policy premium** | | | ■ |

## Auto coverage schedule

1. **2022 RAM 5500** Stated Amount: * $76,000 (including Permanently Attached Equip)
VIN: **3C7WRNFL9NG397485** Garaging Zip Code: 28078 Radius: 100 miles
Personal use: Y Body type: Pickup Truck

| | Liability Premium | UM/UIM Premium | UM PD Premium | Med Pay Premium | |
|---|---|---|---|---|---|
| Liability Premium | ■ | ■ | ■ | ■ | |
| | Comp Deductible | Comp Premium | Collision Deductible | Collision Premium | |
| Physical Damage Premium | | | | | |
| | Rental Limit | Rental Premium | Roadside Deductible | Roadside Premium | Auto Total |
| Other Coverages Premium | ■ per day Max ■ | ■ | ■ | ■ | ■ |

## Vehicle questions

Is this vehicle used for business, personal or both? Business and Personal

Garaging Address: 11205 Hambright Rd Huntersville, NC 28078



*A vehicle's stated amount should indicate its current retail value, including any special or permanently attached equipment. In the event of a total loss, the maximum amount payable is the lesser of the Stated Amount or Actual Cash Value, less deductible. Be sure to check stated amount at every renewal in order to receive the best value from your Progressive Commercial Auto policy.

## Financial responsibility information

| Name | Age | Date of birth |
|---|---|---|
| Home address | | |

Francisco Serna                                                          47
11205 Hambright Rd Huntersville, NC 28078

Is Francisco Serna  involved in the daily operation of the business?  Yes

## Business information

| Business | Other Business |
|---|---|
| Concrete Finishing/Repair | |
| Business Structure | Employer ID Number  (EIN) |
| Corporation | 86-3268268 |

Do you have a USDOT Number?    No
If a USDOT Number is obtained in the future, it must be provided to Progressive.

## Additional policy questions

Do you currently have other coverages for your business?  General Liability
Failure to provide (fax) proof of current General Liability or Business Owners Policy Insurance may result in change in premium.

## Premium discounts

| Policy | |
|---|---|
| 963439874 | Electronic Funds Transfer and Multi-Product |

## Loss Payee information

1.    Loss Payee          Auto 1          CHRYSLER CAPITAL (LOAN)
                                          PO BOX 3610
                                          CARMEL, IN 46082
                                          2022 RAM 5500 (3C7WRNFL9NG397485)

## Insurance history

Are you currently insured with Progressive commercial auto?  No

Prior insurance:  Yes

For the past year or more, have you had continuous insurance coverage?   Yes

Current limits of Bodily Injury Liability coverage:  50,000 person/100,000 accident

What is the expiration date of your current auto policy?  Oct 2, 2023

## Underwriting questions

Is your business required to provide a state or federal agency proof of insurance/filings?   No
Federal Liability Filing:  No



## Application agreement

### Verification of content

The insured declares that the statements contained herein are true to the best of their knowledge and belief. The insured also agrees to pay any surcharges applicable under the Company rules which are necessitated by inaccurate statements. Liability Coverage, Uninsured Motorists Coverage, Uninsured/Underinsured Motorists Coverage, and the available limits of these coverages were explained to me, and I have selected the limits shown. The insured declares that no persons other than those listed in this application are expected to operate, even occasionally, the vehicle(s) described in this application. The insured understands that this policy may be rescinded and declared void if this application contains any false information or if any information that would alter the Company's exposure is omitted or misrepresented. If a federal or state endorsement is attached to this policy that subjects the Company to public liability for negligence in the insured's operation, maintenance or use of motor vehicles, the insured: (1) declares that all commercially owned or operated vehicles have been disclosed to us and are listed on this Application; (2) will promptly notify us of any additional commercially owned or operated vehicles put into service in the future; and (3) understands that failure to promptly inform us of, and list, all current and future commercially owned or operated vehicles may result in the cancellation or nonrenewal of this policy, or in a premium increase.

### Notice of information practices

The insured understands that to calculate an accurate price for their insurance, the Company may obtain information from third parties, such as consumer reporting agencies that provide driving, claims, insurance and credit histories. Information may also be obtained from the Federal Motor Carrier Safety Administration. The Company may use a credit-based insurance score based on the information contained in the credit history. The Company or its affiliates may obtain new or updated information to calculate the renewal premium or service the insurance. The insured may access information about them and correct it if inaccurate. In some cases, the law permits the Company to disclose the information it collects without authorization. However, the Company will not share personal information with nonaffiliated companies for their marketing purposes without consent. Complete details are in the Company's Privacy Policy, which will be provided with this insurance policy and upon request. The insured has or will obtain from existing and new drivers employed or contracted by the insured, an acknowledgement that their driving record information may be disclosed to the insured or their employer, contractor, or agent in connection with the insurance being applied for hereunder. The insured agrees to submit to loss control inspections as often as the Company may reasonably require. The insured agrees that refusal to submit to an inspection is grounds for cancellation of this policy.

### The insured affirms that

If the initial payment is made by electronic funds transfer, check, draft, or other remittance, the coverage afforded under this policy is conditioned on payment to the Company by the financial institution. If the transfer, check, draft, or other remittance is not honored by the financial institution, the Company shall be deemed not to have accepted the payment and this policy shall be canceled.

If the initial payment is made by credit card, the coverage afforded under this policy is conditioned on payment to the Company by the card issuer. The insured understands that if the Company is unable to collect my initial payment from the card issuer, the Company shall be deemed not to have accepted the payment and this policy shall be canceled. The insured also understands that if a credit card transaction is authorized for any payment other than the initial payment, this policy will be subject to cancellation for nonpayment of premium if the Company is unable to collect payment from the card issuer. The Company is deemed "unable to collect" in the following instances: (1) when the insured reaches the credit limit on the credit card and the card issuer refuses the charge; (2) when the card issuer cancels or revokes the credit card; or (3) when the card issuer does not pay the Company, for any reason whatsoever, upon the Company's request.

If the insured has an outstanding unpaid balance from a prior Progressive commercial lines policy, payment of that balance is required. Nonpayment of a prior unpaid balance may result in the denial, cancellation, or nonrenewal of this policy.





**Signature of first named insured or**
**Authorized signatory of the named insured entity**          **Date**                    **Title**

X ...............................................................................................................................................................

**Other charges**

The insured agrees to pay the installment fees shown on the billing statement that become due during the policy term and each renewal policy term in accordance with the payment plan they have selected.  The insured understands that the amount of these fees may change upon policy renewal or if they change their payment plan.  Any change in the amount of installment fees will be reflected on the payment schedule.

The insured understands that a returned payment fee of $20.00 will be assessed to the balance due on the policy if any check offered in payment is not honored by the bank or other financial institution.  Imposition of such charge shall not deem the Company to have accepted the check unconditionally.

The insured agrees to pay a late fee of $0.00 during the policy term and each renewal policy term when either the minimum amount due is not paid or payment is postmarked more than 0 days after the premium due date.  The amount of this fee may change upon policy renewal.

**Signature of first named insured or**
**Authorized signatory of the named insured entity**          **Date**                    **Title**

X ...............................................................................................................................................................

Form Z421 NC (07/20)





PROGRESSIVE
COMMERCIAL

**Policy number: 963439874**
Policyholder:
Charlotte Shotcrete Services LLC
November 15, 2022
Policy period: Nov 16, 2022 - Nov 16, 2023
Page 1 of 1

# This information will complete
# your purchase of insurance

Please review the items listed below and **return the requested information to my office** as soon as possible.  Your insurance premium is based on the information you provided on the application.  If we do not receive the items requested, your insurance premium may change.

## Sign and return

☐ Your application

☐ Electronic Funds Transfer (EFT) Authorization

Please Note: review carefully as additional items may display on the back of this form. If no items are displayed, then no additional documentation is required at this time.

## Provide a copy of

Failure to submit acceptable form(s) with the following information will result in a premium increase.

☐ For Proof of Current Insurance please submit:
- Auto Liability Limits
- Named Insured
- Inception and Expiration Dates
- Prior Policy Number

☐ For the Multi-Product Discount, please submit a copy of an in-force Declarations Page in the customer's name showing either General Liability Insurance or a Business Owners Policy.

**Return to:**   JULIA E ROSE
LATORRE INSURANCE
124 N MCDOWELL ST
CHARLOTTE, NC 28204
**Fax:** 1-844-566-8182

Form CHECKLIST (04/20)

## Electronic Funds Transfer Authorization

I authorize Progressive Southeastern Ins Co and its corporate and mutual company affiliates ("Progressive") to initiate an electronic transfer of funds for scheduled deductions from the bank account listed below for payment on the policy and any renewals of the policy. In addition, I authorize the financial institution identified by the routing number below to accept and post entries to this account. I understand that this includes my permission to credit this account if there is an incorrect deduction or to provide a refund if necessary. I also understand that I can only do this because I am the owner and/or authorized signer on the account.

I recognize that this authorization allows Progressive to adjust my scheduled deductions to reflect any premium changes. Progressive agrees to notify me at least ten days prior to making any deduction that will be greater than the previous deduction or less than the previous deduction by more than $1,000.

I understand that Progressive **will not** send me a bill before scheduled deductions are made and that it is my responsibility to make sure that there are sufficient funds in this account at the time of each deduction. I also understand that the policy may cancel or expire if there are insufficient funds in the account.

Lastly, I acknowledge that the origination of the Automated Clearing House transaction to this account must comply with the provisions of U.S. law.

### Bank Information

Name on the Account: Charlotte Shotcrete Se

Routing Number: ███████

Account Number: ███████

This authorization will remain in effect until you notify Progressive that you wish to end it -- either in writing, electronically or by calling a customer service representative -- and allow us a reasonable amount of time to act on it.

**Signature** (of the person authorized to sign on the account)     **Date**          **Title**

X ........................................................................................................................................................................

IMPORTANT NOTICE FOR CREDIT UNION MEMBERS: Many smaller credit unions use a different account number than the one shown on your check. You may wish to verify your account number through your local office to make sure you have the correct setup for withdrawals.

Form 6252 (05/16)





Agent Name:  JULIA E ROSE
Agent Fax Number: 1-844-566-8182
Agent Code: 67741

**Policy number:  963439874**
Policyholder:
Charlotte Shotcrete Services LLC
Policy period: Nov 16, 2022 - Nov 16, 2023

# Fax this information to Progressive
# to complete the sale of insurance

The items listed below are required to complete the sale of insurance for the policyholder listed above.  After you have faxed these items, they must be kept in your files, along with the signed application and any other signed forms.

### Sign and return

☐  Signed Electronic Funds Transfer (EFT) Authorization

Please Note: review carefully as additional items may display on the back of this form. If no items are displayed, then no additional documentation is required at this time.

### Provide a copy of

Failure to submit acceptable form(s) with the following information will result in a premium increase.

☐  For Proof of Current Insurance please submit:
  -  Auto Liability Limits
  -  Named Insured
  -  Inception and Expiration Dates
  -  Prior Policy Number

☐  For the Multi-Product Discount, please submit a copy of an in-force Declarations Page in the customer's name showing either General Liability Insurance or a Business Owners Policy.

**Fax to:**   JULIA E ROSE
         1-844-566-8182

         Form FAXCOVERLTR (11/16)

## Agent compensation disclosure

The insurance producer that sold you this policy is a licensed independent insurance agent authorized by Progressive Southeastern Ins Co and by other insurance companies to solicit business on their behalf. We believe that independent agents who represent more than one company can better assist you in finding the combination of coverage, price and service that meets your needs.

We will pay your agent a commission for placing your policy with us. We may also help your agent pay for advertising and marketing that is designed to attract new customers.

Your agent may also be eligible for additional compensation, based upon the volume and profitability of certain business he or she places with us.

Form Z181 (05/05)

**Important Notice**

Federal, state and local laws may require you to carry higher limits of liability insurance based on your business or vehicle type. It's your responsibility to comply with these laws.

Please contact the state department of transportation, your employer, or the city and municipalities where you operate, to determine if you're required to carry higher limits.

Form A107 (03/13)

**Important notice about a potential rate change**

If you have a driver listed on your policy with a license issued by any state, or anywhere outside of the United States, other than your policy state, that may have caused an increase in your premium.

Please contact Customer Service at 1-800-444-4487 if a driver licensed out of state or out of the country, and has obtained a new driver's license.

Form A257 (02/22)

## Confirmation of First Installment Payment Authorization

This notice is to confirm that you authorized an electronic transfer of funds from the account listed below for your first installment payment. This authorization **only** applies to your first installment. Please know that after this first installment payment, we will **not withdraw funds** from this account for any future payments unless you provide us with another authorization.

An authorization form is included in this package for your convenience. The owner of the account or an authorized signer on the account must sign this form and mail or fax it to Progressive.

Name on the Account: Charlotte Shotcrete Se

Account Number: ▮▮▮▮▮▮▮▮

Payment Amount Authorized: ▮▮▮▮▮▮

Authorization Date: November 15, 2022

Form 2686 (05/16)





**Policy number:   963439874**
Policyholder:
Charlotte Shotcrete Services LLC
November 15, 2022
Policy period: Nov 16, 2022 - Nov 16, 2023
Page 1 of 1

# Electronic Funds Transfer (EFT) payment schedule

| Date of withdrawal | Amount | Date of withdrawal | Amount | Date of withdrawal | Amount |
|---|---|---|---|---|---|
| Dec 16, 2022 | ▮ | Apr 16, 2023 | ▮ | Aug 16, 2023 | ▮ |
| Jan 16, 2023 | ▮ | May 16, 2023 | ▮ | Sep 16, 2023 | ▮ |
| Feb 16, 2023 | ▮ | Jun 16, 2023 | ▮ | | |
| Mar 16, 2023 | ▮ | Jul 16, 2023 | ▮ | | |

Total Premium:  ▮

Payment Option:  11 Pay, 9.09% DP, Mthly

An installment fee of $1.00 has been included in each payment.  You may avoid paying installment fees by paying your policy premium in full.

Form Z159 (05/06)

LATORRE INSURANCE
124 N MCDOWELL ST
CHARLOTTE, NC 28204



**Policy number:  963439874**

Underwritten by:
Progressive Southeastern Ins Co
November 15, 2022
Policy Period: Nov 16, 2022 - Nov 16, 2023

Online Service
agent.progressive.com
Customer Service
1-800-444-4487

Charlotte Shotcrete Services LLC
1504 TESSAVA CT
CHARLOTTE, NC 28210

# Payment Receipt
for commercial auto insurance initial payment

**Payment information**
**Receipt for your initial payment**

    Amount: ▮▮▮▮▮
    Payment Method: Express Money
    Confirmation number:
    Transaction date and time:  Nov 15, 2022 02:25:49PM
    Merchant ID: Progressive Southeastern Ins Co

Form Payrec (08/09)

LATORRE INSURANCE
124 N MCDOWELL ST
CHARLOTTE, NC 28204



Underwritten by:
Progressive Southeastern Ins Co
November 15, 2022
Policy Period: Nov 16, 2022 - Nov 16, 2023
Page 1   of 1

Charlotte Shotcrete Services LLC
1504 TESSAVA CT
CHARLOTTE, NC 28210

Dear Charlotte Shotcrete Services LLC,

Thank you for giving me the opportunity to quote your Commercial Auto insurance coverage. I appreciate your business and am confident that you will be pleased with your decision to purchase coverage through Progressive.

With the #1 Commercial Auto insurer, you can rest assured that we're here for you and your business anytime with the specialized service you deserve. We'll get your hard-working vehicles back on the road fast following an accident. A dedicated, commercial claims rep will help get you back on the road—and back to work—fast. They're ready to assist you any time; just call 1-800-274-4499. You can also make payments, check billing activity, print policy documents, update your policy or check the status of a claim at agent.progressive.com.

What we have for you:
Enclosed is Your Checklist, indicating records we'll need from you in order to complete your purchase.  The rate we're offering you is based on information you provided, and we need certain items to document your eligibility for the premium we quoted.

**Enclosed you will find:**
•   Your application.  Please review and sign where indicated.
•   Policy documents that require your signature.
•   Request for additional information.

**Within 2 weeks you will receive:**
•   Your policy contract and Commercial Auto Insurance Coverage Summary (Declarations Page).
    •   Please take a few minutes to review these important documents and call Progressive if you have any questions about your coverage.
•   Permanent ID cards for your wallet.

## Receipt of initial payment for the policy

This is receipt of ▮▮▮▮▮ for the initial payment on this policy.  Payment was made by Express Money.

If you have any questions, please call me at  1-844-566-8181.

Form WELCOMELTR (02/16)

LATORRE INSURANCE
124 N MCDOWELL ST
CHARLOTTE, NC 28204



Charlotte Shotcrete Services LLC
**Policy Number:** 963439874

Underwritten by:
Progressive Southeastern Ins Co
Date of Mailing: November 15, 2022
Policy Period: Nov 16, 2022 - Nov 16, 2023
Page 1 of 1

**LATORRE INSURANCE**
    **1-844-566-8181**

**Online Service**
    **agent.progressive.com**

**Customer Service**
    **1-800-444-4487**

Charlotte Shotcrete Services LLC
1504 TESSAVA CT
CHARLOTTE, NC 28210

# Electronic Funds Transfer (EFT) Payment Schedule

Thank you for choosing Progressive. We appreciate having you as our customer.

| Remaining balance | $2,520.93 |
|---|---|

Following is your updated payment schedule for your review.

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| Dec 16, 2022 | ▮ | Apr 16, 2023 | ▮ | Aug 16, 2023 | ▮ |
| Jan 16, 2023 | ▮ | May 16, 2023 | ▮ | Sep 16, 2023 | ▮ |
| Feb 16, 2023 | ▮ | Jun 16, 2023 | ▮ | | |
| Mar 16, 2023 | ▮ | Jul 16, 2023 | ▮ | | |

An installment fee of $1.00 may be included in each payment. You may avoid paying the installment fee by paying your premium in full. You may reduce the amount you pay in installment fees by paying your premium in larger amounts and fewer installments.

If you've scheduled a payment, it is not reflected in the amount due.

Please note that due to payment processing time, your transaction may not post immediately. If your scheduled payment falls on a weekend or holiday, your payment will be made on the next business day.

If you have questions, please call your agent.

Form 6273 (10/10)

Good afternoon,

Attached you will find the signed EFT form and the Dec pages of the Personal Auto polic
y and the General Liability policy for this insured to keep the discounts applied.

Thank you in advance and have a great day.

*PROGRESSIVE*
COMMERCIAL

Agent Name: JULIA E ROSE
Agent Fax Number: 1-844-566-8182
Agent Code: 67741

**Policy number: 963439874**
Policyholder:
Charlotte Shotcrete Services LLC
Policy period: Nov 16, 2022 - Nov 16, 2023

# Fax this information to Progressive to complete the sale of insurance

The items listed below are required to complete the sale of insurance for the policyholder listed above. After you have faxed these items, they must be kept in your files, along with the signed application and any other signed forms.

## Sign and return

[X] Signed Electronic Funds Transfer (EFT) Authorization

Please Note: review carefully as additional items may display on the back of this form. If no items are displayed, then no additional documentation is required at this time.

## Provide a copy of

Failure to submit acceptable form(s) with the following information will result in a premium increase.

[X] For Proof of Current Insurance please submit:
- Auto Liability Limits
- Named Insured
- Inception and Expiration Dates
- Prior Policy Number

[X] For the Multi-Product Discount, please submit a copy of an in-force Declarations Page in the customer's name showing either General Liability Insurance or a Business Owners Policy.

**Fax to:** JULIA E ROSE
1-844-566-8182

Form FAXCOVERLTR (11/16)

**NATIONAL GENERAL**
an Allstate company

PO Box 3199 • Winston Salem, NC 27102-3199

**PERSONAL AUTO**
**INTEGON INDEMNITY CORPORATION**

**A National General Insurance Company**

Miguel Chavez Cruz
Francisco J Serna
1504 Tessava Ct
Charlotte, NC 28210

Agency
Latorre Insurance
124 N McDowel St
Charlotte NC 28204
(704) 566-8181

Date:
11/15/2022

## LETTER OF COVERAGE

Policy Number: 2003358989

Policy Period: 10/02/2022 - 04/02/2023

**To Whom It May Concern:**

| Driver(s) and Household Residents: | | |
|---|---|---|
| 2 | Francisco J Serna | Rated Driver |

**Insured Vehicle(s) and Schedule of Coverage(s):**

| 1 | 2012 | BMW | 335 I | | WBAKG7C50CE803271 |
|---|---|---|---|---|---|

| Coverages Provided | Limits/Deductibles |
|---|---|
| Bodily Injury | $50,000 Each Person / $100,000 Each Accident |
| Property Damage | $50,000 Each Accident |
| Medical Payments | $2,000 Each Person / Each Accident |
| Uninsured / Underinsured Motorist Bodily Injury | $50,000 Each Person / $100,000 Each Accident |
| Uninsured Motorist Property Damage | $50,000 Each Accident |

| 2 | 2017 | CHEV | SILVERADO C2500 HEAVY DUTY | 1GC1CUEYXHF149252 |
|---|---|---|---|---|

| Coverages Provided | Limits/Deductibles |
|---|---|
| Bodily Injury | $50,000 Each Person / $100,000 Each Accident |
| Property Damage | $50,000 Each Accident |
| Medical Payments | $2,000 Each Person / Each Accident |
| Uninsured / Underinsured Motorist Bodily Injury | $50,000 Each Person / $100,000 Each Accident |
| Uninsured Motorist Property Damage | $50,000 Each Accident |

| Lienholder | | |
|---|---|---|
| 2 | Additional Interest | J & A Construction Services, Inc  1504 Tessava Ct, Charlotte, NC 28210 |

Email: Service@NGIC.com • Fax: 1-877-849-9022 • Call us toll free: 1-877-468-3466
Visit us at www.MyNatGenPolicy.com

Please call us at 1-877-468-3466 if you have any questions.

Sincerely,

National General Insurance


Erie
Insurance®

Erie Insurance Company
NAIC Code 26263

**Mailing name and address for Insured**
CHARLOTTE SHOTCRETE SERVICES
LLC
11205 HAMBRIGHT RD
HUNTERSVILLE NC  28078-7662



299481195
JJ4108

## PLEASE READ THIS NOTICE CAREFULLY.

# IMPORTANT NOTICE TO PROPERTY INSURANCE POLICYHOLDERS - NO FLOOD, EARTHQUAKE, MUDSLIDE, MUDFLOW, LANDSLIDE COVERAGE

THE FOLLOWING WARNING IS PROVIDED IN ACCORDANCE WITH NORTH CAROLINA LAW:

"WARNING: THIS PROPERTY INSURANCE POLICY DOES NOT PROTECT YOU AGAINST LOSSES FROM FLOODS, EARTHQUAKES, MUDSLIDES, MUDFLOWS, OR LANDSLIDES. YOU SHOULD CONTACT YOUR INSURANCE COMPANY OR AGENT TO DISCUSS YOUR OPTIONS FOR OBTAINING COVERAGE FOR THESE LOSSES. THIS IS NOT A COMPLETE LISTING OF ALL OF THE CAUSES OF LOSSES NOT COVERED UNDER YOUR POLICY. YOU SHOULD READ YOUR ENTIRE POLICY TO UNDERSTAND WHAT IS COVERED AND WHAT IS NOT COVERED."

**PLEASE NOTE:**

You may disregard the portion of the WARNING in the above IMPORTANT NOTICE that pertains to losses from FLOOD, but only with respect to the building or contents for which coverage is specifically shown in the Declarations.

You may disregard the portion of the WARNING in the above IMPORTANT NOTICE that pertains to losses from EARTHQUAKE, but only with respect to the building or contents for which coverage is specifically shown in the Declarations.



**Erie Insurance®**

Erie Insurance Company
NAIC Code 26263

Coverage provided by
**Erie Insurance Company**
100 Erie Insurance Place Erie, PA 16530
erieinsurance.com

# ErieSecure Business™ Policy Declarations
### New Declarations - Coinsurance Contract

### Mailing name and address for Insured
CHARLOTTE SHOTCRETE SERVICES
LLC
11205 HAMBRIGHT RD
HUNTERSVILLE NC 28078-7662



299481195
JJ4108

**Named Insured's full name**
CHARLOTTE SHOTCRETE SERVICES LLC

**Legal entity**
Limited Liability Company

| Agent | | Policy period | Policy number |
|---|---|---|---|
| JJ4108 | LATORRE INSURANCE GROUP | 01/01/2022 to 01/01/2023 | Q61 0155420 |

**Agent address and phone**

LATORRE INSURANCE GROUP
124 N MCDOWELL ST
CHARLOTTE, NC 28204-2211
(866) 389-5364

Policy period begins at 12:01 A.M. standard time on the effective date and ends at 12:01 A.M. standard time on the expiration date. Standard time is determined at the stated address of the Named Insured.

**Agency email address**

rl@latorregroup.com

**Agency website**

http://www.latorreinsurance.com

The insurance applies to those premises described below. This is subject to all applicable terms of the policy and attached forms and endorsements.

## Policy Discounts

Multi-policy
Payment plan

## Premium Summary

**Total net premium:**
Final premium:
(This is not a bill. Your invoice will follow in a separate mailing.)

## Electronic Funds Transfer Authorization

I authorize Progressive Southeastern Ins Co and its corporate and mutual company affiliates ("Progressive") to initiate an electronic transfer of funds for scheduled deductions from the bank account listed below for payment on the policy and any renewals of the policy. In addition, I authorize the financial institution identified by the routing number below to accept and post entries to this account. I understand that this includes my permission to credit this account if there is an incorrect deduction or to provide a refund if necessary. I also understand that I can only do this because I am the owner and/or authorized signer on the account.

I recognize that this authorization allows Progressive to adjust my scheduled deductions to reflect any premium changes. Progressive agrees to notify me at least ten days prior to making any deduction that will be greater than the previous deduction or less than the previous deduction by more than $1,000.

I understand that Progressive **will not** send me a bill before scheduled deductions are made and that it is my responsibility to make sure that there are sufficient funds in this account at the time of each deduction. I also understand that the policy may cancel or expire if there are insufficient funds in the account.

Lastly, I acknowledge that the origination of the Automated Clearing House transaction to this account must comply with the provisions of U.S. law.

### Bank Information

Name on the Account: Charlotte Shotcrete Se

Routing Number:

Account Number:

This authorization will remain in effect until you notify Progressive that you wish to end it -- either in writing, electronically or by calling a customer service representative -- and allow us a reasonable amount of time to act on it.

| **Signature** (of the person authorized to sign on the account) | **Date** | **Title** |
| --- | --- | --- |
| X  *Francisco Serna* | 11/15/2022 20:23 UTC | |

IMPORTANT NOTICE FOR CREDIT UNION MEMBERS: Many smaller credit unions use a different account number than the one shown on your check. You may wish to verify your account number through your local office to make sure you have the correct setup for withdrawals.

Form 6252 (05/16)



 **formstack** sign Document Completion Certificate

```
Document Reference    : 886e3c9f-363d-419a-981f-5b6f8665b494
Document Title        : Autorizacion para pagos automaticos
Document Region       : Northern Virginia
Sender Name           : CL Service
Sender Email          : clservice@latorreinsurance.com
Total Document Pages  : 1
Secondary Security    : Not Required
Participants
```

1. Francisco Serna (paco.7580@gmail.com)

## Document History

| Timestamp | Description |
|---|---|
| 11/15/2022 19:55PM UTC | Sender downloaded document. |
| 11/15/2022 19:56PM UTC | Document sent by CL Service (clservice@latorreinsurance.com). |
| 11/15/2022 19:56PM UTC | Email sent to CL Service (clservice@latorreinsurance.com). |
| 11/15/2022 19:56PM UTC | Text to sign or approve document sent to Francisco Serna at +1(704)968-2979. |
| 11/15/2022 20:23PM UTC | Document viewed by Francisco Serna (paco.7580@gmail.com). 174.247.6.125 Mozilla/5.0 (iPhone; CPU iPhone OS 15_6_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/15.6.1 Mobile/15E148 Safari/604.1 |
| 11/15/2022 20:23PM UTC | Francisco Serna (paco.7580@gmail.com) has agreed to terms of service and to do business electronically with CL Service (clservice@latorreinsurance.com). 174.247.6.125 Mozilla/5.0 (iPhone; CPU iPhone OS 15_6_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/15.6.1 Mobile/15E148 Safari/604.1 |
| 11/15/2022 20:23PM UTC | Signed by Francisco Serna (paco.7580@gmail.com). 174.247.6.125 Mozilla/5.0 (iPhone; CPU iPhone OS 15_6_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/15.6.1 Mobile/15E148 Safari/604.1 |
| 11/15/2022 20:23PM UTC | Document copy sent to Francisco Serna (paco.7580@gmail.com). |

## Electronic Funds Transfer Authorization

I authorize Progressive Southeastern Ins Co and its corporate and mutual company affiliates ("Progressive") to initiate an electronic transfer of funds for scheduled deductions from the bank account listed below for payment on the policy and any renewals of the policy. In addition, I authorize the financial institution identified by the routing number below to accept and post entries to this account. I understand that this includes my permission to credit this account if there is an incorrect deduction or to provide a refund if necessary. I also understand that I can only do this because I am the owner and/or authorized signer on the account.

I recognize that this authorization allows Progressive to adjust my scheduled deductions to reflect any premium changes. Progressive agrees to notify me at least ten days prior to making any deduction that will be greater than the previous deduction or less than the previous deduction by more than $1,000.

I understand that Progressive **will not** send me a bill before scheduled deductions are made and that it is my responsibility to make sure that there are sufficient funds in this account at the time of each deduction. I also understand that the policy may cancel or expire if there are insufficient funds in the account.

Lastly, I acknowledge that the origination of the Automated Clearing House transaction to this account must comply with the provisions of U.S. law.

### Bank Information

Name on the Account: Charlotte Shotcrete Se

Routing Number:

Account Number:

This authorization will remain in effect until you notify Progressive that you wish to end it -- either in writing, electronically or by calling a customer service representative -- and allow us a reasonable amount of time to act on it.

| **Signature** (of the person authorized to sign on the account) | **Date** | **Title** |
| --- | --- | --- |
| X *Francisco Serna* | 11/15/2022 20:23 UTC | |

IMPORTANT NOTICE FOR CREDIT UNION MEMBERS: Many smaller credit unions use a different account number than the one shown on your check. You may wish to verify your account number through your local office to make sure you have the correct setup for withdrawals.

Form 6252 (05/16)

 **formstack** sign Document Completion Certificate

Document Reference  : 886e3c9f-363d-419a-981f-5b6f8665b494
Document Title      : Autorizacion para pagos automaticos
Document Region     : Northern Virginia
Sender Name         : CL Service
Sender Email        : clservice@latorreinsurance.com
Total Document Pages : 1
Secondary Security  : Not Required
Participants

  1. Francisco Serna (paco.7580@gmail.com)

## Document History

| Timestamp | Description |
|-----------|-------------|
| 11/15/2022 19:55PM UTC | Sender downloaded document. |
| 11/15/2022 19:56PM UTC | Document sent by CL Service (clservice@latorreinsurance.com). |
| 11/15/2022 19:56PM UTC | Email sent to CL Service (clservice@latorreinsurance.com). |
| 11/15/2022 19:56PM UTC | Text to sign or approve document sent to Francisco Serna at +1(704)968-2979. |
| 11/15/2022 20:23PM UTC | Document viewed by Francisco Serna (paco.7580@gmail.com). 174.247.6.125 Mozilla/5.0 (iPhone; CPU iPhone OS 15_6_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/15.6.1 Mobile/15E148 Safari/604.1 |
| 11/15/2022 20:23PM UTC | Francisco Serna (paco.7580@gmail.com) has agreed to terms of service and to do business electronically with CL Service (clservice@latorreinsurance.com). 174.247.6.125 Mozilla/5.0 (iPhone; CPU iPhone OS 15_6_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/15.6.1 Mobile/15E148 Safari/604.1 |
| 11/15/2022 20:23PM UTC | Signed by Francisco Serna (paco.7580@gmail.com). 174.247.6.125 Mozilla/5.0 (iPhone; CPU iPhone OS 15_6_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/15.6.1 Mobile/15E148 Safari/604.1 |
| 11/15/2022 20:23PM UTC | Document copy sent to Francisco Serna (paco.7580@gmail.com). |

LATORRE INSURANCE
124 N MCDOWELL ST
CHARLOTTE, NC 28204



**Policy number:  963439874**
Underwritten by:
Progressive Southeastern Ins Co
Policyholder:
Charlotte Shotcrete Services LLC
September 8, 2023
Page 1  of  2

Charlotte Shotcrete Services LL
1504 TESSAVA CT
CHARLOTTE, NC 28210

**1-844-566-8181**
**LATORRE INSURANCE**
Contact your agent for personalized service.

**Customer Service**
**1-800-444-4487**
24 hours a day, 7 days a week
**1-800-556-0014 (fax)**

**Mailing Address**
Progressive
PO Box 94739
Cleveland, OH 44101

# Urgent: Response is Needed

Your commercial auto policy will be expiring soon. To ensure we have an accurate radius of operation for your upcoming policy renewal, we are asking for confirmation of the maximum distance traveled one way for each of your insured commercial vehicle(s). We must receive verbal confirmation or a signed form within 15 days, or we will change your radius of operation to the default 200 miles for your next policy term.

Complete the form by writing in the maximum distance traveled, one way, for each vehicle listed below. Then, sign the form on the signature line provided.

Year, Make, Model, and VIN                                    Radius (Per vehicle)

_____

2022 RAM 5500 3C7WRNFL9NG397485

_____

_____

_____

_____

I affirm that the information provided above is accurate to the best of my knowledge and belief. I understand that I may be asked for additional documentation. I understand that Progressive reserves the right to charge me additional premium for a policy period if my actual radius of operation for any vehicle is greater than what I have represented above.

**Signature of Named Insured**                                **Date**

X  ..........................................................................................................................



Your options to reply are as follows (select one):

- Call us at 800-444-4487 and mention this memo to your Customer Care Specialist
- Complete and sign the form below, and either:
  Email an image of the completed form to commercialauto@email.progressive.com
  Fax the completed form to 1-800-556-0014
  Mail to: Progressive at P.O. Box 94739, Cleveland, OH 44101

Please call us or your agent with any questions. We're available anytime at 1-800-444-4487.



LATORRE INSURANCE
124 N MCDOWELL ST
CHARLOTTE, NC 28204


*PROGRESSIVE*®
COMMERCIAL

Charlotte Shotcrete Services LLC
1504 Tessava Ct
Charlotte, NC 28210

**Policy number:  963439874**
Underwritten by:
Progressive Southeastern Ins Co
Policyholder:
Charlotte Shotcrete Services LLC
September 8, 2023
Page 1 of 2

**1-844-566-8181**
**LATORRE INSURANCE**
Contact your agent for personalized service.

**Customer Service**
**1-800-444-4487**
24 hours a day, 7 days a week
**1-800-556-0014 (fax)**

**Mailing Address**
Progressive
PO Box 94739
Cleveland, OH 44101

# Urgent: Response is Needed

Your commercial auto policy will be expiring soon. To ensure we have an accurate radius of operation for your upcoming policy renewal, we are asking for confirmation of the maximum distance traveled one way for each of your insured commercial vehicle(s). We must receive verbal confirmation or a signed form within 15 days, or we will change your radius of operation to the default 200 miles for your next policy term.

Complete the form by writing in the maximum distance traveled, one way, for each vehicle listed below. Then, sign the form on the signature line provided.

Year, Make, Model, and VIN                                          Radius (Per vehicle)

_____

2022 RAM 5500 3C7WRNFL9NG397485

_____

_____

_____

_____

I affirm that the information provided above is accurate to the best of my knowledge and belief. I understand that I may be asked for additional documentation. I understand that Progressive reserves the right to charge me additional premium for a policy period if my actual radius of operation for any vehicle is greater than what I have represented above.

**Signature of Named Insured**                                          **Date**

X .....................................................................................................................................



Your options to reply are as follows (select one):

- Call us at 800-444-4487 and mention this memo to your Customer Care Specialist
- Complete and sign the form below, and either:
  Email an image of the completed form to commercialauto@email.progressive.com
  Fax the completed form to 1-800-556-0014
  Mail to: Progressive at P.O. Box 94739, Cleveland, OH 44101

Please call us or your agent with any questions. We're available anytime at 1-800-444-4487.



LATORRE INSURANCE
124 N MCDOWELL ST
CHARLOTTE, NC 28204


**PROGRESSIVE**
COMMERCIAL

**Policy number: 963439874**
Underwritten by:
Progressive Southeastern Ins Co
September 26, 2023
Policy Period: Nov 16, 2023 - Nov 16, 2024

Charlotte Shotcrete Services LLC
1504 TESSAVA CT
CHARLOTTE, NC 28210

# Renewal bill and policy information is enclosed

## Thank you for being a Progressive customer

### Please review your policy documents today

We send your renewal policy information early so that you have the opportunity to review it at your convenience. Your Commercial Auto Insurance Coverage Summary lists drivers, the autos insured, the coverages selected and the premiums by coverage.

Your current policy will expire on November 16, 2023 at 12:01 a.m. If we recently sent you a Cancel Notice because the remaining balance on your current policy has not been received please pay that amount by the due date to avoid policy cancellation. **This bill does not supersede any Cancellation Notice**. If you have already sent this payment - thank you. If you do not make this payment, the offer to renew this policy is withdrawn.

If you've scheduled a payment, it is not reflected in the amount due.

### Premium and payment information



| Renewal policy premium | ███████ |
| Amount due | ███████ |
| Scheduled for withdrawal on | **November 16, 2023** |

For your convenience, the payment to renew your policy will be withdrawn from your account on the date shown. If you do not want the renewal payment to be automatically withdrawn, please contact us by phone 5 to 7 days before that date.

**Please see reverse side** for additional information.


Continued on back

..................................................................................................................

# Automatic withdrawal is scheduled

| Amount due | ███████ |
| Is scheduled for withdrawal on | **November 16, 2023** |

**Policy number: 963439874**
Policyholder:
Charlotte Shotcrete Services LLC

If you wish to change your method of payment, please call Customer Service at 1-800-444-4487 before the scheduled withdrawal date.

ˡᵖᵖᵖᵖˡˡ||||||ˡˡˡˡᵖᵖᵖᵖˡˡᵖᵖˡᵖˡˡᵖˡˡˡˡ||||ˡ

PROGRESSIVE
DEPT 0561
CAROL STREAM IL 60132-0561

Do not write below this section of coupon.
CA-67741          Form QTCOVLTR (02/16)

0561963439874320430023889026180050005132772341001011162300

## Payment schedule

| | | |
|---|---|---|
| Nov 16, 2023 .................. ██ | Mar 16, 2024 .................. ██ | Jul 16, 2024 .................. ██ |
| Dec 16, 2023 .................. ██ | Apr 16, 2024 .................. ██ | Aug 16, 2024 .................. ██ |
| Jan 16, 2024 .................. ██ | May 16, 2024 .................. ██ | Sep 16, 2024 .................. ██ |
| Feb 16, 2024 .................. ██ | Jun 16, 2024 .................. ██ | |

We included an installment fee of $1.00 in each payment.

## Access your policy online, anytime

Don't forget that you can always log in to your policy online to make changes, pay your bill, check the status of a claim, or access policy documents anytime. Just visit us at agent.progressive.com.

## What you should expect from an insurance company

For the next policy period, you will receive discounts for Electronic Funds Transfer and Multi-Product.

## Please review your policy documents

Please review your policy documents for accuracy. If you need help or want to make changes, you can call us any time. You can also check your billing history, make a payment, print policy documents, update your policy, or check the status of a claim online.

Please review your enclosed Declarations Page to make sure each vehicle's Stated Amount reflects its current retail value, including any special or permanently attached equipment. It's important to have the correct Stated Amount value because, in the event of a total loss, we'll pay whichever is less: the Stated Amount or Actual Cash Value, less the deductible. If the Stated Amount is incorrect, please contact us to update your policy.

We appreciate your trust and look forward to serving you.

LATORRE INSURANCE
124 N MCDOWELL ST
CHARLOTTE, NC 28204



Named insured

Charlotte Shotcrete Services LLC
1504 TESSAVA CT
CHARLOTTE, NC 28210

**Policy number:  963439874**
Underwritten by:
Progressive Southeastern Ins Co
September 26, 2023
Policy Period: Nov 16, 2023 - Nov 16, 2024
Page 1 of 2

**agent.progressive.com**
**Online Service**
Make payments, check billing activity, print
policy documents, update your policy or
check the status of a claim.

**1-844-566-8181**
**LATORRE INSURANCE**
Contact your agent for personalized service.

**1-800-444-4487**
For customer service if your agent is
unavailable or to report a claim.

# Commercial Auto Insurance Coverage Summary
## This is your Renewal Declarations Page

This Renewal Declarations Page is effective only if the minimum amount due to renew your policy is received or postmarked by
November 16, 2023.

Your coverage begins on November 16, 2023 at 12:01 a.m.  This policy expires on November 16, 2024 at 12:01 a.m.

Your insurance policy and any policy endorsements contain a full explanation of your coverage. The policy limits  shown for an auto
may not be combined with the limits for the same coverage on another auto, unless the policy contract allows the stacking of limits.
The policy contract is form 6912 (02/19). The contract is modified by forms 2852NC (02/19), 4757 (02/19), Z311 (02/19), Z313
(04/21), 4852NC (02/19), 4881NC (02/19) and Z228 (01/11).

The named insured organization type is a corporation.

## Outline of coverage

| Description | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | ▮ |
|   Bodily Injury and Property Damage Liability | $750,000 combined single limit | | |
| Uninsured/Underinsured Motorist | $750,000 combined single limit | | ▮ |
| Uninsured Motorist Property Damage | Included in combined single limit | ▮ | ▮ |
| Medical Payments | $5,000 each person | | ▮ |
| Comprehensive | | | |
|   See Auto Coverage Schedule | Limit of liability less deductible | | ▮ |
| Collision | | | |
|   See Auto Coverage Schedule | Limit of liability less deductible | | ▮ |
| Rental Reimbursement | | | |
|   See Auto Coverage Schedule | | | ▮ |
| Roadside Assistance | | | |
| See Auto Coverage Schedule | Limit of liability less deductible | | ▮ |
| **Total 12 month policy premium** | | | ▮ |
| Discount if paid in full | | | ▮ |
| **Total 12 month policy premium if paid in full** | | | ▮ |

## Rated drivers

1. Francisco Serna
2. Xavier Gonzalez

Form 6489 NC (07/20)


Continued

3. Chase Mcelroy

## Auto coverage schedule

1. **2022 RAM 5500** Stated Amount: * $76,000 (including Permanently Attached Equip)
   VIN: **3C7WRNFL9NG397485** Garaging Zip Code: 28078 Radius: 100 miles
   Personal use: Y Body type: Pickup Truck

| Liability Premium | Liability Premium | UM/UIM Premium | UM PD Premium | Med Pay Premium | | |
|---|---|---|---|---|---|---|
| | ▇ | ▇ | ▇ | ▇ | | |

| Physical Damage Premium | Comp Deductible | Comp Premium | Collision Deductible | Collision Premium | | |
|---|---|---|---|---|---|---|
| | ▇ | ▇ | ▇ | ▇ | | |

| Other Coverages Premium | Rental Limit | Rental Premium | Roadside Deductible | Roadside Premium | | Auto Total |
|---|---|---|---|---|---|---|
| | ▇ per day | ▇ | ▇ | ▇ | | ▇ |
| | Max ▇ | | | | | |

*A vehicle's stated amount should indicate its current retail value, including any special or permanently attached equipment. In the event of a total loss, the maximum amount payable is the lesser of the Stated Amount or Actual Cash Value, less deductible. Be sure to check stated amount at every renewal in order to receive the best value from your Progressive Commercial Auto policy.

## Premium discounts

| Policy | |
|---|---|
| 963439874 | Electronic Funds Transfer and Multi-Product |

## Loss Payee information

| 1. | Loss Payee | Auto 1 | CHRYSLER CAPITAL (LOAN) |
|---|---|---|---|
| | | | PO BOX 3610 |
| | | | CARMEL, IN 46082 |
| | | | 2022 RAM 5500 (3C7WRNFL9NG397485) |

## Important Notice

Federal, state and local laws may require you to carry higher limits of liability insurance based on your business or vehicle type. It's your responsibility to comply with these laws.

Please contact the state department of transportation, your employer, or the city and municipalities where you operate, to determine if you're required to carry higher limits.

Form A107 (03/13)

## Important notice about a potential rate change

We use United States Department of Transportation (USDOT) information collected by the Federal Motor Carrier Safety Administration for rating. We are trying to determine if you have a USDOT Number. If you have a USDOT Number, please call 1-800-444-4487 to share it with us. Our review of this information could lead to a rate increase, decrease or no change at all.

Form A174 (09/14)

## Duty to list vehicles

If a federal or state endorsement is attached to this policy that subjects the Company to public liability for negligence in the insured's operation, maintenance or use of motor vehicles, you are required, as part of this renewal, to ensure that all commercially owned or operated vehicles have been disclosed to us and are listed on this renewal policy. You are also required to promptly notify us of any additional commercially owned or operated vehicles put into service in the future. Failure to promptly inform us of, and list, all current and future commercially owned or operated vehicles may result in the cancellation or nonrenewal of this policy, or in a premium increase. Please review the renewal policy declaration page and inform us promptly of any additional vehicles that need to be listed.

Form A177 (09/14)

## Important notice about a potential rate change

If you have a driver listed on your policy with a license issued by any state, or anywhere outside of the United States, other than your policy state, that may have caused an increase in your premium.

Please contact Customer Service at 1-800-444-4487 if a driver licensed out of state or out of the country, and has obtained a new driver's license.

Form A257 (02/22)

## Provider Network Program

If you're hurt in an accident that's covered by your Progressive policy, you may have access to a network of medical providers in your area who can treat you. These providers may offer reduced rates through the network that could allow you to get more treatment if necessary.

Visit progressive.com/providernetworks anytime to find out what provider networks are available in your area. The claim representative handling your medical claim will also be able to provide this information if you're in an accident.

**You are under no obligation to use any network referenced above. You're free to see a medical service provider of your choice.** Using a provider within the network doesn't necessarily mean that we'll cover the cost of their services. If you're in an accident, always check with the claim representative handling your medical claim to confirm what's covered.

Form Z271 (01/12)


Continued

## Important information about your policy premium

### Our Use of Credit History in Determining Your Rate

Your insurance premium or rate is based on many factors including the type of vehicle you drive, the amount and types of coverages you purchase, and the driving and claims history of those on your policy. We also use credit history to calculate an insurance credit score, which is another factor we use to determine your rate.

Because credit history can change over time, you have the option to request that we review credit history and update your rate at your next renewal, but you can only make this request once in a 12-month period.

It's important to know that our review of credit history cannot negatively affect your rate. There are many other factors, such as changes in your driving history or changes in the premium we charge, that may also affect your renewal rate.

To request a review of credit history, please call Customer Service. We can also provide additional information about how we use credit history and insurance credit scores.

### Tier Reviews

To help determine an accurate rate for your policy, we review certain information at policy inception to place you in a tier. A tier represents a category of customers who share similar risk characteristics. Once we've determined your tier, we look at additional information to refine and finalize your rate.

At renewal, we review your payment, claim, driving and policy change history to determine if we will adjust your tier. Because we review different information at renewal than at policy inception, and because we may not perform the review at each renewal, you may be in a different tier at renewal than you would be in if you came to us as a new customer. That means your rate as a new customer could be different. You always have the right to cancel your policy and apply for a new one. Please note that our practices may change over time.

Form Z719C (08/16)

## Privacy Policy/Opt-Out

### About this notice

We are committed to protecting your privacy and earning your trust. This Privacy Policy ("**notice**") describes the personal information we collect about you and how we use and protect it. It applies to our current and former customers and others who live in your state. It replaces earlier versions that we may have given to you.

### Summary

This section summarizes our privacy practices. For more detail, please read the entire notice.

- We gather information from you, your transactions with us, and outside sources.
- We use your information only to conduct our business and provide insurance to you.
- We will share your information with your selected agent or broker and companies that provide certain products or services you request through us.
- We will not share your information with other companies for their independent marketing purposes without your consent.
- You can limit our use of some of this information for marketing purposes.
- We limit access to your information and use safeguards to help protect it.
- You may review and correct your information.

### What information do you collect about me?

We collect information about you to quote and service your insurance policy. This is called "**Nonpublic Personal Information**" or "**NPI**" if it identifies you and is not available to the public. Depending on the product, we collect it from some or all of the following sources. We have provided a few examples for each source, but not all may apply to you.

- **Application information:** You provide this on your application, through your agent or broker, by phone, or online. We may also obtain it from directories and other outside sources. It includes your name, street and e-mail addresses, phone number, driver's license number, Social Security number, date of birth, gender, marital status, and type of vehicle. It also includes information about other drivers.

- **Consumer report information:** We obtain this from consumer reporting agencies. It includes your driving record, claims history with other insurers, and credit report information. The information is kept by the consumer reporting agencies and disclosed by them to others as permitted by law.

- **Transaction information:** This is information about your transactions with us, our affiliates, or others. It includes your insurance coverages, limits and rates, and payment and claims history. It also includes information that we require for billing and payment.

We also may collect "**Website Information**" about you. This is unique to Internet activity. It may include how you linked to our website. It also may include your IP address and information about your device, time of visit, and what pages you visit on our website. When you visit our websites, we use cookies, web beacons, and other technology to collect information about you and your activities on our websites. We do this to provide services to you, enhance your online experience, and advertise our products and services. Some of our websites contain more information about our website privacy practices. Please read it when using the sites.



## Who might get information about me from you?

We will share information about you only as permitted by law. We will not share your NPI with other companies for their independent marketing purposes without your consent. There is no need to "opt out" or tell us not to do this.

Disclosures include those that we feel are required to provide insurance claims or customer service, prevent fraud, perform research or comply with the law. Recipients include, for example, our family of companies, claims representatives, service providers, consumer reporting agencies, insurance agents and brokers, law enforcement, courts and government agencies. They may disclose the information to others as permitted by law. For example, consumer reporting agencies may disclose Transaction Information received from us to other insurance companies with which you do business.

Where permitted by law, we may also disclose Application or Transaction Information to service providers that help us market our products. These service providers may include financial institutions with which we have joint marketing agreements.

Some products or services obtained through us will be provided by other companies. We may share your information with these companies. They will use the information as described in their privacy policies. These companies may share with us information about you and your transactions with them.

## Can I limit use of my information for marketing?

We may share your NPI among our family of companies so they may offer products and services to you. You may limit some of this marketing by calling us at 1-844-582-5040. Your choice will apply to all people listed on your policy.

## How do you protect my information?

We restrict access to your information to our employees and others who we feel must use it to provide our products and services or otherwise run our business. Their use of the information is limited by law, our employee code of conduct, and written agreements where appropriate. We also maintain physical, electronic and procedural safeguards to protect your information.

## How can I review and correct information you have about me?

To review information we have about you, send a written request to Customer Service, PO Box 94739, Cleveland, OH 44101. You must describe the kind of information you want to review and state that your request is in response to this notice. Include your full name, mailing address, and policy number (if applicable). Within 30 business days, we will describe what is available and how you may request corrections. We will also name anyone we show as having received the information within two years prior to your request. Finally, we will identify the companies that have provided Consumer Report Information about you.

You may review the information at our offices or receive a copy of it for a fee to cover our costs. We will not provide information that we feel is privileged, such as information about insurance claims or lawsuits.

To correct information about you, send a written request as described above, explaining your desired correction. Within 30 business days, we will either make the requested correction or tell you why we will not. We cannot correct Consumer Report Information. To do this, you must contact the consumer reporting agency that provided it.

If we make your requested correction, we will notify you in writing. We will also notify anyone you name who may have received the information within the previous two years. If required by law, we will also notify others who may have given it to or received it from us. If we refuse to make the requested correction, you may file with us a concise written statement about why you object. That statement should include the information you think is correct. We will include your statement in your file. We will send it to the same persons to whom we would send a copy of any correction or change.



**Our family of companies**

This notice is from our family of companies. As of the date of this notice, this includes: Artisan and Truckers Casualty Company, Blue Hill Specialty Insurance Company, Drive New Jersey Insurance Company, Mountain Laurel Assurance Company, National Continental Insurance Company, Progny Agency, Inc., Progressive Adjusting Company, Inc., Progressive Advanced Insurance Company, Progressive Advantage Agency, Inc., Progressive American Insurance Company, Progressive Auto Pro Insurance Agency, Inc., Progressive Bayside Insurance Company, Progressive Casualty Insurance Company, Progressive Choice Insurance Company, Progressive Classic Insurance Company, Progressive Commercial Advantage Agency, Inc., Progressive Commercial Casualty Company, Progressive County Mutual Insurance Company, Progressive Direct Insurance Company, Progressive Express Insurance Company, Progressive Freedom Insurance Company, Progressive Garden State Insurance Company, Progressive Gulf Insurance Company, Progressive Hawaii Insurance Corp., Progressive Life Insurance Company, Progressive Marathon Insurance Company, Progressive Max Insurance Company, Progressive Michigan Insurance Company, Progressive Mountain Insurance Company, Progressive Northern Insurance Company, Progressive Northwestern Insurance Company, Progressive Paloverde Insurance Company, Progressive Preferred Insurance Company, Progressive Premier Insurance Company of Illinois, Progressive Security Insurance Company, Progressive Select Insurance Company, Progressive Southeastern Insurance Company, Progressive Specialty Insurance Company, Progressive Universal Insurance Company, Progressive West Insurance Company, United Financial Casualty Company, and 358 Ventures, Inc. Our family of companies also includes ARX Holding Corp. and the entities that it directly or indirectly majority owns or controls. Those companies are governed by a separate privacy policy available at americanstrategic.com.

Form 6488 (02/20)

NOTICE OF RIGHT TO PURCHASE HIGHER LIMITS OF UM/UIM

NOTICE: YOU ARE REQUIRED TO PURCHASE UNINSURED MOTORIST BODILY INJURY COVERAGE, UNINSURED MOTORIST PROPERTY DAMAGE COVERAGE AND, IN SOME CASES, UNDERINSURED MOTORIST BODILY INJURY COVERAGE. THIS INSURANCE PROTECTS YOU AND YOUR FAMILY AGAINST INJURIES AND PROPERTY DAMAGE CAUSED BY THE NEGLIGENCE OF OTHER DRIVERS WHO MAY HAVE LIMITED OR ONLY MINIMUM COVERAGE OR EVEN NO LIABILITY INSURANCE. YOU MAY PURCHASE UNINSURED MOTORIST BODILY INJURY COVERAGE AND, IF APPLICABLE, UNDERINSURED MOTORIST COVERAGE WITH LIMITS UP TO ONE MILLION DOLLARS ($1,000,000) PER PERSON AND ONE MILLION DOLLARS ($1,000,000) PER ACCIDENT OR AT SUCH LESSER LIMITS YOU CHOOSE. YOU CANNOT PURCHASE COVERAGE FOR LESS THAN THE MINIMUM LIMITS FOR THE BODILY INJURY AND PROPERTY DAMAGE COVERAGE THAT ARE REQUIRED FOR YOUR OWN VEHICLE. IF YOU DO NOT CHOOSE A GREATER OR LESSER LIMIT FOR UNINSURED MOTORIST BODILY INJURY COVERAGE, A LESSER LIMIT FOR UNINSURED MOTORIST PROPERTY DAMAGE COVERAGE, AND/OR A GREATER OR LESSER LIMIT FOR UNDERINSURED MOTORIST BODILY INJURY COVERAGE, THEN THE LIMITS FOR THE UNINSURED MOTORIST BODILY INJURY COVERAGE AND, IF APPLICABLE, THE UNDERINSURED MOTORIST BODILY INJURY COVERAGE WILL BE THE SAME AS THE HIGHEST LIMITS FOR BODILY INJURY LIABILITY COVERAGE FOR ANY ONE OF YOUR OWN VEHICLES INSURED UNDER THE POLICY AND THE LIMITS FOR THE UNINSURED MOTORIST PROPERTY DAMAGE COVERAGE WILL BE THE SAME AS THE HIGHEST LIMITS FOR PROPERTY DAMAGE LIABILITY COVERAGE FOR ANY ONE OF YOUR OWN VEHICLES INSURED UNDER THE POLICY. IF YOU WISH TO PURCHASE UNINSURED MOTORIST AND, IF APPLICABLE, UNDERINSURED MOTORIST COVERAGE AT DIFFERENT LIMITS THAN THE LIMITS FOR YOUR OWN VEHICLE INSURED UNDER THE POLICY, THEN YOU SHOULD CONTACT YOUR INSURANCE COMPANY OR AGENT TO DISCUSS YOUR OPTIONS FOR OBTAINING DIFFERENT COVERAGE LIMITS. YOU SHOULD ALSO READ YOUR ENTIRE POLICY TO UNDERSTAND WHAT IS COVERED UNDER UNINSURED AND UNDERINSURED MOTORIST COVERAGES.

Form NC0340 (02/10)

## Agent compensation disclosure

The insurance producer that sold you this policy is a licensed independent insurance agent authorized by Progressive Southeastern Ins Co and by other insurance companies to solicit business on their behalf. We believe that independent agents who represent more than one company can better assist you in finding the combination of coverage, price and service that meets your needs.

We will pay your agent a commission for placing your policy with us. We may also help your agent pay for advertising and marketing that is designed to attract new customers.

Your agent may also be eligible for additional compensation, based upon the volume and profitability of certain business he or she places with us.

Form Z181 (05/05)

## Rental Reimbursement Coverage Endorsement

Except as specifically modified in this endorsement, all provisions of the Commercial Auto Policy apply.

**We** agree with **you** that the insurance provided under **your** Commercial Auto Policy is modified as follows:

### Insuring Agreement

Subject to the Limits of Liability, if **you** pay the premium for Rental Reimbursement Coverage, **we** will reimburse rental charges incurred when **you** rent an **auto** pursuant to a written rental agreement due to a **loss** to an **insured auto** that has Rental Reimbursement Coverage under this policy. This coverage applies only if **you** have purchased Collision Coverage and either Comprehensive Coverage or Fire and Theft With Combined Additional Coverage for that **insured auto** and the **loss** is covered under one of those coverages. If neither **you** nor **we** can locate a **reasonable replacement auto**, **we** will pay **you** the daily limit instead.

Additional charges for fuel are not covered. **We** will pay no more than the specified daily limit, including additional insurance, damage waivers, and/or equipment.

The maximum **we** will pay is the daily amount shown on the **declarations page** up to the number of days shown on the **declarations page**.

If Rental Reimbursement Coverage applies, no other coverage under this policy for rental expenses will apply.

Rental charges will be reimbursed beginning:

1. When the **insured auto** cannot be used for its intended purpose due to a **loss**; or
2. If the **insured auto** can be operated for its intended purpose, when **you** deliver the **insured auto** to an auto repair shop for repairs due to the **loss**; and ending the earliest of:

1. When the **insured auto** has been returned to **you**;
2. When the **insured auto** has been repaired;
3. When the **insured auto** has been replaced;
4. 72 hours after **we** make an offer to settle the **loss** if the **insured auto** is deemed by **us** to be a total loss; or
5. When **you** incur 30 days worth of rental charges.

**You** must provide **us** written proof of **your** rental charges to be reimbursed.

### Additional Coverage

When Rental Reimbursement Coverage applies, **we** will consider the rented **auto** to be an **insured auto** for coverage under Part II - Damage To Your Auto. The rented **auto** will have the same coverages that **you** have purchased for the **insured auto** that the rented **auto** replaces, and the same deductible will apply.

### Definition

**"Reasonable replacement auto"** means an **auto** of the same type as the **insured auto** that is out of service, or an **auto** of a different type that can be used in a manner comparable to the **insured auto** that will permit **you** to continue **your** business operations. This may include the rental of a larger or heavier duty **auto** if it will allow **you** to continue to operate **your** business, if the rental is within the daily rate stated on the **declarations page**.

### Limits of Liability

The limit shown on the **declarations page** is the most **we** will pay under this endorsement for a **loss** to any one **insured auto.**

**ALL OTHER TERMS, LIMITS, AND PROVISIONS OF THE POLICY REMAIN UNCHANGED.**

Form Z311 (02/19)

## Roadside Assistance Coverage Endorsement

Except as specifically modified in this endorsement, all provisions of the Commercial Auto Policy apply.

**We** agree with **you** that the insurance provided under **your** Commercial Auto Policy is modified as follows:

### Insuring Agreement

If **you** pay the premium for this coverage, **we** will pay for **our** authorized service representative to provide the following services when necessary due to a **covered emergency**:

For all vehicles of the **heavy vehicle type**:

1.  labor on a **covered disabled auto** at the place of disablement up to a limit of liability of $500; and
2.  towing of a **covered disabled auto** to the nearest qualified repair facility, up to a limit of liability of $5,000.
3.  If a **covered disabled auto** is towed to any place other than the nearest qualified repair facility, or if the cost exceeds $5,000, **you** will be responsible for any additional charges incurred. If the cost of labor at the place of disablement exceeds $500, **you** will be responsible for any additional charges incurred.
4.  Each **covered emergency** is subject to the deductible shown on the **declarations page**.

For all vehicles other than those of the **heavy vehicle type**:

1.  labor on a **covered disabled auto** at the place of disablement; and
2.  towing of a **covered disabled auto** to the nearest qualified repair facility.

If a **covered disabled auto** is towed to any place other than the nearest qualified repair facility, **you** will be responsible for any additional charges incurred. For labor for any time period in excess of 60 minutes per disablement, **you** will be responsible for charges incurred.

### Additional Definitions

When used in this endorsement:

1.  "**Covered disabled auto**" means an **insured auto** for which this coverage has been purchased that sustains a **covered emergency**. **Covered disabled auto** includes a trailer attached to an **insured auto** for which this coverage has been purchased.
2.  "**Covered emergency**" means a disablement that is a result of:
    a.  mechanical or electrical breakdown;
    b.  battery failure;
    c.  insufficient supply of fuel, oil, water, or other fluid;
    d.  flat tire;
    e.  lock-out; or
    f.  entrapment in snow, mud, water, or sand, within 100 feet of a road or highway.
3.  "**Heavy vehicle type**" means all heavy trucks and heavy vehicles. However, it does not include Pickups, Cargo Vans, Passenger Vans, Wheelchair Vans, Minivans, Sport Autos, Luxury Autos, Passenger Autos, SUV's, Step Vans, Delivery Vans, Limousines, Hearses, or Catering Trucks.

### EXCLUSIONS - READ THE FOLLOWING EXCLUSIONS CAREFULLY. IF AN EXCLUSION APPLIES, COVERAGE WILL NOT BE AFFORDED UNDER THIS ENDORSEMENT.

Coverage under this endorsement will not apply to:

1.  more than three **covered emergencies** for any single **insured auto** in a six-month period;
2.  the cost of purchasing parts, fluid, lubricants, fuel, or replacement keys, or the labor to make replacement keys;
3.  installation of products or material not related to the disablement;
4.  labor not related to the disablement;
5.  towing or storage related to impound ment, abandonment, illegal parking, or other violations of law;
6.  assistance with jacks, levelers, airbags, or awnings;



7.  towing from a service station, garage, or repair shop;

8.  labor or repair work performed at a service station, garage, or repair shop;

9.  auto storage charges;

10. a second service call or tow for a single disablement;

11. disablement that occurs on roads not regularly maintained, sand beaches, open fields, or areas designated as not passable due to construction, weather, or earth movement;

12. mounting or removing of snow tires or chains;

13. tire repair;

14. repeated service calls for a **covered disabled auto** in need of routine maintenance or repair; or

15. disablement that results from an intentional or willful act or action by **you** or, if the named insured is a natural person, a **relative**, or by the operator of a **covered disabled auto**.

## Unauthorized Service Provider

When service is rendered by a provider in the business of providing roadside assistance and towing services, other than one of **our** authorized service representatives, **we** will pay only reasonable charges, as determined by **us**, for:

1.  towing of a **covered disabled auto** to the nearest qualified repair facility; and

2.  labor on a **covered disabled auto** at the place of disablement; which is necessary due to a **covered emergency**.

## Other Insurance

Any coverage provided under this endorsement for service rendered by an unauthorized service provider will be excess over any other collectible insurance or towing protection coverage.

**ALL OTHER TERMS, LIMITS, AND PROVISIONS OF THE POLICY REMAIN UNCHANGED.**

LATORRE INSURANCE
124 N MCDOWELL ST
CHARLOTTE, NC 28204



**Policy number: 963439874**
Underwritten by:
Progressive Southeastern Ins Co
Policyholder:
Charlotte Shotcrete Services LLC
May 7, 2024

**Charlotte Shotcrete Services LLC**
1504 TESSAVA CT
CHARLOTTE, NC 28210

**1-844-566-8181**
    **LATORRE INSURANCE**
    Contact your agent for personalized service.

**agent.progressive.com**
    **Online Service**
    Make payments, check billing activity, print
    policy documents, or check the status of a
    claim.

**1-800-444-4487**
    For customer service if your agent is
    unavailable or to report a claim.

# Enclosed are the Insurance Identification Cards you requested

Thank you for choosing Progressive for your insurance needs.

Form DUPIDLTR (01/06)

LATORRE INSURANCE
124 N MCDOWELL ST
CHARLOTTE, NC 28204



**Named insured**

Charlotte Shotcrete Services LLC
1504 TESSAVA CT
CHARLOTTE, NC 28210

**Policy number: 963439874**

Underwritten by:
Progressive Southeastern Ins Co
May 7, 2024
Policy Period: Nov 16, 2023 - Nov 16, 2024
Page 1 of 2

**agent.progressive.com**
**Online Service**
Make payments, check billing activity, print policy documents, update your policy or check the status of a claim.

**1-844-566-8181**
**LATORRE INSURANCE**
Contact your agent for personalized service.

**1-800-444-4487**
For customer service if your agent is unavailable or to report a claim.

# Commercial Auto
# Insurance Coverage Summary
This is your Declarations Page
Your coverage has changed

Your coverage began on November 16, 2023 at 12:01 a.m. This policy expires on November 16, 2024 at 12:01 a.m.

This coverage summary replaces your prior one. Your insurance policy and any policy endorsements contain a full explanation of your coverage. The policy limits shown for an auto may not be combined with the limits for the same coverage on another auto, unless the policy contract allows the stacking of limits. The policy contract is form 6912 (02/19). The contract is modified by forms 2852NC (02/19), 4757 (02/19), Z311 (02/19), Z313 (04/21), 4852NC (02/19), 4881NC (02/19) and Z228 (01/11).

The named insured organization type is a corporation.

## Policy changes effective May 6, 2024

| | |
|---|---|
| Changes processed on: | May 6, 2024 11:26 a.m. |
| Premium change: | $1,095.00 |
| Changes: | The 2022 RAM 1500 CLASSIC has been added. |

The changes shown above will not be effective prior to the time the changes were requested.

## Outline of coverage

| Description | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | ▮ |
|   Bodily Injury and Property Damage Liability | $750,000 combined single limit | | ▮ |
| Uninsured/Underinsured Motorist | $750,000 combined single limit | | ▮ |
| Uninsured Motorist Property Damage | Included in combined single limit | ▮ | ▮ |
| Medical Payments | $5,000 each person | | ▮ |
| Comprehensive | | | ▮ |
|   See Auto Coverage Schedule | Limit of liability less deductible | | |
| Collision | | | ▮ |
|   See Auto Coverage Schedule | Limit of liability less deductible | | |
| Rental Reimbursement | | | ▮ |
|   See Auto Coverage Schedule | | | |
| Roadside Assistance | | | ▮ |
| See Auto Coverage Schedule | Limit of liability less deductible | | |
| **Total 12 month policy premium** | | | ▮ |

## Rated drivers


Form 6489 NC (07/20)

1. Francisco Serna
2. Xavier Gonzalez
3. Chase Mcelroy

## Auto coverage schedule

1. **2022 RAM 5500** Stated Amount: * $76,000 (including Permanently Attached Equip)
   VIN: **3C7WRNFL9NG397485** Garaging Zip Code: 28078 Radius: 100 miles
   Personal use: Y Body type: Pickup Truck

| | Liability Premium | UM/UIM Premium | UM PD Premium | Med Pay Premium | |
|---|---|---|---|---|---|
| **Liability Premium** | ▮ | ▮ | ▮ | ▮ | |

| | Comp Deductible | Comp Premium | Collision Deductible | Collision Premium | |
|---|---|---|---|---|---|
| **Physical Damage Premium** | ▮ | ▮ | ▮ | ▮ | |

| | Rental Limit | Rental Premium | Roadside Deductible | Roadside Premium | Auto Total |
|---|---|---|---|---|---|
| **Other Coverages Premium** | ▮ per day Max.▮ | ▮ | ▮ | ▮ | ▮ |

2. **2022 RAM 1500 CLASSIC**
   VIN: **3C6JR6DG8NG336820** Garaging Zip Code: 28210 Radius: 100 miles
   Personal use: N Body type: Pickup Truck

| | Liability Premium | UM/UIM Premium | UM PD Premium | Med Pay Premium | Auto Total |
|---|---|---|---|---|---|
| **Liability Premium** | ▮ | ▮ | ▮ | ▮ | ▮ |

*A vehicle's stated amount should indicate its current retail value, including any special or permanently attached equipment. In the event of a total loss, the maximum amount payable is the lesser of the Stated Amount or Actual Cash Value, less deductible. Be sure to check stated amount at every renewal in order to receive the best value from your Progressive Commercial Auto policy.

## Premium discounts

| Policy | |
|---|---|
| 963439874 | Electronic Funds Transfer and Multi-Product |

## Loss Payee information

1. Loss Payee     Auto 1

CHRYSLER CAPITAL (LOAN)
PO BOX 3610
CARMEL, IN 46082
2022 RAM 5500 (3C7WRNFL9NG397485)

LATORRE INSURANCE
124 N MCDOWELL ST
CHARLOTTE, NC 28204



Charlotte Shotcrete Services LLC
**Policy Number:** 963439874
Underwritten by:
Progressive Southeastern Ins Co
Date of Mailing: May 6, 2024
Policy Period: Nov 16, 2023 - Nov 16, 2024
Page 1 of 1
**LATORRE INSURANCE**
    **1-844-566-8181**
**Online Service**
    **agent.progressive.com**
**Customer Service**
    **1-800-444-4487**

Charlotte Shotcrete Services LLC
1504 TESSAVA CT
CHARLOTTE, NC 28210

# Electronic Funds Transfer (EFT) Payment Schedule

Thank you for choosing Progressive. We appreciate having you as our customer.

| Remaining balance | $2,285.51 |
|---|---|

Following is your updated payment schedule for your review.

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| May 16, 2024.................... | ███ | Jul 16, 2024 .................... | ███ | Sep 16, 2024.................... | ███ |
| Jun 16, 2024 .................... | ███ | Aug 16, 2024 .................... | ███ | | |

An installment fee of $1.00 may be included in each payment. You may avoid paying the installment fee by paying your premium in full. You may reduce the amount you pay in installment fees by paying your premium in larger amounts and fewer installments.

If you've scheduled a payment, it is not reflected in the amount due.

Please note that due to payment processing time, your transaction may not post immediately. If your scheduled payment falls on a weekend or holiday, your payment will be made on the next business day.

If you have questions, please call your agent.

Form 6273 (10/10)

LATORRE INSURANCE
124 N MCDOWELL ST
CHARLOTTE, NC 28204



Named insured

Charlotte Shotcrete Services LLC
1504 TESSAVA CT
CHARLOTTE, NC 28210

**Policy number:  963439874**

Underwritten by:
Progressive Southeastern Ins Co
July 2, 2024
Policy Period: Nov 16, 2023 - Nov 16, 2024
Page 1 of 3

**agent.progressive.com**
**Online Service**
Make payments, check billing activity, print
policy documents, update your policy or
check the status of a claim.

**1-844-566-8181**
**LATORRE INSURANCE**
Contact your agent for personalized service.

**1-800-444-4487**
For customer service if your agent is
unavailable or to report a claim.

# Commercial Auto
# Insurance Coverage Summary
## This is your Declarations Page
## Your coverage has changed

Your coverage began on November 16, 2023 at 12:01 a.m.  This policy expires on November 16, 2024 at 12:01 a.m.

This coverage summary replaces your prior one. Your insurance policy and any policy endorsements contain a full explanation of your coverage. The policy limits shown for an auto may not be combined with the limits for the same coverage on another auto, unless the policy contract allows the stacking of limits. The policy contract is form 6912 (02/19). The contract is modified by forms 2852NC (02/19), 4757 (02/19), Z311 (02/19), Z313 (04/21), 4852NC (02/19), 4881NC (02/19) and Z228 (01/11).

The named insured organization type is a corporation.

## Policy changes effective July 1, 2024

| | |
|---|---|
| Changes processed on: | July 1, 2024 12:28 p.m. |
| Premium change: | ███████ |
| Changes: | The 2024 RAM 2500 has been added. |

The changes shown above will not be effective prior to the time the changes were requested.

## Outline of coverage

| Description | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | ███ |
|   Bodily Injury and Property Damage Liability | $750,000 combined single limit | | |
| Uninsured/Underinsured Motorist | $750,000 combined single limit | | ███ |
| Uninsured Motorist Property Damage | Included in combined single limit | ███ | ███ |
| Medical Payments | $5,000 each person | | ███ |
| Comprehensive | | | ███ |
|   See Auto Coverage Schedule | Limit of liability less deductible | | |
| Collision | | | ███ |
|   See Auto Coverage Schedule | Limit of liability less deductible | | |
| Rental Reimbursement | | | ███ |
|   See Auto Coverage Schedule | | | |
| Roadside Assistance | | | ███ |
| See Auto Coverage Schedule | Limit of liability less deductible | | |
| **Total 12 month policy premium** | | | ███ |

## Rated drivers


Continued

Form 6489 NC (07/20)

1. Francisco Serna
2. Xavier Gonzalez
3. Chase Mcelroy

## Auto coverage schedule

1. **2022 RAM 5500** Stated Amount: * $76,000 (including Permanently Attached Equip)
   VIN: **3C7WRNFL9NG397485** Garaging Zip Code: 28078 Radius: 100 miles
   Personal use: Y Body type: Pickup Truck

| Liability Premium | Liability Premium | UM/UIM Premium | UM PD Premium | Med Pay Premium | |
|---|---|---|---|---|---|
| | ▉ | ▉ | ▉ | ▉ | |

| Physical Damage Premium | Comp Deductible | Comp Premium | Collision Deductible | Collision Premium | |
|---|---|---|---|---|---|
| | ▉ | ▉ | ▉ | ▉ | |

| Other Coverages Premium | Rental Limit | Rental Premium | Roadside Deductible | Roadside Premium | Auto Total |
|---|---|---|---|---|---|
| | ▉ per day Max.▉ | ▉ | ▉ | ▉ | ▉ |

2. **2022 RAM 1500 CLASSIC**
   VIN: **3C6JR6DG8NG336820** Garaging Zip Code: 28210 Radius: 100 miles
   Personal use: N Body type: Pickup Truck

| Liability Premium | Liability Premium | UM/UIM Premium | UM PD Premium | Med Pay Premium | Auto Total |
|---|---|---|---|---|---|
| | ▉ | ▉ | ▉ | ▉ | ▉ |

3. **2024 RAM 2500** Stated Amount: * $71,140 (including Permanently Attached Equip)
   VIN: **3C7WR5HJXRG178116** Garaging Zip Code: 28210 Radius: 50 miles
   Personal use: N Body type: Pickup Truck

| Liability Premium | Liability Premium | UM/UIM Premium | UM PD Premium | Med Pay Premium | |
|---|---|---|---|---|---|
| | ▉ | ▉ | ▉ | ▉ | |

| Physical Damage Premium | Comp Deductible | Comp Premium | Collision Deductible | Collision Premium | |
|---|---|---|---|---|---|
| | ▉ | ▉ | ▉ | ▉ | |

| Other Coverages Premium | Rental Limit | Rental Premium | Roadside Deductible | Roadside Premium | Auto Total |
|---|---|---|---|---|---|
| | ▉ per day Max▉ | ▉ | ▉ | ▉ | ▉ |

*A vehicle's stated amount should indicate its current retail value, including any special or permanently attached equipment. In the event of a total loss, the maximum amount payable is the lesser of the Stated Amount or Actual Cash Value, less deductible. Be sure to check stated amount at every renewal in order to receive the best value from your Progressive Commercial Auto policy.

## Premium discounts

| Policy | |
|---|---|
| 963439874 | Electronic Funds Transfer and Multi-Product |

## Loss Payee information

1. Loss Payee          Auto 1          CHRYSLER CAPITAL (LOAN)
                                        PO BOX 3610
                                        CARMEL, IN 46082
                                        2022 RAM 5500 (3C7WRNFL9NG397485)

LATORRE INSURANCE
124 N MCDOWELL ST
CHARLOTTE, NC 28204



Charlotte Shotcrete Services LLC
**Policy Number: 963439874**
    Underwritten by:
    Progressive Southeastern Ins Co
    Date of Mailing: July 1, 2024
    Policy Period: Nov 16, 2023 - Nov 16, 2024
    Page 1 of 1

Charlotte Shotcrete Services LLC
1504 TESSAVA CT
CHARLOTTE, NC 28210

**LATORRE INSURANCE**
    **1-844-566-8181**
**Online Service**
    **agent.progressive.com**
**Customer Service**
    **1-800-444-4487**

# Electronic Funds Transfer (EFT) Payment Schedule

Thank you for choosing Progressive. We appreciate having you as our customer.

**Remaining balance**

Following is your updated payment schedule for your review.

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| Jul 16, 2024 ........ ▮ | | Aug 16, 2024 ........ ▮ | | Sep 16, 2024 ........ ▮ | |

An installment fee of $1.00 may be included in each payment. You may avoid paying the installment fee by paying your premium in full. You may reduce the amount you pay in installment fees by paying your premium in larger amounts and fewer installments.

If you've scheduled a payment, it is not reflected in the amount due.

Please note that due to payment processing time, your transaction may not post immediately. If your scheduled payment falls on a weekend or holiday, your payment will be made on the next business day.

If you have questions, please call your agent.

Form 6273 (10/10)



Charlotte Shotcrete Services LL
1504 TESSAVA CT
CHARLOTTE, NC 28210

**Policy number:  963439874**
Underwritten by:
Progressive Southeastern Ins Co
Policyholder:
Charlotte Shotcrete Services LLC
August 19, 2024
Page 1  of  1

**1-844-566-8181**
**LATORRE INSURANCE**
Contact your agent for personalized service.

**Customer Service**
**1-800-444-4487**
24 hours a day, 7 days a week
**1-800-556-0014 (fax)**

**Mailing Address**
Progressive
PO Box 94739
Cleveland, OH 44101

# Important information about your policy

MICHAEL BENJAMIN was recently involved in an accident on 7/16/2024 and wasn't a listed driver on your policy.

As a result, we've added this driver to your policy. The enclosed Declarations Page reflects this update and any change to your premium.

Please call us or your agent with any questions. We're available anytime at 1-800-444-4487.




**PROGRESSIVE**®
COMMERCIAL

Named insured

Charlotte Shotcrete Services LLC
1504 TESSAVA CT
CHARLOTTE, NC 28210

**Policy number:  963439874**

Underwritten by:
Progressive Southeastern Ins Co
August 19, 2024
Policy Period: Nov 16, 2023 - Nov 16, 2024
Page 1  of  3

**agent.progressive.com**
**Online Service**
Make payments, check billing activity, print
policy documents, update your policy or
check the status of a claim.

**1-844-566-8181**
**LATORRE INSURANCE**
Contact your agent for personalized service.

**1-800-444-4487**
For customer service if your agent is
unavailable or to report a claim.

# Commercial Auto
# Insurance Coverage Summary
This is your Declarations Page
Your coverage has changed

Your coverage began on November 16, 2023 at 12:01 a.m.  This policy expires on November 16, 2024 at 12:01 a.m.

This coverage summary replaces your prior one. Your insurance policy and any policy endorsements contain a full explanation of your coverage. The policy limits shown for an auto may not be combined with the limits for the same coverage on another auto, unless the policy contract allows the stacking of limits. The policy contract is form 6912 (02/19). The contract is modified by forms 2852NC (02/19), 4757 (02/19), Z311 (02/19), Z313 (04/21), 4852NC (02/19), 4881NC (02/19) and Z228 (01/11).

The named insured organization type is a corporation.

## Policy changes effective  July 17, 2024

| | |
|---|---|
| Changes processed on: | August 16, 2024 11:40 a.m. |
| Premium change: | ▆▆▆ |
| Changes: | MICHAEL B BENJAMIN has been added to the policy. |

The changes shown above will not be effective prior to the time the changes were requested.

## Outline of coverage

| Description | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | ▆ |
|   Bodily Injury and Property Damage Liability | $750,000 combined single limit | | ▆ |
| Uninsured/Underinsured Motorist | $750,000 combined single limit | | ▆ |
| Uninsured Motorist Property Damage | Included in combined single limit | ▆▆▆ | ▆ |
| Medical Payments | $5,000 each person | | ▆ |
| Comprehensive | | | ▆ |
|   See Auto Coverage Schedule | Limit of liability less deductible | | |
| Collision | | | ▆▆ |
|   See Auto Coverage Schedule | Limit of liability less deductible | | |
| Rental Reimbursement | | | ▆▆ |
|   See Auto Coverage Schedule | | | |
| Roadside Assistance | | | ▆ |
| See Auto Coverage Schedule | Limit of liability less deductible | | |
| **Total 12 month policy premium** | | | ▆▆▆ |

## Rated drivers


Form 6489 NC (07/20)

1. Francisco Serna
2. Xavier Gonzalez
3. Chase Mcelroy
4. MICHAEL B BENJAMIN

## Auto coverage schedule

1. **2022 RAM 5500**  Stated Amount: * $76,000 (including Permanently Attached Equip)
VIN: **3C7WRNFL9NG397485**  Garaging Zip Code: 28078  Radius: 100 miles
Personal use: Y  Body type: Pickup Truck

| Liability Premium | Liability Premium | UM/UIM Premium | UM PD Premium | Med Pay Premium | |
|---|---|---|---|---|---|
| | ■ | ■ | ■ | ■ | |

| Physical Damage Premium | Comp Deductible | Comp Premium | Collision Deductible | Collision Premium |
|---|---|---|---|---|
| | ■ | ■ | ■ | ■ |

| Other Coverages Premium | Rental Limit | Rental Premium | Roadside Deductible | Roadside Premium | Auto Total |
|---|---|---|---|---|---|
| | ■ per day  Max ■ | ■ | ■ | ■ | ■ |

2. **2022 RAM 1500 CLASSIC**
VIN: **3C6JR6DG8NG336820**  Garaging Zip Code: 28210  Radius: 100 miles
Personal use: N  Body type: Pickup Truck

| Liability Premium | Liability Premium | UM/UIM Premium | UM PD Premium | Med Pay Premium | Auto Total |
|---|---|---|---|---|---|
| | ■ | ■ | ■ | ■ | ■ |

3. **2024 RAM 2500**  Stated Amount: * $71,140 (including Permanently Attached Equip)
VIN: **3C7WR5HJXRG178116**  Garaging Zip Code: 28210  Radius: 50 miles
Personal use: N  Body type: Pickup Truck

| Liability Premium | Liability Premium | UM/UIM Premium | UM PD Premium | Med Pay Premium | |
|---|---|---|---|---|---|
| | ■ | ■ | ■ | ■ | |

| Physical Damage Premium | Comp Deductible | Comp Premium | Collision Deductible | Collision Premium |
|---|---|---|---|---|
| | ■ | ■ | ■ | ■ |

| Other Coverages Premium | Rental Limit | Rental Premium | Roadside Deductible | Roadside Premium | Auto Total |
|---|---|---|---|---|---|
| | ■ per day  Max ■ | ■ | ■ | ■ | ■ |

*A vehicle's stated amount should indicate its current retail value, including any special or permanently attached equipment.  In the event of a total loss, the maximum amount payable is the lesser of the Stated Amount or Actual Cash Value, less deductible.  Be sure to check stated amount at every renewal in order to receive the best value from your Progressive Commercial Auto policy.

## Premium discounts

| Policy | |
|---|---|
| 963439874 | Electronic Funds Transfer and Multi-Product |



**Loss Payee information**

1. Loss Payee      Auto 1      CHRYSLER CAPITAL (LOAN)
PO BOX 3610
CARMEL, IN 46082
2022 RAM 5500 (3C7WRNFL9NG397485)

LATORRE INSURANCE
124 N MCDOWELL ST
CHARLOTTE, NC 28204



Charlotte Shotcrete Services LLC
1504 TESSAVA CT
CHARLOTTE, NC 28210

Charlotte Shotcrete Services LLC
**Policy Number: 963439874**
Underwritten by:
Progressive Southeastern Ins Co
Date of Mailing: August 16, 2024
Policy Period: Nov 16, 2023 - Nov 16, 2024
Page 1 of 1
**LATORRE INSURANCE**
1-844-566-8181
**Online Service**
agent.progressive.com
**Customer Service**
1-800-444-4487

# Electronic Funds Transfer (EFT) Payment Schedule

Thank you for choosing Progressive. We appreciate having you as our customer.

**Remaining balance** ▮▮▮▮▮

Following is your updated payment schedule for your review.

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| Aug 16, 2024 .................... ▮▮▮ | | Sep 16, 2024 ..................... ▮▮▮ | |

An installment fee of $1.00 may be included in each payment. You may avoid paying the installment fee by paying your premium in full. You may reduce the amount you pay in installment fees by paying your premium in larger amounts and fewer installments.

If you've scheduled a payment, it is not reflected in the amount due.

Please note that due to payment processing time, your transaction may not post immediately. If your scheduled payment falls on a weekend or holiday, your payment will be made on the next business day.

If you have questions, please call your agent.

Form 6273 (10/10)



# NORTH CAROLINA
## COMMERCIAL AUTO FORMS

**PLEASE READ YOUR POLICY AGREEMENT CAREFULLY.**
Provisions of this Agreement and its endorsements restrict coverage. Be certain you understand all of the coverage terms, the exclusions, and your rights and duties.

**All forms in the endorsement section do not automatically pertain to your policy.**
Please refer to your declarations page for form numbers associated with your policy. Only those endorsements whose form numbers appear on your declarations page apply to your policy. All other parts of the policy that have not been modified by an endorsement will remain unchanged.

This booklet contains Form 6912 (02/19) and a section of optional endorsements.



**COMMERCIAL AUTO POLICY**

**INDEX OF POLICY PROVISIONS**

**PAGE**

**DUTIES IN THE EVENT OF AN ACCIDENT OR LOSS**. . . . . . . . . . . . . . . . . . .1

**GENERAL DEFINITIONS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2

**PART I—LIABILITY TO OTHERS**
Insuring Agreement—Liability To Others . . . . . . . . . . . . . . . . . . . . . . . . . . . .6
Additional Definitions Used in This Part Only . . . . . . . . . . . . . . . . . . . . . . . . .6
Additional Payments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9
Out-Of-State Coverage Extension. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9
Exclusions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .10
Limit of Liability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .13

**PART II—DAMAGE TO YOUR AUTO**
Insuring Agreement—Collision Coverage . . . . . . . . . . . . . . . . . . . . . . . . . .15
Insuring Agreement—Comprehensive Coverage . . . . . . . . . . . . . . . . . . . . .15
Insuring Agreement—Fire and Theft with Combined
  Additional Coverage (CAC) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .16
Additional Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .16
Additional Payments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .17
Additional Definition Used in This Part Only . . . . . . . . . . . . . . . . . . . . . . . .17
Exclusions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .18
Limit of Liability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .19
Deductible . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .21
Salvage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .22
No Benefit to Bailee. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .22
Appraisal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .22
Payment of Loss . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .23
Loss Payee Agreement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .23

**GENERAL PROVISIONS**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .23

# COMMERCIAL AUTO POLICY

If **you** pay **your** premium when due, **we** will provide the insurance described in this policy.

## DUTIES IN THE EVENT OF AN ACCIDENT OR LOSS

For coverage to apply under this policy, **you** or the person seeking coverage must promptly report each **accident** or **loss** even if **you** or the person seeking coverage is not at fault. Refer to your policy documents for the claims phone number.

**You** or the person seeking coverage must also obtain and provide **us** the names and addresses of all persons involved in the **accident** or **loss**, the names and addresses of any witnesses, and the license plate numbers of the vehicles involved.

If **you** or the person seeking coverage cannot identify the owner or operator of a vehicle involved in the **accident**, or if theft or vandalism has occurred, **you** or the person seeking coverage must notify the police within 24 hours or as soon as practicable. However, for purposes of uninsured motorist coverage when the owner or operator of a vehicle involved in the accident cannot be identified, **you** or the person seeking coverage must notify the police no more than 30 days after the accident.

A person seeking coverage must:
1. cooperate with **us** in any matter concerning a claim or lawsuit;
2. provide any written proof of **loss we** may reasonably require;
3. allow **us** to take signed and recorded statements, including sworn statements and examinations under oath, which **we** may conduct outside the presence of **you**, a **relative**, or any person claiming coverage, and answer all reasonable questions **we** may ask as often as **we** may reasonably require;
4. promptly call **us** to notify **us** about any claim or lawsuit and send **us** any and all legal papers relating to any claim or lawsuit;
5. attend hearings and trials as **we** require;
6. submit to medical examinations at **our** expense by doctors **we** select as often as **we** may reasonably require;
7. authorize **us** to obtain medical and other records;
8. take reasonable steps after a **loss** to protect the **insured auto** from further **loss**. **We** will pay reasonable expenses incurred in providing that protection. If failure to provide such protection results in further loss, any additional damages will not be covered under this policy;
9. allow **us** to have access to an **insured auto** or other **auto** involved in an **accident** or **loss** and to have it inspected and appraised before its repair or disposal; and
10. authorize **us** access to **your** business or personal records as often as **we** may reasonably require.

## GENERAL DEFINITIONS

**The words and phrases below, whether in the singular, plural or possessive, have the following special meanings when appearing in boldface type in this policy, and in endorsements issued in connection with this policy, unless specifically modified.**

1. "**Accident**" means a sudden, unexpected and unintended event, or a continuous or repeated exposure to that event, that causes **bodily injury** or **property damage**.

2. "**Auto**" means a land motor vehicle or **trailer** designed for travel on public roads, or any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state or province where it is licensed or principally garaged. It does not include **mobile equipment**. Self-propelled vehicles with the following types of permanently attached equipment are **autos**, not **mobile equipment**:
   a. equipment designed and used primarily for:
      (i) snow removal;
      (ii) road maintenance, but not construction or resurfacing;
      (iii) street cleaning;
   b. cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and
   c. air compressors, pumps, and generators, including spraying, welding, building cleaning, geophysical exploration, lighting, and well-servicing equipment.

3. "**Bodily injury**" means bodily harm, sickness, or disease, including death that results from bodily harm, sickness, or disease.

4. "**Declarations**" or "**declarations page**" means the document prepared by **us** listing **your** policy information, which may include the types of coverage **you** have elected, the limit for each coverage, the cost for each coverage, the specifically described **autos** covered by this policy, and the types of coverage for each specifically described **auto**.

5. "**Employee**" includes a **leased worker** and a statutory employee. **Employee** does not include a **temporary worker**.

6. "**Insured auto**" or "**your insured auto**" means:
   a. Any **auto** specifically described on the **declarations page**; or
   b. An additional **auto** for Part I—Liability To Others and/or Part II—Damage To Your Auto on the date **you** become the owner if:
      (i) **you** acquire the **auto** during the policy period shown on the **declarations page**;

(ii) **we** insure all **autos** owned by **you** that are used in **your** business;

(iii) no other insurance policy provides coverage for that **auto**; and

(iv) **you** tell **us** within 30 days after **you** acquire it that **you** want **us** to cover it for that coverage.

If **you** add any coverage, increase **your** limits, or make any other changes to this policy during the 30-day period after **you** acquire an additional **auto**, these changes to **your** policy will not become effective until after **you** ask **us** to add the coverage, increase **your** limits, or make such changes for the additional **auto**. **We** may charge premium for the additional **auto** from the date **you** acquire the **auto**.

With respect to Part I—Liability To Others, if **we** provide coverage for an additionally acquired **auto** in accordance with this paragraph b., **we** will provide the same coverage for such additional **auto** as **we** provide for any **auto** shown on the **declarations page**.

With respect to Part II—Damage To Your Auto, if **we** provide coverage for an **auto you** acquire in addition to any **auto** specifically described on the **declarations page**, and the additional **auto** is:

(i) a **private passenger auto**, **we** will provide the broadest coverage **we** provide for any **auto** shown on the **declarations page**; or

(ii) any **auto** other than a **private passenger auto**, and **you** have purchased Physical Damage coverage for at least one **auto** other than a **private passenger auto**, **we** will provide the broadest coverage for which the newly acquired **auto** is eligible.

c. Any replacement **auto** on the date **you** become the owner if:

(i) **you** acquire the **auto** during the policy period shown on the **declarations page**;

(ii) the **auto** that **you** acquire replaces one specifically described on the **declarations page** due to termination of **your** ownership of the replaced **auto** or due to mechanical breakdown of, deterioration of, or **loss** to the replaced **auto** that renders it permanently inoperable; and

(iii) no other insurance policy provides coverage for that **auto**.

If **we** provide coverage for a replacement **auto**, **we** will provide the same coverage for the replacement **auto** as **we** provide for the replaced **auto**. **We** will provide that coverage for a period of 30 days after **you** become the owner of such replacement **auto**. **We** will not provide any coverage after this 30-day period unless within this period **you** ask **us** to insure the replacement **auto**. If **you** add any coverage, increase **your** limits, or make any other changes to **your** policy during this 30-day period, these changes to **your** policy will not become effective until after **you** ask **us** to add the coverage, increase **your** limits, or make such changes.

7. "**Insured contract**" means:
   a. A lease of premises;
   b. A sidetrack agreement;
   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;
   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;
   e. That part of any other contract or agreement pertaining to **your** business (including an indemnification of a municipality in connection with work performed for a municipality) under which **you** assume the tort liability that is vicariously imposed on another for **your** negligence or that of **your employees** or agents; or
   f. That part of any contract or agreement, entered into as part of **your** business, for the rental of an **insured auto**. However, such contract or agreement shall not be considered an **insured contract** to the extent that it obligates **you** or any of **your employees** to pay for **property damage** to any **auto** rented or leased to **you** or any of **your employees**.

   An "**insured contract**" does not include that part of any contract or agreement:
   1. That indemnifies a railroad for **bodily injury** or **property damage** arising out of construction or demolition operations within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass, or crossing; or
   2. That pertains to the loan, lease or rental of an **auto** to **you** or any of **your employees**, if the **auto** is loaned, leased or rented with a driver; or
   3. That holds a person or organization engaged in the business of transporting property by **auto** for hire harmless for **your** use of an **insured auto** over a route or territory that person or organization is authorized to serve by public authority.

8. "**Leased worker**" means a person leased to **you** by a labor leasing firm under an agreement between **you** and the labor leasing firm to perform duties related to the conduct of **your** business. **Leased worker** does not include a **temporary worker**.

9. "**Loss**" means sudden, direct and accidental loss or damage.

10. "**Mobile equipment**" means any of the following types of land vehicles, including, but not limited to, any attached machinery or equipment:
    a. Bulldozers, farm implements and machinery, forklifts, and other vehicles designed for use principally off public roads;
    b. Vehicles **you** use solely on premises **you** own or rent and on accesses to public roads from these premises, unless specifically described on the **declarations page** and not defined as **mobile equipment** under other parts of this definition;

c. Any vehicle that travels on crawler treads, or that does not require licensing in the state in which **you** reside or **your** business is licensed;

d. Vehicles, whether self-propelled or not, used primarily to provide mobility to permanently attached:
   (i) Power cranes, shovels, loaders, diggers, or drills; or
   (ii) Road construction or resurfacing equipment, such as graders, scrapers or rollers.

e. Vehicles not described in Paragraphs a., b., c., or d. above that are not self-propelled and are used primarily to provide mobility to permanently attached equipment of the following types:
   (i) Air compressors, pumps, and generators, including spraying, welding, building cleaning, geophysical exploration, lighting, and well-servicing equipment; or
   (ii) Cherry pickers and similar devices used to raise or lower workers.

f. Vehicles not described in Paragraphs a., b., c., or d. above that are self-propelled and used primarily for purposes other than transportation of persons or cargo.

However, **mobile equipment** does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state or province where it is licensed or principally garaged.

11. "**Occupying**" means in, on, entering or exiting.

12. "**Personal vehicle sharing program**" means a system or process, operated by a business, organization, network, group, or individual, that facilitates the sharing of **private passenger autos** for use by individuals, businesses, or other entities.

13. "**Pollutants**" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

14. "**Private passenger auto**" means a land motor vehicle:
    a. of the private passenger, pickup body, or cargo van type;
    b. designed for operation principally upon public roads;
    c. with at least four wheels; and
    d. with a gross vehicle weight rating of 12,000 pounds or less, according to the manufacturer's specifications.

    However, **private passenger auto** does not include step-vans, parcel delivery vans, or cargo cutaway vans or other vans with cabs separate from the cargo area.

15. "**Property damage**" means physical damage to, destruction of, or loss of use of, tangible property.

16. "**Relative**" means any person residing in the household in which the named insured resides who is related to the named insured by blood, marriage, or

adoption, including a ward or foster child. This term only applies if the named insured is a natural person.

17. "**Temporary substitute auto**" means any **auto you** do not own while used with the permission of its owner as a temporary substitute for an **insured auto** that has been withdrawn from normal use due to breakdown, repair, servicing, loss or destruction. However, **temporary substitute auto** does not include any **auto** available for the regular or frequent use of **you**, a **relative**, or **your employees** unless that **auto** is insured under a separate policy of insurance that provides at least the minimum required limits of financial responsibility under the applicable state and federal laws.

18. "**Temporary worker**" means:
    a. a person who is furnished to **you** to substitute for a permanent **employee** on leave or to meet seasonal or short-term workload conditions; or
    b. a day laborer.

19. "**Trailer**" includes a semi-trailer and any piece of equipment used to convert a semi-trailer to a full trailer while it is attached to the semi-trailer.

20. "**We**", "**us**" and "**our**" mean the company providing this insurance as shown on the **declarations page**.

21. "**You**", "**your**" and "**yours**" refer to the named insured shown on the **declarations page**.

## PART I—LIABILITY TO OTHERS

### INSURING AGREEMENT—LIABILITY TO OTHERS

Subject to the Limits of Liability, if **you** pay the premium for liability coverage for the **insured auto** involved, **we** will pay damages, other than punitive or exemplary damages, for **bodily injury**, **property damage**, and **covered pollution cost or expense** for which an **insured** becomes legally responsible because of an **accident** arising out of the ownership, maintenance or use of that **insured auto**. However, **we** will only pay for the **covered pollution cost or expense** if the same **accident** also caused **bodily injury** or **property damage** to which this insurance applies.

**We** will settle or defend, at **our** option, any claim or lawsuit for damages covered by this Part I. **We** have no duty to settle or defend any lawsuit, or make any additional payments, after the Limit of Liability for this coverage has been exhausted by payment of judgments or settlements.

### ADDITIONAL DEFINITIONS USED IN THIS PART ONLY

A. When used in Part I—Liability To Others, **insured** means:
   1. **You** with respect to an **insured auto**.

2. Any person while using, with **your** permission, and within the scope of that permission, an **insured auto you** own, hire, or borrow except:
    (a) Any person while he or she is working in a business of selling, leasing, repairing, parking, storing, servicing, delivering or testing **autos**, unless that business is **yours** and it was so represented in **your** application.
    (b) Any person while he or she is moving property to or from an **insured auto**, other than one of **your employees**, partners (if you are a partnership), members (if you are a limited liability company), or officers or directors (if you are a corporation).
    (c) The owner or anyone else from whom the **insured auto** is leased, hired, or borrowed. However, this exception does not apply if the **insured auto** is specifically described on the **declarations page**.
    (d) The employees or agents of an owner or anyone else from whom the **insured auto** is leased, hired or borrowed. However, this exception does not apply if the **insured auto** is specifically described on the **declarations page**.

    For purposes of this subsection A.2., an **insured auto you** own includes any **auto** specifically described on the **declarations page**.
3. Any other person or organization, but only with respect to the legal liability of that person or organization for acts or omissions of any person otherwise covered under this Part I—Liability To Others. If **we** make a filing or submit a certificate of insurance on **your** behalf with a regulatory or governmental agency, the term "**insured**" as used in such filing or certificate, and in any related endorsement, refers only to the person or organization named on such filing, certificate or endorsement.

B. When used in Part I—Liability To Others, **insured auto** also includes:
    1. **Trailers** designed primarily for travel on public roads, while connected to **your insured auto** that is a power unit;
    2. **Mobile equipment** while being carried or towed by an **insured auto**;
    3. Any **temporary substitute auto**; and
    4. **Mobile equipment** that is:
        a. owned by **you**;
        b. leased, hired, or borrowed by **you** and **you** have purchased either "Hired Auto Coverage" or "Any Automobile Legal Liability Coverage" from **us**; or
        c. not owned, leased, hired, or borrowed by **you** and **you** have purchased either "Employer's Non-Ownership Liability Coverage" or "Any Automobile Legal Liability Coverage" from **us**.

    However, **mobile equipment** meeting any of those three criteria will qualify only if at the time of **loss** it is being:
        a. used in **your** business;
        b. operated on a public highway; and
        c. operated in a state or province where it is subject to a compulsory or financial responsibility law or other motor vehicle insurance law.

C. When used in Part I—Liability To Others, "**covered pollution cost or expense**" means any cost or expense arising out of:
1. Any request, demand, order, or statutory or regulatory requirement; or
2. Any claim or suit by or on behalf of a governmental authority demanding that the **insured** or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of, **pollutants**.

**Covered pollution cost or expense** does not include any cost or expense arising out of the actual, alleged, or threatened discharge, dispersal, seepage, migration, release, or escape of **pollutants**:
a. That are, or that are contained in any property that is:
   (i) Being transported or towed by, handled, or handled for movement into, onto, or from, the **insured auto**;
   (ii) Otherwise in the course of transit by or on behalf of the **insured**; or
   (iii) Being stored, disposed of, treated, or processed in or upon the **insured auto**;
b. Before the **pollutants** or any property in which the **pollutants** are contained are moved from the place where they are accepted by the **insured** for movement into or onto the **insured auto**; or
c. After the **pollutants** or any property in which the **pollutants** are contained are moved from the **insured auto** to the place where they are finally delivered, disposed of, or abandoned by the **insured**.

The above Paragraph a. of this definition does not apply to fuels, lubricants, fluids, exhaust gasses, or other similar **pollutants** that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the **insured auto** or its parts if:
(1) The **pollutants** escape, seep, migrate, or are discharged, dispersed or released directly from an **insured auto** part designed by its manufacturer to hold, store, receive or dispose of such **pollutants** and is a part that would be required for the customary operation of the **insured auto**; and
(2) The **bodily injury**, **property damage** or **covered pollution cost or expense** does not arise out of the operation of any equipment listed in Paragraphs b. and c. of the definition of **auto**.

The above Paragraphs b. and c. of this definition do not apply to **accidents** that occur away from premises owned by or rented to an **insured** with respect to **pollutants** not in or upon an **insured auto** if:
(1) The **pollutants** or any property in which the **pollutants** are contained are upset, overturned or damaged as a result of the maintenance or use of an **insured auto**; and
(2) The discharge, dispersal, release or escape of the **pollutants** is caused directly by such upset, overturn or damage.

## ADDITIONAL PAYMENTS

In addition to **our** Limit of Liability, **we** will pay for an **insured**:

1.  all expenses that **we** incur in the settlement of any claim or defense of any lawsuit;

2.  interest accruing after entry of judgment on that part of the judgment that does not exceed **our** Limit of Liability. This payment does not apply if **we** have not been given notice of suit or the opportunity to defend an **insured**. **Our** payment, offer in writing, or deposit in court of that part of the judgment which does not exceed **our** Limit of Liability ends **our** duty to pay interest which accrues after the date of **our** payment, written offer, or deposit;

3.  the premium on any appeal bond or attachment bond required in any lawsuit **we** defend. **We** have no duty to purchase a bond in a principal amount exceeding **our** Limit of Liability, and **we** have no duty to apply for or furnish these bonds;

4.  up to \$2,000 for cost of bail bonds required because of an **accident we** cover. **We** have no duty to apply for or furnish these bonds;

5.  reasonable expenses incurred by an **insured** at **our** request, including loss of earnings up to \$250 a day; and

6.  all court costs taxed against the **insured** in any "suit" against the **insured** we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the **insured**.

## OUT-OF-STATE COVERAGE EXTENSION

If an **accident** to which this Part I applies occurs in any state, territory, or possession of the United States of America, Puerto Rico, or any province or territory of Canada, other than the state in which an **insured auto** is principally garaged, and the state, province, territory or possession has:
1.  a financial responsibility or similar law requiring limits of liability for **bodily injury** or **property damage** higher than the limits shown on the **declarations page**, this policy will provide the higher limit; or
2.  a compulsory insurance or similar law requiring a non-resident to maintain insurance whenever the non-resident uses an **auto** in that state, province, territory or possession, this policy will provide the greater of:
    a.  the required minimum amounts and types of coverage; or
    b.  the Limits of Liability under this policy.

This extension does not apply to the limit or limits specified by any law governing commercial carriers of passengers or property.

**We** will not pay anyone more than once for the same elements of **loss** because of this extension.

**<u>EXCLUSIONS—PLEASE READ THE FOLLOWING EXCLUSIONS CAREFULLY. IF AN EXCLUSION APPLIES, COVERAGE FOR AN ACCIDENT OR LOSS WILL NOT BE AFFORDED UNDER THIS PART I—LIABILITY TO OTHERS.</u>**

Coverage under this Part I, including **our** duty to defend, does not apply to:

1. **Expected or Intended Injury**
   **Bodily injury** or **property damage** either expected by or caused intentionally by or at the direction of any **insured**.

2. **Contractual**
   Any liability assumed by an **insured** under any contract or agreement, unless the agreement is an **insured contract** that was executed prior to the occurrence of any **bodily injury** or **property damage**.

   However, this exclusion does not apply to liability for damages that an **insured** would have in the absence of the contract or agreement.

3. **Worker's Compensation**
   Any obligation for which an **insured** or an insurer of that **insured**, even if one does not exist, may be held liable under workers' compensation, unemployment compensation, disability benefits law, or any similar law.

4. **Nuclear Energy Liability**
   An **accident** for which any person is insured under nuclear energy liability insurance. This exclusion applies even if the limits of that insurance are exhausted.

5. **Employee Indemnification and Employer's Liability**
   **Bodily injury** to:
   a. An **employee** of any **insured** arising out of or within the course of:
      (i) That **employee's** employment by any **insured**; or
      (ii) Performing duties related to the conduct of any **insured's** business; or
   b. The spouse, child, parent, brother or sister of that **employee** as a consequence of Paragraph a. above.

   This exclusion applies:
   a. Whether the **insured** may be liable as an employer or in any other capacity; and
   b. To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to **bodily injury** to a domestic **employee** if benefits are neither paid nor required to be provided under any workers' compensation, disability benefits, or similar law, or to liability for **bodily injury** assumed by the **insured** under an **insured contract**. For the purposes of this policy, a domestic **employee** is a person engaged in household or domestic work performed principally in connection with a residence premises.

6. **Fellow Employee**
   **Bodily injury** to:
   a. a fellow **employee** of an **insured** injured while within the course of their employment or while performing duties related to the conduct of **your** business.
   b. the spouse, child, parent, brother, or sister of that fellow **employee** as a consequence of Paragraph a. above.

7. **Care, Custody or Control**
   **Property damage** to, towing or removal expense for, or **covered pollution cost or expense** involving, any property owned by, rented to, being transported by, used by, or in the care, custody or control of any **insured**, including any motor vehicle operated or being towed. But this exclusion does not apply to liability assumed under a sidetrack agreement.

8. **Movement of Property by Mechanical Device**
   **Bodily injury** or **property damage** resulting from or caused by the movement of property by a mechanical device, other than a hand truck, not attached to an **insured auto**.

9. **Handling of Property**
   **Bodily injury** or **property damage** resulting from or caused by the handling of property:
   a. before it is moved from the place where it is accepted by the **insured** for movement into or onto **your insured auto**; or
   b. after it has been moved from **your insured auto** to the place where it is finally delivered by the **insured**.

10. **Pollution**
    **Bodily injury** or **property damage** resulting from or caused by the actual, alleged, or threatened discharge, dispersal, seepage, migration, release, or escape of any **pollutants**:
    a. That are, or that are contained in any property that is:
       (i) Being transported or towed by, handled, or handled for movement into, onto, or from, the **insured auto**;
       (ii) Otherwise in the course of transit by or on behalf of the **insured**; or
       (iii) Being stored, disposed of, treated, or processed in or upon the **insured auto**;

   b.  Before the **pollutants** or any property in which the **pollutants** are contained are moved from the place where they are accepted by the **insured** for movement into or onto the **insured auto**; or

   c.  After the **pollutants** or any property in which the **pollutants** are contained are moved from the **insured auto** to the place where they are finally delivered, disposed of, or abandoned by the **insured**.

The above Paragraph a. of this exclusion does not apply to fuels, lubricants, fluids, exhaust gasses, or other similar **pollutants** that are needed for or result from the normal electrical, hydraulic, or mechanical functioning of the **insured auto** or its parts if:

(1)  The **pollutants** escape, seep, migrate, or are discharged, dispersed, or released directly from an **insured auto** part designed by its manufacturer to hold, store, receive, or dispose of such **pollutants** and is a part that would be required for the customary operation of the **insured auto**; and

(2)  The **bodily injury**, **property damage**, or **covered pollution cost or expense** does not arise out of the operation of any equipment listed in Paragraphs b. and c. of the definition of **auto**.

The above Paragraphs b. and c. of this exclusion do not apply to **accidents** that occur away from premises owned by or rented to an **insured** with respect to **pollutants** not in or upon an **insured auto** if:

(1)  The **pollutants** or any property in which the **pollutants** are contained are upset, overturned, or damaged as a result of the maintenance or use of an **insured auto**; and

(2)  The discharge, dispersal, seepage, migration, release, or escape of the **pollutants** is caused directly by such upset, overturn, or damage.

11.  **Racing**
     **Bodily injury** or **property damage** arising out of **you** or an **insured** participating in, or preparing for, a prearranged or organized racing, speed or demolition contest, stunting activity, or performance contest.

12.  **War**
     **Bodily injury** or **property damage** arising directly or indirectly out of:
   a.  War, including undeclared or civil war;
   b.  Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c.  Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

13.  **Operations**
     **Bodily injury**, **property damage**, or **covered pollution cost or expense** arising out of the operation of:
   a.  any equipment listed in Paragraphs b. and c. of the definition of **auto**; or

b. machinery or equipment that is on, attached to, or part of, a land vehicle that meets the definition of **mobile equipment**.

14. **Completed Operations**
**Bodily injury** or **property damage** arising out of, or caused by, **your** work after that work has been completed or abandoned.

For purposes of this exclusion, **your** work means:
a. Work or operations performed by **you** or on **your** behalf;
b. Materials, parts, or equipment furnished in connection with such work or operations; and
c. The delivery of liquids.

**Your** work includes warranties or representations made at any time with respect to the fitness, quality, durability, or performance of any of the items included in Paragraphs a., b., or c. above.

**Your** work will be deemed completed at the earliest of the following times:
a. When all of the work called for in **your** contract has been completed.
b. When all of the work to be done at a particular site has been completed if **your** contract calls for work at more than one site.
c. When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or sub-contractor working on the same project.
Work that may need service, maintenance, correction, repair, or replacement, but which is otherwise complete, will be treated as completed.

15. **Criminal Acts**
**Bodily injury** or **property damage** caused by, or reasonably expected to result from, a criminal act or omission of an **insured**. This exclusion applies regardless of whether that **insured** is actually charged with, or convicted of, a crime. For purposes of this exclusion, criminal acts or omissions do not include traffic violations.

16. **Vehicle Sharing—Private Passenger Autos**
**Bodily injury** or **property damage** arising out of the use of an **insured auto** that is a **private passenger auto** while being used in connection with a **personal vehicle sharing program**. This exclusion does not apply to the operation of an **insured auto** by **you**.

**LIMIT OF LIABILITY**

**We** will pay no more than the Limit of Liability shown on the **declarations page** for this coverage for the **insured auto** involved in the **accident** regardless of:
1. the number of premiums paid;
2. the number of **insured autos** or trailers shown on the **declarations page**;

13

3.  the number of policies issued by **us**;
4.  the number of vehicles or **insureds** involved in an **accident**; or
5.  the number of claims or lawsuits arising out of an **accident**;

subject to the following:

1. **Coverage Required by Filings**

   If **we** have filed a certificate of insurance on **your** behalf with any regulatory or governmental agency, and:
   (i)  **we** are required to pay any judgment entered against **you**; or
   (ii) **we** agree to settle a claim or lawsuit;
   for **bodily injury**, **property damage**, or **covered pollution cost or expense** arising out of an **accident** or **loss** otherwise not covered under the terms of this policy solely because of such certificate of insurance, **we** will be obligated to pay no more than the minimum amount required by that agency or applicable law. If any payment is based solely on such certificate, **you** must reimburse **us** in full for **our** payment, including legal fees and costs **we** incurred, whether the payment is made as a result of judgment or settlement.

2. **Combined Bodily Injury and Property Damage Limits**

   Subject to the terms of Section 1 above, if **your declarations page** indicates that combined **bodily injury** and **property damage** limits apply for "each accident" or "combined single limit" applies, the most **we** will pay for the aggregate of all damages and **covered pollution cost or expense** combined, resulting from any one **accident**, is the combined liability insurance limit shown on the **declarations page** for the **insured auto** involved in the **accident**.

3. **Separate Bodily Injury Liability and Property Damage Liability Limits**

   Subject to the terms of Section 1 above, if **your declarations page** indicates that separate **bodily injury** liability and **property damage** liability limits apply:

   a.  The "each person" **bodily injury** liability limit listed on the **declarations page** for the **insured auto** involved in the **accident** is the maximum **we** will pay for **bodily injury** sustained by any one person in any one **accident**, and that "each person" maximum limit will apply to the aggregate of claims made for such **bodily injury** and any and all claims derived from such **bodily injury**, including, but not limited to, loss of society, loss of companionship, loss of services, loss of consortium, and wrongful death.

   b.  Subject to the **bodily injury** liability limit for "each person", the "each accident" **bodily injury** liability limit listed on the **declarations page** for the **insured auto** involved in the **accident** is the maximum **we** will pay for

      **bodily injury** sustained by two or more persons in any one **accident**, including all derivative claims which include, but are not limited to, loss of society, loss of companionship, loss of services, loss of consortium, and wrongful death.

    c.  The "each accident" **property damage** liability limit listed on the **declarations page** for the **insured auto** involved in the **accident** is the maximum **we** will pay for the aggregate of all **property damage** and **covered pollution cost or expense** combined, sustained in any one **accident**.

For the purpose of determining **our** Limit of Liability under Sections 1., 2., and 3. above, all **bodily injury**, **property damage**, and **covered pollution cost or expense**, resulting from continuous or repeated exposure to substantially the same event, shall be considered as resulting from one **accident**.

An **insured auto** and any **trailer** or **trailers** attached thereto shall be deemed to be one **auto** with respect to **our** Limit of Liability.

When coverage is afforded for an **accident** involving an **insured auto** that, at the time of loss:

    a.  is a **trailer** specifically described on the **declarations page**; and

    b.  is attached to any power unit that is not an **insured auto** specifically described on the **declarations page**;

the maximum amount we will pay will be limited to the lesser of an amount not to exceed the applicable compulsory or financial responsibility law limits of the state identified in **your** address as shown on the **declarations page** or the Limit of Liability shown on the **declarations page**.

Any amount payable under Part I—Liability To Others to or for an injured person will be reduced by any payment made to that person under any Uninsured Motorist Coverage, Underinsured Motorist Coverage, Personal Injury Protection Coverage, or Medical Payments Coverage provided by this policy.

## PART II—DAMAGE TO YOUR AUTO

### INSURING AGREEMENT—COLLISION COVERAGE

Subject to the Limits of Liability, if **you** pay the premium for Collision Coverage, **we** will pay for **loss** to **your insured auto** and its **permanently attached equipment** when it collides with another object or overturns.

### INSURING AGREEMENT—COMPREHENSIVE COVERAGE

Subject to the Limits of Liability, if **you** pay the premium for Comprehensive Coverage, **we** will pay for **loss** to **your insured auto** and its **permanently attached equipment** from any cause other than those covered under Collision Coverage.

Any **loss** caused by missiles, falling objects, fire, theft, collision with an animal, or accidental glass breakage shall be deemed a Comprehensive **loss**. However, **you** have the option of having glass breakage caused by a covered **auto's** collision or overturn considered a **loss** under Collision Coverage.

## INSURING AGREEMENT—FIRE AND THEFT WITH COMBINED ADDITIONAL COVERAGE (CAC)

Subject to the Limits of Liability, if **you** pay the premium for Fire and Theft with Combined Additional Coverage (CAC), **we** will pay for **loss** to **your insured auto** and its **permanently attached equipment** caused by:

1. fire, lightning or explosion;
2. theft;
3. windstorm or hail;
4. earthquake;
5. flood or rising water;
6. malicious mischief or vandalism;
7. the stranding, sinking, burning, collision, or derailment of any conveyance in or upon which **your insured auto** is being transported; or
8. collision with a bird or animal.

No **losses** other than those specifically described above will be covered under Part II of this policy.

## ADDITIONAL COVERAGE

1. **Transportation Expenses**

   **We** will pay up to $30 per day, up to a maximum of $900, for temporary transportation expenses incurred by **you** because of the theft of an **insured auto** that is a **private passenger auto**. This coverage applies only to those **insured autos** for which **you** carry Comprehensive Coverage. **We** will pay for temporary transportation expenses incurred during the period beginning 48 hours after **you** report the theft to **us**, and ending when the **insured auto** is returned to use, or **we** pay for its **loss**.

2. **Coverage for Temporary Substitute Autos**

   If a **temporary substitute auto** is involved in a **loss**, **we** will provide the same coverage and deductible that would have applied to the **insured auto** for which it is a substitute. The most **we** will pay for **loss** to a **temporary substitute auto** is the lesser of the Actual Cash Value at the time of **loss** or the cost of repairing or replacing the damaged or stolen property with like kind and quality, less the applicable deductible.

3. **Pet Injury Coverage**

   If **you** have purchased Collision Coverage for at least one **insured auto** listed on the **declarations page**, Pet Injury Coverage is included in **your** policy.

   **Insuring Agreement**

   If a **pet** sustains injury or death while inside an **insured auto** at the time of a **loss** covered under Collision, Comprehensive, or Fire & Theft with Combined Additional Coverage, **we** will pay:
   1. for reasonable and customary veterinary fees incurred by **you** or the owner of the **pet** if the **pet** is injured in, or as a direct result of, the covered **loss**; or
   2. a death benefit if the **pet** dies in, or as a direct result of, the covered **loss**.

   In the event of a covered **loss** due to the theft of an **insured auto**, **we** will provide the death benefit provided the **pet** is not recovered.

   **Limits of Liability**

   The following additional Limits of Liability apply to Pet Injury Coverage:
   1. The most **we** will pay for all damages in any one **loss** is a total of $1,000 regardless of the number of **pets** involved.
   2. If the **pet** dies in, or as a direct result of, a covered **loss**, **we** will provide a death benefit of $1,000, less any payment **we** made toward veterinary expenses for the **pet**.
   3. No deductible shall apply to this coverage.

## ADDITIONAL PAYMENTS

If **you** have paid the premium for Comprehensive Coverage, Collision Coverage, or Fire and Theft with Combined Additional Coverage, then in addition to **our** Limit of Liability, **we** will pay:

1. All reasonable expenses necessary to return a stolen **insured auto** to **you**, unless **we** determine the **auto** to be a total loss.
2. All reasonable expenses necessary to remove an **insured auto** from the site of an **accident** or **loss** and transport it to a repair facility.

## ADDITIONAL DEFINITIONS USED IN THIS PART ONLY

When used in Part II—Damage To Your Auto:

1. "**Finance agreement**" means a written lease or loan contract, entered into as a part of **your** business, pertaining to the lease or purchase by **you** of an

**insured auto**, and subject to a valid promissory note or written payment obligation contained in a lease, and security agreement or other written agreement establishing a security interest, executed concurrently with a purchase or lease of the **insured auto** that is commensurate with fair market value.

2. "**Permanently attached equipment**" or **PAE** means equipment and devices that are permanently installed or attached to **your insured auto**. **Permanently attached equipment** also includes:
   a. accessories designed to work as part of the equipment or devices;
   b. load securing equipment and devices; and
   c. custom paint or decals.

3. "**Pet**" means a dog or cat occupying an **insured auto** with **your** express or implied consent.

**EXCLUSIONS—PLEASE READ THE FOLLOWING EXCLUSIONS CAREFULLY. IF AN EXCLUSION APPLIES, COVERAGE FOR AN ACCIDENT OR LOSS WILL NOT BE AFFORDED UNDER THIS PART II—DAMAGE TO YOUR AUTO.**

1. **We** will not pay for loss caused by or resulting from any of the following. Such **loss** is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the **loss**.
   a. **War or Military Action**
      (1) war, including undeclared or civil war;
      (2) warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or agents;
      (3) insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.
   b. **Nuclear Hazard**
      (1) the explosion of any weapon employing atomic fission or fusion; or
      (2) nuclear reaction or radiation, or radioactive contamination, however caused.

2. **We** will not pay for **loss** to any sound equipment, video equipment, or transmitting equipment not permanently installed in **your insured auto**, or to tapes, records, compact discs, DVDs, or similar items used with sound or video equipment.

3. **We** will not pay for **loss** to radar detectors or to any other equipment or device designed or used to detect speed measuring equipment, or to any equipment designed or used to jam or disrupt any speed measuring equipment.

4. **We** will not pay for **loss** due and confined to:
   a. wear and tear, freezing, mechanical or electrical breakdown, or structural failure caused by material fatigue, decomposition, or corrosion.

b.  blowouts, punctures, flat spots, or other road damage to tires.

But, coverage does apply if the damage is the result of other **loss** covered by the policy.

5.  **We** will not pay for **loss** incurred while **your insured auto** is used in any illicit trade or transportation, or due to **your insured auto's** destruction or confiscation by governmental or civil authorities because **you**, or, if **you** are a natural person, any **relative**, engaged in illegal activities.

6.  **We** will not pay for **loss** caused by **you** or an insured participating in or preparing for a prearranged or organized racing, speed or demolition contest, stunting activity or performance contest.

7.  **We** will not pay for **loss** to an **insured auto** for diminution of value.

8.  If **we** pay **your** financial obligation under a **finance agreement**, **we** will not pay:
    a.  Overdue **finance agreement** payments including any type of late fees or penalties;
    b.  Financial penalties imposed under a **finance agreement** for excessive use, abnormal wear and tear, or high mileage;
    c.  Security deposits not normally refunded by the lessor or lender;
    d.  Cost of **finance agreement** related products such as, but not limited to, Credit Life Insurance, Health, Accident or Disability insurance purchased by **you**;
    e.  Carryover balances from previous **finance agreements** or other amounts not associated with the **insured auto**; or
    f.  Unpaid principal included in the outstanding **finance agreement** balance that was not used by **you** to purchase the **insured auto**.

9.  **We** will not pay for **loss** to an **insured auto** while being used in connection with a **personal vehicle sharing program**. This exclusion does not apply to the operation of an **insured auto** by **you**.

**LIMIT OF LIABILITY**

1.  If the **declarations page** shows actual cash value for the **insured auto**, then the most **we** will pay for **loss** to **your insured auto** is the least of:
    a.  the actual cash value of the stolen or damaged property at the time of **loss**;
    b.  the amount necessary to replace the stolen or damaged property with other of like kind and quality; or
    c.  the amount necessary to repair the damaged property to its pre-loss physical condition; however, if **we** determine that the **insured auto** is a total loss, **we** may, at **our** option, pay the lesser of the actual cash value, or the cost to replace, rather than repair, the **insured auto**.

**Permanently attached equipment** (**PAE**) is covered to the limit shown on the **declarations page**. This limit includes transfer of undamaged **PAE** to another **insured auto**, but will not increase the **PAE** limit shown on the **declarations page**.

2. If the **declarations page** shows Stated Amount for the **insured auto**, then the most **we** will pay for **loss** to **your insured auto** is the least of:
   a. the actual cash value of the stolen or damaged property at the time of **loss**;
   b. the amount necessary to replace the stolen or damaged property with other of like kind and quality;
   c. the amount necessary to repair the damaged property to its pre-loss physical condition; however, if **we** determine that the **insured auto** is a total loss, **we** may, at **our** option, pay the lesser of the actual cash value, Stated Amount, or the cost to replace, rather than repair, the **insured auto**; or
   d. the applicable Stated Amount of the property as shown on the **declarations page**.

   However, if there is a **finance agreement** in place for the **insured auto**, the most **we** will pay for a total loss where the outstanding financial obligation under a **finance agreement** for the **insured auto** at the time of the **loss** is:
   a. greater than the actual cash value of the **insured auto** at the time of **loss**; and
   b. the Stated Amount shown on the **declarations page** is greater than the actual cash value of the **insured auto** at the time of **loss**;
   is the lesser of:
   a. the applicable Stated Amount of the **insured auto** as shown on the **declarations page**; or
   b. the outstanding financial obligation under a **finance agreement** for the **insured auto** at the time of the **loss**.

   **PAE** is included in the value of the **insured auto**, but only to the extent the value of the equipment has been included in the Stated Amount shown on the **declarations page**. The transfer of undamaged **PAE** to another **insured auto** will be covered if the aggregate of all damage and cost to move is within the Stated Amount shown on the **declarations page**.

3. Payments for **loss** covered under Collision Coverage, Comprehensive Coverage, or Fire and Theft with Combined Additional Coverage are subject to the following provisions:
   a. in determining the amount necessary to repair damaged property to its pre-loss physical condition, the amount to be paid by **us**:
      (i) shall not exceed the prevailing competitive labor rates charged in the area where the property is to be repaired, and the cost of repair or

replacement parts and equipment, as reasonably determined by **us**; and

  (ii) will be based on the cost of repair or replacement parts and equipment which may be new, reconditioned, remanufactured, or used, including, but not limited to:

    (a) original manufacturer parts or equipment; and

    (b) non-original manufacturer parts or equipment;

b. the actual cash value is determined by the market value, age and condition of the **auto** at the time the **loss** occurs; and

c. duplicate recovery for the same elements of damages is not permitted.

4. To determine the amount necessary to repair the damaged property to its pre-loss physical condition as referred to in Paragraph 1.c., the total cost of necessary repairs will be reduced by:

a. the cost of labor, parts and materials necessary to repair or replace damage, deterioration, defects, or wear and tear on exterior body parts, windshields and other glass, wheels, and paint, that existed prior to the **accident** and that is eliminated as a result of the repair or replacement of property damaged in the **loss**. This adjustment for physical condition includes, but is not limited to, broken, cracked or missing parts, rust, dents, scrapes, gouges, and peeling paint;

b. an amount for depreciation (also referred to as betterment) that represents a portion of the cost of mechanical parts (parts that wear out over time and have a useful life typically shorter than the life of the **auto** as a whole) that are installed as replacements for existing mechanical parts that were defective, inoperable or nonfunctional prior to the **accident**, which **we** deem necessary to replace in the course of repair; and

c. an amount for depreciation (also referred to as betterment) on high-wear parts that have a measurable life, such as tires, batteries, engine or transmission, determined by the proportional increase in the useful life of the replacement part when compared to the replaced part. For example, if **we** replace a 24-month old battery that had a manufacturer's rated life of 60 months with a new 60-month rated battery, **our** payment for the battery is reduced by 40 percent and **you** are responsible to pay that 40 percent portion of the cost of the battery.

**DEDUCTIBLE**

For each **loss** that qualifies for coverage under Comprehensive, Collision, or Fire and Theft with Combined Additional Coverage, the deductible shown on the **declarations page** for the **insured auto** will be applied. A single deductible will be applied to any **loss**. In the event there are different deductible amounts applicable to the **loss**, the higher deductible will be applied. In all events, the deductible will be applied against the limit of liability. If a **loss** involves another coverage added by endorsement to this policy, only one deductible will apply to the entire **loss** event.

If **your insured auto** is an additional **auto** that **you** have requested to be added to **your** policy within 30 days of **your** acquisition of the **auto**, and no deductible has been designated for the additional **auto** prior to the **loss**, then:

1. when the **insured auto** is a **private passenger auto**, **we** will apply the lowest deductible listed for any one **auto** listed on the **declarations page**; or
2. when the **insured auto** is an **auto** other than a **private passenger auto**, **we** will apply the highest deductible listed for any one **auto** listed on the **declarations page**.

No deductible will apply to a **loss** to window glass when the glass is repaired instead of replaced.

No deductible will apply to payments made under the Additional Payments section for expenses necessary to return a stolen **insured auto** to **you**.

### SALVAGE

If **we** pay the actual cash value of **your insured auto** less the deductible, or if **we** pay the amount necessary to replace **your insured auto** less the deductible, **we** are entitled to all salvage. If **your insured auto** is a total loss and **we** pay the applicable Limit of Liability or Stated Amount as shown on the **declarations page** less the deductible, **we** are entitled to the same percent of salvage as **our** payment bears to the actual cash value of **your insured auto**.

### NO BENEFIT TO BAILEE

No bailee or carrier shall benefit, directly or indirectly, from this Part II—Damage To Your Auto.

### APPRAISAL

If **we** cannot agree with **you** on the amount of **your loss**, then **you** or **we** may demand an appraisal of the **loss**. Each party shall appoint a competent and disinterested appraiser. If the appraisers agree on the amount of the **loss**, they shall submit a written report to **us** and this shall be deemed to be the amount of the **loss**.

If the appraisers cannot agree on the amount of the **loss** within a reasonable time, they shall then choose a competent, impartial umpire, provided that if they cannot agree on an umpire within 15 days, either **you** or **we** may petition a judge of a court having jurisdiction to choose an umpire. The disagreement of the appraisers shall then be submitted to the umpire. Subject to the provisions of the policy, a written agreement signed by both appraisers or by one appraiser and the umpire will be the amount of the **loss**.

**You** must pay **your** fees and expenses and those of **your** appraiser. **We** will pay **our** fees and expenses and those of **our** appraiser. All other expenses of the

appraisal, including payment of the umpire if one is necessary, will be shared equally by **you** and **us**.

By agreeing to an appraisal, **we** do not waive any of **our** rights under any other part of this policy, including **our** right to deny the claim.

## PAYMENT OF LOSS

At **our** option, **we** may pay the **loss** in money, or repair or replace the damaged or stolen property. **We** may, at any time before the **loss** is paid or the property is replaced, return, at **our** expense, any stolen property either to **you** or to the address shown on the **declarations page**, with payment for the resulting damage less any applicable deductibles. **We** may keep all or part of the property at the agreed or appraised value, but there shall be no abandonment to **us**.

**We** may make payment for a **loss** either to **you** or the owner of the property. Payment for a **loss** is required only if **you** have fully complied with the terms of this policy.

**You** must convey title to and possession of the damaged, destroyed, or stolen property to **us** if **we** pay the actual cash value of **your insured auto** less the deductible or if **we** pay the amount necessary to replace **your insured auto** less the deductible.

## LOSS PAYEE AGREEMENT

**We** will pay the Loss Payee named in the policy for **loss** to **your insured auto**, as the interest of the Loss Payee may appear.

This insurance covers the interest of the Loss Payee unless:
1. the **loss** results from fraudulent acts or omissions on **your** part; or
2. the **loss** is otherwise not covered under the terms of this policy.

Cancellation, nonrenewal, termination, or voiding ends this agreement as to the Loss Payee's interest.

If **we** make any payment to the Loss Payee, **we** will obtain the Loss Payee's rights against any other party.

## **GENERAL PROVISIONS**

1. **Policy Period and Territory**

   This policy applies only to **accidents** and **losses** occurring during the policy period shown on the **declarations page** and that occur within a state, territory, or possession of the United States of America, or a province or territory of Canada, or while an **insured auto** is being transported between their ports.

2. **Policy Changes**

This policy, **your** insurance application (which is made a part of this policy as if attached hereto), the **declarations page**, as amended, and endorsements to this policy issued by **us** contain all the agreements between **you** and **us**. Subject to the following, its terms may not be changed or waived except by an endorsement issued by **us**.

The premium for this policy is based on information **we** have received from **you** or other sources. **You** agree to cooperate with **us** in determining if this information is correct and complete, and **you** will notify **us** if it changes during the policy period. If this information is incorrect, incomplete, or changes during the policy period, **you** agree that **we** may adjust **your** premium during the policy period, or take other appropriate action.

Changes that may result in a premium adjustment include, but are not limited to, changes in:
a. the number, type, or use classification of **insured autos**;
b. operators using **insured autos**, their ages, driving histories, license status, state or country of license issuance, or marital status;
c. the place of principal garaging of any **insured auto**;
d. coverage, deductibles, or limits of liability; or
e. rating territory or discount eligibility.

If **you** ask **us** to delete a vehicle from this policy, no coverage will apply to that vehicle as of the date and time **you** ask **us** to delete it.

Nothing contained in this section will limit **our** right to void this policy for fraud, misrepresentation or concealment of any material fact by **you**, or anyone acting on **your** behalf.

3. **Other Insurance**

a. For any **insured auto** that is specifically described on the **declarations page**, this policy provides primary coverage. For an **insured auto** which is not specifically described on the **declarations page**, coverage under this policy will be excess over any and all other valid and collectible insurance, whether primary, excess or contingent. However, if the **insured auto** that is specifically described on the **declarations page** is a **trailer**, this policy will be excess over any and all other valid and collectible insurance, whether primary, excess or contingent, unless the **trailer** is attached to an **insured auto** that is a power unit **you** own and that is specifically described on the **declarations page**.

b. If coverage under more than one policy applies on the same basis, either excess or primary, **we** will pay only **our** proportionate share. **Our** pro-

portionate share is the proportion that the Limit of Liability of this policy bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

4. **Two or More Policies Issued By Us**

If any applicable insurance other than this policy is issued to **you** by **us**, or any company affiliated with **us**, and applies to the same **accident** or **loss**, the total amount payable among all such policies shall not exceed the limits provided by the single policy with the highest limits of liability.

5. **Legal Action Against Us**

**We** may not be sued unless there is full compliance with all the terms of this policy.

**We** may not be sued for payment under Part I—Liability To Others until the obligation of an insured under Part I to pay is finally determined either by judgment against that insured after actual trial or by written agreement of the insured, the claimant, and **us**. No one will have any right to make us a party to a lawsuit to determine the liability of an insured.

6. **Our Recovery Rights**

In the event of any payment under this policy, **we** are entitled to all the rights of recovery of the person or organization to whom payment was made. That person or organization must sign and deliver to **us** any legal papers relating to that recovery, do whatever else is necessary to help **us** exercise those rights, and do nothing after the **loss** or **accident** to harm **our** rights.

When a person has been paid damages by **us** under this policy and also recovers from another, the amount recovered from the other shall be held in trust for **us** and reimbursed to **us** to the extent of **our** payment, provided that the person to or on behalf of whom such payment is made is fully compensated for their **loss**.

In the event recovery has already been made from the responsible party, any rights to recovery by the person(s) claiming coverage under this policy no longer exist.

7. **Assignment**

Interest in this policy may not be assigned without **our** written consent. If the policyholder named on the **declarations page** is a natural person and that person dies, the policy will cover:

a. any other named insured on the policy;

b. the legal representative of the deceased person while acting within the scope of duty of a legal representative; and

c. any person having proper custody of **your insured auto** until a legal representative is appointed, but in no event for more than 30 days after the date of death.

### 8. **Waiver**

Notice to any agent or knowledge possessed by any agent or other person shall not change or effect a waiver on any portion of this policy nor prevent **us** from exercising any of **our** rights under this policy.

### 9. **Bankruptcy**

**We** are not relieved of any obligation under this policy because of the bankruptcy or insolvency of an insured.

### 10. **Inspection and Audit**

**We** shall have the right to inspect **your** property and operations at any time. This includes, but is not limited to, the right to inspect and audit the maintenance of any **autos** covered hereunder, the identity of **your** drivers and their driving records, and **your** radius of operations. In doing so, **we** do not warrant that the property or operations are safe and healthful, or are in compliance with any law, rule or regulation.

**We** shall also have the right to examine and audit **your** books and records at any time during the policy period and any extensions of that period and within three years after termination of the policy, as far as they relate to the subject matter of this insurance.

### 11. **Fraud or Misrepresentation**

This policy was issued in reliance upon the information provided on **your** insurance application. **We** may void this policy at any time, including after the occurrence of an **accident** or **loss**, if **you**:

1. made incorrect statements or representations to **us** with regard to any material fact or circumstance;
2. concealed or misrepresented any material fact or circumstance; or
3. engaged in fraudulent conduct;

at the time of application. This means that **we** will not be liable for any claims or damages that would otherwise be covered.

Any changes **we** make at **your** request to this policy after inception will be made in reliance upon information **you** provide. If **you**:

1. make incorrect statements or representations to **us** with regard to any material fact or circumstance;

2. conceal or misrepresent any material fact or circumstance; or
3. engage in fraudulent conduct;

in connection with a requested change, **we** may void the policy or reform it as it existed immediately prior to the requested change. **We** may do this at any time, including after the occurrence of an **accident** or **loss**.

When **we** have not voided or reformed the policy, **we** may still deny coverage for an **accident** or **loss** if **you**, in connection with the policy application, or in connection with any requested change, have concealed or misrepresented any material fact or circumstance, or engaged in fraudulent conduct, and that concealment, misrepresentation, or fraudulent conduct was material to a risk **we** assumed.

**We** may deny coverage for an **accident** or **loss** if **you** or any other insured knowingly concealed or misrepresented any material fact or circumstance or engaged in fraudulent conduct in connection with the presentation or settlement of a claim. **We** reserve all rights to indemnity against a person committing fraud or misrepresentation for all payments made and costs incurred.

12. **Liberalization**

   If **we** make a change that broadens a coverage **you** have under this edition of **your** policy without additional charge, **you** will receive the broadened coverage. The broadened coverage applies on the date the coverage change is implemented in **your** state. This provision does not apply to a general program revision or **our** issuance of a subsequent edition of **your** policy. Otherwise, this policy can be changed only by endorsement issued by **us**.

13. **Severability**

   Except with respect to the Limit of Liability, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or lawsuit is brought.

14. **Settlement of Claims**

   **We** may use estimating, appraisal, or injury evaluation systems to adjust claims under this policy and to determine the amount of damages, expenses, or loss payable under this policy. Such systems may be developed by **us** or a third party and may include computer software, databases, and specialized technology.

15. **Automatic Termination**

   If **we** or an affiliate offers to renew or continue this policy and **you** or **your** representative does not accept, this policy will automatically terminate at

the end of the current policy period at 12:01 a.m. Failure to pay the required renewal or continuation premium when due will mean that **you** have not accepted **our** offer.

If **you** obtain other insurance on an **insured auto**, any similar insurance provided by this policy will terminate as to that **insured auto** on the effective date and at the effective time of the other insurance.

If an **insured auto** is sold or transferred, any insurance provided by this policy will terminate as to that **insured auto** on the effective date of the sale or transfer.

16. **Duty to Report Changes**

    **You** must promptly notify **us** when:
    1. **your** mailing or business address changes;
    2. the principal garaging address of an **insured auto** changes;
    3. there is any change with respect to the persons who operate an **insured auto**;
    4. there is a change in the driver's license status, or state or country of license issuance, of any person using an **insured auto**; or
    5. **you** acquire, sell, or dispose of **autos**.

17. **Terms of Policy Conformed to Statutes**

    If any provision of this policy fails to conform to the statutes of the state listed on **your** application as **your** business location, the provision shall be deemed amended to conform to such statutes. All other provisions shall be given full force and effect. Any disputes as to the coverages provided or the provisions of this policy shall be governed by the law of the state listed on **your** application as **your** business location.

Form 6912 (02/19)

# INDEX OF ENDORSEMENTS

**All forms appearing in this endorsement section do not automatically pertain to your policy. Only those endorsements whose form numbers appear on your declarations page apply to your policy.**

**Form No./Description**                                                  **Page**

1797 (02/19)
**Contingent Liability Endorsement—Limited Liability Coverage For Non-Trucking Use Of An Automobile** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .31

1890 (02/19)
**Employer's Non-Ownership Liability Endorsement** . . . . . . . . . . . . . . . . . . . . . . . .31

1891 (02/19)
**Hired Auto Coverage Endorsement** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .33

2366 (02/11)
**Blanket Additional Insured Endorsement** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .34

2367 (06/10)
**Blanket Waiver of Subrogation Endorsement** . . . . . . . . . . . . . . . . . . . . . . . . . . .34

2368 (06/10)
**Loan/Lease Gap Coverage Endorsement** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .35

2852 NC (02/19)
**Uninsured/Underinsured Motorist Coverage Endorsement** . . . . . . . . . . . .36

4717 (02/19)
**Trailer Interchange Coverage Endorsement** . . . . . . . . . . . . . . . . . . . . . . . . . . .42

4757 (02/19)
**Medical Payments Coverage Endorsement** . . . . . . . . . . . . . . . . . . . . . . . . . . . .44

4852 NC (02/19)
**Cancellation and Nonrenewal Endorsement** . . . . . . . . . . . . . . . . . . . . . . . . . . .47

4881 NC (02/19)
**North Carolina Amendatory Endorsement** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .50

5701 (02/19)
**Individual Named Insured Endorsement** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .51

Z228 (01/11)
**Mobile Equipment As Insured Autos Endorsement**. . . . . . . . . . . . . . . . . .52

Z438 (02/19)
**Garage Operations Physical Damage Legal Liability
Coverage Endorsement** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .54

Z439 (02/19)
**Non-Owned Trailer Physical Damage Coverage Endorsement**. . . . . . . . .60

Z442 (02/19)
**Any Automobile Legal Liability Coverage Endorsement** . . . . . . . . . . . . . .63

## CONTINGENT LIABILITY ENDORSEMENT—LIMITED LIABILITY
## COVERAGE FOR NON-TRUCKING USE OF AN AUTOMOBILE

Except as specifically modified in this endorsement, all provisions of the Commercial Auto Policy apply.

**We** agree with **you** that the insurance provided under **your** Commercial Auto Policy is modified as follows:

### PART I—LIABILITY TO OTHERS

A. Under the Additional Definitions Used In This Part Only section:

Subsection A.3. is deleted and replaced by the following:

3. Any other person or organization, but only with respect to the legal liability of that person or organization for acts or omissions of any person otherwise covered under this Part I—Liability To Others. However, **insured** does not include anyone engaged in the business of transporting property by auto for hire that is liable for **your** conduct.

B. Under the Exclusions of Part I, the following exclusion is added:

**Trucking Use**
Coverage under this Part I, including **our** duty to defend, does not apply to an **insured auto** or any attached **trailer** while operated, maintained, or used:
a. To carry property or while such property is being loaded or unloaded from the **insured auto** or an attached **trailer**; or
b. In any business or for any business purpose.

**ALL OTHER TERMS, LIMITS, AND PROVISIONS OF THE POLICY REMAIN UNCHANGED.**

Form 1890 (02/19)

### EMPLOYER'S NON-OWNERSHIP LIABILITY ENDORSEMENT

Except as specifically modified in this endorsement, all provisions of the Commercial Auto Policy apply.

**We** agree with **you** that the insurance provided under **your** Commercial Auto Policy is modified as follows:

## ADDITIONAL DEFINITION USED IN THIS ENDORSEMENT

If **you** pay a premium for this Employer's Non-Ownership Liability coverage, then the following definition is added:

"**Non-owned auto**" means an **auto** that **you** do not own, lease, hire, rent, or borrow, and that is used in connection with **your** business. This includes **autos** owned by **your employees**, partners (if **you** are a partnership), members (if **you** are a limited liability company), or members of their households, but only while such **autos** are used in **your** business.

## CHANGES TO PART I—LIABILITY TO OTHERS

The definition of **insured auto** is modified to include a **non-owned auto** when used in connection with **your** business by **you** or any of **your employees**. The definition of **insured** does not include the owner of a **non-owned auto**.

## EXCLUSIONS

The insurance provided by this endorsement does not apply to **bodily injury** or **property damage** arising out of the ownership, maintenance or use of any **non-owned auto** in the conduct of any partnership or joint venture of which **you** are a partner or member and which is not shown as the named insured on the **declarations page**.

## OTHER INSURANCE

The insurance provided by this endorsement is excess over any other valid and collectible insurance.

## PREMIUM AGREEMENT

**We** may audit the number of employees and charge appropriately for additional premium up to three years after the policy expiration.

This does not alter or limit **our** general audit rights under the General Provisions section of this policy.

## ALL OTHER TERMS, LIMITS, AND PROVISIONS OF THE POLICY REMAIN UNCHANGED.

## HIRED AUTO COVERAGE ENDORSEMENT

Except as specifically modified in this endorsement, all provisions of the Commercial Auto Policy apply.

**We** agree with **you** that the insurance provided under **your** Commercial Auto Policy is modified as follows:

### Additional definitions used in this endorsement

If **you** pay a premium for this Hired Auto Coverage, then the following definitions are added:
1. "**Hired auto**" means an **auto**:
   a. **you** lease, hire, rent or borrow; or
   b. **your employee** leases, hires or rents:
      i. under a contract in that individual **employee's** name;
      ii. at **your** direction and with **your** express permission; and
      iii. only while being used in the conduct of **your** business.

   This does not include any **auto you** or an **employee** leases, hires, rents or borrows from any of **your employees**, partners (if **you** are a partnership), members (if **you** are a limited liability company), or member of their households.
2. "**Cost of hire**" means the total amount paid by **you** for the hire of **autos**.

### Changes to Part I—Liability To Others

When used in Part I—Liability To Others, the definition of **insured auto** is amended to include **hired auto**.

### Other Insurance

The insurance provided by this Hired Auto Coverage endorsement is excess over any other valid and collectible insurance, whether primary, excess, or contingent.

### Premium agreement

The premium for this Hired Auto Coverage is based on the **cost of hire**, and is subject to a minimum **cost of hire**. **We** may audit the **cost of hire** and charge appropriately for additional premium for up to three years after the policy expiration.

This does not alter or limit **our** general audit rights under the General Provisions section of this policy.

**ALL OTHER TERMS, LIMITS, AND PROVISIONS OF THE POLICY REMAIN UNCHANGED.**

## BLANKET ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided by the Commercial Auto Policy, Motor Truck Cargo Legal Liability Coverage Endorsement, and/or Commercial General Liability Coverage Endorsement, as appears on the **declarations page**. All terms and conditions of the policy apply unless modified by this endorsement.

If **you** pay the fee for this Blanket Additional Insured Endorsement, **we** agree with **you** that any person or organization with whom **you** have executed a written agreement prior to any **loss** is added as an additional **insured** with respect to such liability coverage as is afforded by the policy, but this insurance applies to such additional **insured** only as a person or organization liable for **your** operations and then only to the extent of that liability. This endorsement does not apply to acts, omissions, products, work, or operations of the additional **insured**.

Regardless of the provisions of paragraph a. and b. of the "Other Insurance" clause of this policy, if the person or organization with whom **you** have executed a written agreement has other insurance under which it is the first named **insured** and that insurance also applies, then this insurance is primary to and non-contributory with that other insurance when the written contract or agreement between **you** and that person or organization, signed and executed by **you** before the **bodily injury** or **property damage** occurs and in effect during the policy period, requires this insurance to be primary and non-contributory.

In no way does this endorsement waive the "Other Insurance" clause of the policy, nor make this policy primary to third parties hired by the **insured** to perform work for the **insured** or on the **insured's** behalf.

**ALL OTHER TERMS, LIMITS, AND PROVISIONS OF THE POLICY REMAIN UNCHANGED.**

## BLANKET WAIVER OF SUBROGATION ENDORSEMENT

This endorsement modifies insurance provided by the Commercial Auto Policy, Motor Truck Cargo Legal Liability Coverage Endorsement, and/or Commercial General Liability Coverage Endorsement, as appears on the **declarations page**. All terms and conditions of the policy apply unless modified by this endorsement.

If **you** pay the fee for this Blanket Waiver of Subrogation Endorsement, **we** agree to waive any and all subrogation claims against any person or organization with whom a written waiver agreement has been executed by the named insured, as required by written contract, prior to the occurrence of any **loss**.

**ALL OTHER TERMS, LIMITS, AND PROVISIONS OF THE POLICY REMAIN UNCHANGED.**

Form 2368 (06/10)

## LOAN/LEASE GAP COVERAGE ENDORSEMENT

This endorsement modifies insurance provided by the Commercial Auto Policy. All terms and conditions of the policy apply unless modified by this endorsement.

**INSURING AGREEMENT—LOAN/LEASE PAYOFF COVERAGE**

If **you** pay the premium for this coverage, and the **insured auto** for which this coverage was purchased is deemed by **us** to be a **total loss**, **we** will pay, in addition to any amounts otherwise payable under Part II of **your** policy, the difference between:
1. the actual cash value of the **insured auto** at the time of the **total loss**; and
2. any greater amount the owner of the **insured auto** is legally obligated to pay under a written loan or lease agreement to which the **insured auto** is subject at the time of the **total loss**, reduced by:
   a. unpaid finance charges or refunds due to the owner for such charges;
   b. excess mileage charges or charges for wear and tear;
   c. charges for extended warranties or refunds due to the owner for extended warranties;
   d. charges for credit insurance or refunds due to the owner for credit insurance;
   e. past due payments and charges for past due payments; and
   f. collection or repossession expenses.

However, **our** payment under this coverage shall not exceed the limit of liability shown on the **declarations page**. The limit of liability is a percentage of the actual cash value of the **insured auto** at the time of the loss.

This coverage applies only if **you** have purchased both Comprehensive Coverage and Collision Coverage for that **insured auto** and the loss is covered under one of those coverages.

**ALL OTHER TERMS, LIMITS, AND PROVISIONS OF THE POLICY REMAIN UNCHANGED.**

## UNINSURED/UNDERINSURED
## MOTORIST COVERAGE ENDORSEMENT

Except as specifically modified in this endorsement, all provisions of the Commercial Auto Policy apply.

**We** agree with **you** that the insurance provided under **your** Commercial Auto Policy, and related endorsements, is modified as follows:

### INSURING AGREEMENT—UNINSURED MOTORIST COVERAGE

Subject to the Limits of Liability, if **you** pay the premium for Uninsured Motorist Coverage, **we** will pay for damages, other than punitive or exemplary damages, which an **insured** is legally entitled to recover from the **owner** or operator of an **uninsured auto** because of **bodily injury** or due to **property damage**:
1. sustained by an **insured**;
2. caused by an **accident**; and
3. arising out of the ownership, maintenance, or use of an **uninsured auto**.

### INSURING AGREEMENT—UNDERINSURED MOTORIST COVERAGE

Subject to the Limits of Liability, if **you** pay the premium for Underinsured Motorist Coverage, **we** will pay for damages, other than punitive or exemplary damages, which an **insured** is legally entitled to recover from the **owner** or operator of an **underinsured auto** because of **bodily injury**:
1. sustained by an **insured**;
2. caused by an **accident**; and
3. arising out of the ownership, maintenance, or use of an **underinsured auto**.

**We** will pay for damages caused by an **underinsured auto** under this endorsement only after payments from an applicable bodily injury liability bond or policy has been made and the payment matches or exceeds the applicable limit of liability shown for Uninsured/Underinsured Motorist Coverage on the **declarations page** of this policy and applicable to a single person.

### ADDITIONAL DEFINITIONS

When used in this endorsement, whether in the singular, plural, or possessive:
1. "**Insured**" means:
   a. if the named insured shown on the **declarations page** is a natural person:
      (i) **you** or a **relative**;

(ii) any person **occupying your insured auto** or a **temporary substitute auto**; and

(iii) any person who is entitled to recover damages covered by this endorsement because of **bodily injury** sustained by a person described in (i) or (ii) above; or

b. if the named insured shown on the **declarations page** is a corporation, partnership, organization, or any other entity that is not a natural person:

(i) any person **occupying your insured auto** or a **temporary substitute auto**; and

(ii) any person who is entitled to recover damages covered by this endorsement because of **bodily injury** sustained by a person described in (i) above.

For purposes of this definition, **insured auto** includes **mobile equipment** that is:

a. owned by **you**;

b. leased, hired, or borrowed by **you** and **you** have purchased either "Hired Auto Coverage" or "Any Automobile Legal Liability Coverage" from **us**; or

c. not owned, leased, hired, or borrowed by **you** and **you** have purchased either "Employer's Non-Ownership Liability Coverage" or "Any Automobile Legal Liability Coverage" from **us**.

However, **mobile equipment** meeting any of those three criteria will be included in the definition only if at the time of **loss** it is being:

i. used in **your** business;

ii. operated on a public highway; and

iii. operated in a state or province where it is subject to a compulsory or financial responsibility law or other motor vehicle insurance law.

2. "**Non-owned auto**" means any **auto** that is not **owned** by **you** or furnished for **your** regular use and, if the named insured is a natural person, not **owned** by or furnished for the regular use of the named insured's spouse or **relative**.

3. "**Owned**" means the person or organization:

a. holds legal title to the vehicle;

b. has legal possession of the vehicle that is subject to a written security agreement with an original term of six months or more; or

c. has legal possession of the vehicle that is leased to that person or organization under a written agreement for a continuous period of six months or more.

4. "**Owner**" means the person or organization who, with respect to a vehicle:

a. holds legal title to the vehicle;

b. has legal possession of the vehicle that is subject to a written security agreement with an original term of six months or more; or

c. has legal possession of the vehicle that is leased to that person or organization under a written agreement for a continuous period of six months or more.

5. "**Underinsured auto**" means a land motor vehicle or trailer of any type to which a bodily injury liability bond or policy applies at the time of the **acci-**

**dent**, but the sum of all applicable limits of liability for **bodily injury**:

a. is less than the coverage limit for Underinsured Motorist Coverage shown on the **declarations page**; or

b. has been reduced by payments for **bodily injury** to persons injured in the accident, other than an **insured person**, to less than the coverage limit for Underinsured Motorist Coverage shown on the **declarations page**.

An "**underinsured auto**" does not include any motorized vehicle or equipment:

a. designed mainly for use off public roads, while not on public roads;

b. while being used as a residence or premises; or

c. that is an **uninsured auto**.

6. "**Uninsured auto**" means an **auto** or trailer of any type:

a. to which no bodily injury liability bond or policy applies at the time of the **accident**;

b. to which a **bodily injury** liability bond or policy applies at the time of the **accident**, but the bonding or insuring company:
   (i) denies coverage; or
   (ii) is or becomes insolvent;

c. to which a **bodily injury** liability bond or policy applies at the time of the **accident**, but its limit of liability for **bodily injury** is less than the minimum limit of liability for **bodily injury** specified by the financial responsibility law of the state in which the **insured auto** is principally garaged;

d. that is a hit-and-run vehicle whose operator or **owner** cannot be identified and which strikes:
   (i) an **insured auto** or **temporary substitute auto**; or
   (ii) if the named insured is a natural person:
       (a) **you** or a **relative**; or
       (b) a motor vehicle that **you** or a **relative** are occupying,

   provided that the **insured**, or someone on his or her behalf, reports the **accident** to the police or civil authority within 24 hours or as soon as practicable after the **accident**; or

e. to which a **bodily injury** liability bond or policy applies at the time of the **accident**, but the sum of all applicable limits of liability for **bodily injury** is less than the coverage limit for Underinsured Motorist Coverage shown on the **declarations page**.

An "**uninsured auto**" does not include any motorized auto or equipment:

a. **owned** by, furnished to, or available for the regular use of **you** or, if the named insured is a natural person, a **relative**;

b. **owned** or operated by a self-insurer under any applicable vehicle law, except a self-insurer that is or becomes insolvent;

c. **owned** by any governmental unit or agency;

d. designed mainly for use off public roads, while not on public roads; or

e. while being used as a residence or premises.

**EXCLUSIONS—READ THE FOLLOWING EXCLUSIONS CAREFULLY. IF AN EXCLUSION APPLIES, COVERAGE WILL NOT BE AFFORDED UNDER THIS ENDORSEMENT.**

1. Coverage under this endorsement is not provided for **bodily injury** or **property damage** sustained by any person while using or **occupying**:
   a. an **insured auto** without the express or implied permission of **you** or, if the named insured is a natural person, a **relative**;
   b. a **non-owned auto** without the express or implied permission of the **owner**; or
   c. an **auto** or device of any type designed to be operated on the public roads that is **owned** by, furnished to, or available for the regular use of **you** or, if the named insured is a natural person, a **relative**, other than an **insured auto** or **temporary substitute auto**.
2. Coverage under this endorsement is not provided for **property damage**:
   a. resulting from any prearranged or organized racing, speed or demolition contest, stunting activity, or in practice or preparation for any such contest or activity;
   b. due to a nuclear reaction or radiation;
   c. for which insurance is afforded under a nuclear energy liability insurance contract;
   d. to a trailer;
   e. when the property is contained in or struck by a vehicle **owned** by **you** or a **relative**, other than an **insured auto**; or
   f. caused by a hit-and-run vehicle whose operator cannot be identified.
3. Coverage under this endorsement will not apply directly or indirectly to benefit any insurer or self-insurer under any of the following or similar laws:
   a. workers' compensation law; or
   b. disability benefits law.

## LIMITS OF LIABILITY

Regardless of the number of premiums paid, or the number of **insured autos** or trailers shown on the **declarations page**, or the number of policies issued by **us**, or the number of vehicles or **insureds** involved in the **accident**, or the number of claims or lawsuits arising out of an **accident**, **we** will pay no more than the Limit of Liability shown for Uninsured/Underinsured Motorist Coverage on the **declarations page**.

If the **declarations page** shows that "combined single limit" or "CSL" applies, the amount shown is the most **we** will pay for the total of all **bodily injury** damages resulting from any one **accident**; except that without changing the total limit of insurance, **we** will apply the limit shown in the **declarations page** to first provide the separate limits required by North Carolina Law as follows:
1. $30,000 for **bodily injury** to any one person caused by any one **accident**;
2. $60,000 for **bodily injury** to two or more persons caused by any one **accident**; and
3. $25,000 for **property damage** caused by any one **accident**.

If **your declarations page** shows a split limit:
1. the amount shown for "each person" is the most **we** will pay for all damages due to a **bodily injury** to one person;
2. subject to the "each person" limit, the amount shown for "each accident" is the most **we** will pay for all damages due to **bodily injury** sustained by two or more persons in any one **accident**; and
3. the amount shown for "property damage" on the **declarations page** is the most **we** will pay for the aggregate of all **property damage** caused by any one **accident**.

The "each person" limit of liability includes the total of all claims made for **bodily injury** to an **insured** and all claims of others derived from such **bodily injury**, including, but not limited to, emotional injury or mental anguish resulting from the **bodily injury** of another or from witnessing the **bodily injury** to another, loss of society, loss of companionship, loss of services, loss of consortium, and wrongful death.

**Our** Limit of Liability under this endorsement for **property damage** to an **insured auto** arising out of one **accident** is the lowest of:
1. the actual cash value of the **insured auto** at the time of the **accident**, reduced by the deductible shown on the **declarations page**, and by its salvage value if **you** or the **owner** retain the salvage;
2. the amount necessary to replace the **insured auto**, reduced by the deductible shown on the **declarations page**, and by its salvage value if **you** or the **owner** retain the salvage;
3. the amount necessary to repair the **insured auto** to its pre-loss condition, reduced by the deductible shown on the **declarations page**; or
4. any Limit of Liability shown on the **declarations page** for "property damage" under this endorsement, reduced by the salvage value of the **insured auto** if **you** or the **owner** retain the salvage.

Payments for **property damage** under this endorsement are subject to the following provisions:
1. any amount payable under this endorsement for **property damage** shall be subject to the deductible shown on the **declarations page**;
2. no more than one deductible shall be applied to any one **accident**; and
3. an adjustment for depreciation and physical condition will be made in determining the Limit of Liability at the time of the **accident**.

The Limits of Liability under this endorsement for **bodily injury** shall be reduced by all sums:
1. paid because of **bodily injury** by or on behalf of any persons or organizations that may be legally responsible, including, but not limited to, all sums paid under Part I—Liability To Others;
2. paid or payable under any applicable Medical Payments Coverage Endorsement; and

3. paid, payable, or that should apply, because of **bodily injury** under any of the following or similar laws:
   a. disability benefits law; or
   b. workers' compensation law. However, this reduction does not apply to the extent that an employer's lien is required to be paid under North Carolina's workers' compensation law.

The Limits of Liability under this endorsement for **property damage** shall be reduced by all sums paid:
1. because of **property damage** by or on behalf of any persons or organizations that may be legally responsible, including, but not limited to, all sums paid under Part I—Liability To Others; and
2. under Part II—Damage To Your Auto for loss to the **auto**.

Any payment made to a person under this endorsement shall reduce any amount that the person is entitled to recover under Part I—Liability To Others.

No one will be entitled to duplicate payments for the same elements of damages.

Any settlement for damages against an operator or **owner** of an **uninsured auto** without **our** written consent is not binding on **us**.

## OTHER INSURANCE

If there is other applicable uninsured or underinsured motorist coverage, **we** will pay only **our** share of the damages. However, any insurance **we** provide shall be excess over any other uninsured or underinsured motorist coverage, except for **bodily injury** to **you** and, if the named insured is a natural person, a **relative** when **occupying** an **insured auto**.

Regardless of the number of policies involved, coverage under this endorsement shall be limited to the extent that the total limits available cannot exceed the highest limits of any single applicable policy.

**We** will not pay for any damages that would duplicate any payment made for damages under other insurance.

## ARBITRATION

If **we** and an **insured** cannot agree on:
1. the legal liability of the operator or **owner** of an **uninsured auto**; or
2. the amount of the damages sustained by the **insured**;

this will be determined by arbitration if **we** or the **insured** make a written demand for arbitration prior to the expiration of the bodily injury statute of limitations in the state in which the **accident** occurred.

If a written demand for arbitration is made, each party shall select an arbitrator. The two arbitrators will select a third. If the two arbitrators cannot agree on a third arbitrator within thirty (30) days, then on joint application by the **insured** and **us**, the third arbitrator will be appointed by a court having jurisdiction.

Each party will pay the costs and fees of its arbitrator and any other expenses it incurs. The costs and fees of the third arbitrator will be shared equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** resides. Local rules of procedure and evidence will apply.

A decision agreed to by two of the arbitrators will be binding with respect to a determination of:
1. the legal liability of the operator or **owner** of an **uninsured auto**; and
2. the amount of the damages sustained by the **insured**.

The arbitrators shall have no authority to award an amount in excess of the limit of liability. The decision of the arbitrators is binding only if the amount of the award does not exceed the minimum limit of liability specified by the financial responsibility laws of the state listed on **your** application as **your** residence. If the award of the arbitrators is in an amount which exceeds this minimum limit, either party may demand the right to a trial. This demand must be made in writing within 60 days of the arbitrators' decision. If the demand is not made within 60 days, the amount of damages agreed to by the arbitrators will be binding.

**ALL OTHER TERMS, LIMITS, AND PROVISIONS OF THE POLICY REMAIN UNCHANGED.**

Form 4717 (02/19)

## TRAILER INTERCHANGE COVERAGE ENDORSEMENT

This endorsement modifies insurance provided by the Commercial Auto Policy. All terms and conditions of the policy apply unless modified by this endorsement.

### INSURING AGREEMENT

Subject to the Limits of Liability, if **you** pay the premium for Trailer Interchange Coverage, **we** will pay damages for **property damage** for which **you** become legally responsible because of **loss** to a **trailer** not owned by **you**, and its equipment, while in **your** possession. The **trailer** must be in **your** possession under a written trailer or equipment interchange agreement in which **you** assume liability for **loss** to the **trailer** while in **your** possession.

**We** will pay for a **loss** to the **trailer** and its equipment under the coverages de-

scribed below, as reflected on **your declarations page**:
a. Collision Coverage. For **loss** caused by:
   (i) The **trailer's** collision with another object; or
   (ii) The **trailer's** overturn.
b. Comprehensive Coverage. For any **loss** except one caused by:
   (i) The **trailer's** collision with another object; or
   (ii) The **trailer's** overturn.

**We** will settle or defend, at **our** option, any claim or lawsuit for damages covered by this endorsement. **We** have no duty to settle or defend any lawsuit, or make any additional payments, after the Limit of Liability for this coverage has been exhausted by payment of judgments or settlements.

## ADDITIONAL DEFINITION

"**Trailer**", when used in this endorsement, includes a shipping container.

## ADDITIONAL PAYMENTS

In addition to **our** Limit of Liability, **we** will pay for an **insured**:
a. all expenses **we** incur in the settlement of any claim or defense of any lawsuit;
b. interest accruing after entry of judgment on that part of the judgment that does not exceed **our** Limit of Liability. This payment does not apply if **we** have not been given notice of suit or the opportunity to defend an **insured**. **Our** payment, offer in writing, or deposit in court of that part of the judgment which does not exceed **our** Limit of Liability ends **our** duty to pay interest that accrues after the date of **our** payment, written offer, or deposit.
c. the premiums on any appeal bond or attachment bond required in any lawsuit **we** defend. **We** have no duty to purchase a bond in a principal amount exceeding **our** Limit of Liability, and **we** have no duty to apply for or furnish these bonds;
d. reasonable expenses, including loss of earnings up to $250 a day, incurred at **our** request;
e. all reasonable expenses necessary to return a stolen **trailer** to **you**, unless **we** determine the **trailer** to be a total loss; and
f. all reasonable expenses necessary to remove a **trailer** from the site of an **accident** or **loss** and transport it to a repair facility.

## EXCLUSIONS

a. **We** will not pay for **loss** caused by or resulting from any of the following. Such **loss** is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the **loss**.
   (i) Nuclear Hazard.
       (1) The explosion of any weapon employing atomic fission or fusion; or
       (2) Nuclear reaction or radiation, or radioactive contamination, however caused.

-    (ii)  War or Military Action.
    - (1) War, including undeclared or civil war;
    - (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign, or other authority using military personnel or agents; or
    - (3) Insurrection, rebellion, revolution, usurped power, or action taken by a governmental authority in hindering or defending against any of these.
- b. **We** will not pay for loss of use.
- c. **We** will not pay for **loss** caused by, or resulting from, any of the following unless caused by another **loss** that is covered by this insurance;
    - (i) Wear and tear, freezing, mechanical or electrical breakdown, or structural failure caused by material fatigue, decomposition, or corrosion; or
    - (ii) Blowouts, punctures, or other road damage to tires.

## LIMIT OF INSURANCE AND DEDUCTIBLE

The most **we** will pay for **loss** to any one **trailer** is the least of the following amounts minus any applicable deductible shown on the **declarations page**:
- a. The actual cash value of the damaged or stolen property at the time of the **loss**;
- b. The amount necessary to replace the stolen or damaged property with other of like kind and quality;
- c. The amount necessary to repair the damaged property to its pre-loss condition; or
- d. The applicable Limit of Liability for the property as shown on the **declarations page**.

A single deductible will be applied to any **loss**. In the event there are different deductible amounts applicable to the **loss**, the higher deductible will be applied. In all events, the deductible will be applied against the limit of liability. If a **loss** involves another coverage added by endorsement to the policy, only one deductible will apply to the entire **loss** event. No deductible will apply to payments made under the Additional Payments section for expenses necessary to return a stolen **trailer** to **you**.

## ALL OTHER TERMS, LIMITS, AND PROVISIONS OF THE POLICY REMAIN UNCHANGED.

Form 4757 (02/19)

## MEDICAL PAYMENTS COVERAGE ENDORSEMENT

Except as specifically modified in this endorsement, all provisions of the Commercial Auto Policy apply.

**We** agree with **you** that the insurance provided under **your** Commercial Auto Policy is modified as follows:

## INSURING AGREEMENT

Subject to the Limits of Liability, if **you** pay the premium for Medical Payments Coverage, **we** will pay the **usual and customary charge** for reasonable and necessary expenses, incurred within three years from the date of an **accident**, for medical and funeral services because of **bodily injury**:
1. sustained by an **insured**;
2. caused by an **accident**; and
3. arising out of the ownership, maintenance or use of a motor vehicle or **trailer**.

Any dispute as to the **usual and customary charge** will be resolved between the service provider and **us**.

## ADDITIONAL DEFINITIONS

When used in this endorsement, whether in the singular, plural, or possessive:
1. "**Insured**" means:
   a. if the named insured shown on the **declarations page** is a natural person:
      (i) **you** while **occupying** any **auto**, other than an **auto owned** by **you** which is not an **insured auto**;
      (ii) a **relative** while **occupying** an **insured auto**, **temporary substitute auto**, or **non-owned auto**;
      (iii) **you** or any **relative** when struck by a land motor vehicle of any type, or a **trailer**, while not **occupying** a motor vehicle; and
      (iv) any other person while **occupying** an **insured auto**, **temporary substitute auto**, or a **trailer** while attached to an **insured auto**; or
   b. if the named insured shown on the **Declarations Page** is a corporation, partnership, organization or any other entity that is not a natural person, any person **occupying your insured auto**, **temporary substitute auto**, or a **trailer** while attached to an **insured auto**.
      For purposes of this definition, **insured auto** includes **mobile equipment** that is:
      (i) owned by **you**;
      (ii) leased, hired, or borrowed by **you** and **you** have purchased either "Hired Auto Coverage" or "Any Automobile Legal Liability Coverage" from **us**; or
      (iii) not owned, leased, hired, or borrowed by **you** and **you** have purchased either "Employer's Non-Ownership Liability Coverage" or "Any Automobile Legal Liability Coverage" from **us**.

      However, **mobile equipment** meeting any of those three criteria will be included in the definition only if at the time of **loss** it is being:
      (i) used in **your** business;
      (ii) operated on a public highway; and

(iii) operated in a state or province where it is subject to a compulsory or financial responsibility law or other motor vehicle insurance law.
2. "**Non-owned auto**" means any **auto** that is not **owned** by **you** or furnished for **your** regular use and, if the named insured is a natural person, not **owned** by or furnished for the regular use of the named insured's spouse or a **relative**.
3. "**Owned**" means the person or organization:
   a. holds legal title to the vehicle;
   b. has legal possession of the vehicle that is subject to a written security agreement with an original term of six months or more; or
   c. has legal possession of the vehicle that is leased to that person or organization under a written agreement for a continuous period of six months or more.
4. "**Owner**" means the person or organization who, with respect to a vehicle:
   a. holds legal title to the vehicle;
   b. has legal possession of the vehicle that is subject to a written security agreement with an original term of six months or more; or
   c. has legal possession of the vehicle that is leased to that person or organization under a written agreement for a continuous period of six months or more.
5. "**Usual and customary charge**" means an amount which **we** determine represents a customary charge for services in the geographical area in which the service is rendered. **We** shall determine the usual and customary charge through the use of independent sources of **our** choice.

**<u>EXCLUSIONS</u>—READ THE FOLLOWING EXCLUSIONS CAREFULLY. IF AN EXCLUSION APPLIES, COVERAGE WILL NOT BE AFFORDED UNDER THIS ENDORSEMENT.**

Coverage under this endorsement does not apply to **bodily injury**:
1. sustained while **occupying** any **auto** or **trailer** while being used as a residence or premises;
2. occurring during the course of employment if workers' compensation coverage should apply;
3. arising out of an **accident** involving an **auto** or **trailer** while being used by a person while employed or engaged in the business of selling, leasing, repairing, parking, storing, servicing, delivering, or testing vehicles, unless that business is **yours**;
4. resulting from any pre-arranged or organized racing, speed or demolition contest, stunting activity, or in practice or preparation for any such contest or activity;
5. due to a nuclear reaction or radiation;
6. for which insurance is afforded under a nuclear energy liability insurance contract;
7. for which the United States Government is liable under the Federal Tort Claims Act;
8. sustained by any person while **occupying** an **insured auto**, **temporary substitute auto**, or **trailer** without the express or implied permission of **you** or, if the named insured is a natural person, a **relative**;

9. sustained by any person while **occupying** a **non-owned auto** without the express or implied permission of the **owner**;
10. that is intentionally inflicted on an **insured** at that person's request or self-inflicted; or
11. sustained while **occupying** any vehicle that has less than four wheels or is not designed for operation principally upon public roads.

**LIMITS OF LIABILITY**

Regardless of the number of premiums paid, or the number of **insured autos** or **trailers** shown on the **declarations page**, or the number of policies issued by **us**, or the number of vehicles or **insureds** involved in an **accident**, or the number of claims or lawsuits arising out of an **accident**, **we** will pay no more than the Limit of Liability shown for Medical Payments Coverage on the **declarations page**.

Any amount payable to an **insured** under this endorsement will be reduced by any amount paid or payable for the same expense under Part I—Liability To Others or any applicable Uninsured/Underinsured Motorist Coverage Endorsement.

No one will be entitled to duplicate payments under this policy for the same elements of damages.

**OTHER INSURANCE**

If there is other applicable **auto** medical payments insurance, **we** will pay only **our** share of the medical and funeral services. **Our** share is the proportion that **our** limit of liability bears to the total of all applicable limits. However, any insurance **we** provide for an **insured occupying**:
1. an **auto**, other than an **insured auto** or **temporary substitute auto**; or
2. a **trailer**, other than a **trailer** while connected to an **insured auto**;
will be excess over any other **auto** or **trailer** insurance providing payments for medical or funeral expenses.

**ALL OTHER TERMS, LIMITS, AND PROVISIONS OF THE POLICY REMAIN UNCHANGED.**

Form 4852 NC (02/19)

### CANCELLATION AND NONRENEWAL ENDORSEMENT

Except as specifically modified in this endorsement, all provisions of the Commercial Auto Policy apply.

**We** agree with you that the insurance provided under **your** Commercial Auto Policy is modified as follows:

**CANCELLATION**

I. **You** may cancel this policy by writing **us**, and stating the future date that **you** wish the cancellation to be effective.

II. To the extent that this policy cannot be ceded to the North Carolina Reinsurance Facility:

   A. **We** may cancel this policy by providing notice as follows:

      1. Within the first 59 days of the initial policy period, **we** may cancel this policy by mailing a notice of cancellation to the named insured shown on the **declarations page** at the last known address appearing in **our** records at least:

        (a) fifteen days before the effective date of cancellation if **we** cancel for nonpayment of premium; or

        (b) thirty days before the effective date of cancellation if **we** cancel for any other reason.

      2. After this policy is in effect for more than 59 days, **we** may cancel this policy by mailing a notice of cancellation to the named insured shown on the **declarations page** at the last known address appearing in **our** records at least 15 days before the effective date of cancellation if **we** cancel for any reason.

   B. **We** may cancel this policy for the following reasons:

      1. **We** may cancel this policy for any reason within the first 59 days of the initial policy period.

      2. After this policy is in effect for more than 59 days, or if this is a renewal or continuation policy, **we** may only cancel for one or more of the following reasons:

        (a) **you** do not pay the required premium for this policy when due;

        (b) material misrepresentation or omission by **you** or **your** representative of any material fact in the procurement or renewal of this policy or in the submission of any claim under this policy;

        (c) increased hazard or material change in the risk assumed that could not have been reasonably contemplated by the parties at the time of assumption of the risk;

        (d) substantial breach of contractual duties, conditions, or warranties that materially affects the insurability of the risk;

        (e) a fraudulent act against **us** by **you** or **your** representative that materially affects the insurability of the risk;

        (f) willful failure by **you** or **your** representative to institute reasonable **loss** control measures that materially affect the insurability of the risk after written notice by **us**;

        (g) loss of facultative reinsurance, or loss of or substantial changes in applicable reinsurance as provided in G.S. 58-41-30;

        (h) **you** are convicted of a crime arising out of acts that materially affect the insurability of the risk;

        (i)   a determination by the Commissioner that the continuation of this policy would place **us** in violation of the laws of North Carolina; or

        (j)   any other reason specified by law.

III.  To the extent that this policy can be ceded to the North Carolina Reinsurance Facility:

    A.  **We** may cancel this policy by mailing a notice of cancellation to the named insured shown on the **declarations page** at the last known address appearing in **our** records at least 15 days before the effective date of cancellation if **we** cancel for any reason.

    B.  **We** may cancel this policy for the following reasons:
       1.  Nonpayment of premium;
       2.  **You** become a nonresident of North Carolina and are not otherwise entitled to insurance through the Reinsurance Facility;
       3.  **Our** contract with the agent through whom this policy is written is terminated for reasons other than the quality of the agent's insureds; or
       4.  This policy is canceled pursuant to a power of attorney given a company licensed according to the provisions of G.S.58-56.

IV.  With respect to cancellation, this policy is neither severable nor divisible. Any cancellation will be effective for all coverage for all persons and all **autos**.

V.  If this policy is canceled, coverage will not be provided as of the effective date and time shown in the notice of cancellation.

## CANCELLATION REFUND

Upon cancellation, **you** may be entitled to a premium refund. However, **our** making or offering of a refund is not a condition of cancellation.

If this policy is canceled, any refund due will be computed on a daily pro-rata basis.

## NONRENEWAL

If **we** decide not to renew or continue this policy, **we** will mail notice of nonrenewal to the first named insured shown on the **declarations page** at the last known address appearing in **our** records. Notice will be mailed at least 45 days before the end of the policy period.

To the extent that this policy can be ceded to the North Carolina Reinsurance Facility, **we** may nonrenew this policy for only one or more of the following reasons:
1.  Nonpayment of premium;
2.  **You** become a nonresident of North Carolina and are not otherwise entitled to insurance through the Reinsurance Facility;
3.  **Our** contract with the agent through whom this policy is written is terminated for reasons other than the quality of the agent's insureds; or
4.  This policy is canceled pursuant to a power of attorney given a company licensed according to the provisions of G.S. 58-56.

**PROOF OF NOTICE**

Proof of mailing of any notice will be sufficient proof of notice.

**ALL OTHER TERMS, LIMITS AND PROVISIONS OF THE POLICY REMAIN UN-CHANGED.**

Form 4881 NC (02/19)

## NORTH CAROLINA AMENDATORY ENDORSEMENT

Except as specifically modified in this endorsement, all provisions of the Commercial Auto Policy apply.

**We** agree with **you** that the insurance provided under **your** Commercial Auto Policy is modified as follows:

### PART I—LIABILITY TO OTHERS

### EXCLUSIONS

The following is added as an additional paragraph at the end of the Exclusions section:

Pollution Exclusion Buy Back—If a payment is made subject to the MCS90 endorsement, the reimbursement language in the MCS90 endorsement is removed for a claim that is not covered under **covered pollution cost or expense** or is excluded under Exclusion 7 or 10 under Part I—Liability to Others.

### GENERAL PROVISIONS

The following Subsection 8—Waiver is deleted in its entirety:

8. **Waiver**

Notice to any agent or knowledge possessed by any agent or other person shall not change or effect a waiver on any portion of this policy nor prevent **us** from exercising any of **our** rights under this policy.

The following is added to Subsection 11—Fraud or Misrepresentation:

This provision does not apply to coverage under Part I—Liability To Others up to the minimum limits required by the financial responsibility laws of North Carolina.

**ALL OTHER TERMS, LIMITS AND PROVISIONS OF THE POLICY REMAIN UN-CHANGED.**

## INDIVIDUAL NAMED INSURED ENDORSEMENT

Not all customers are eligible for this coverage. This endorsement applies to **your** policy only if the form number appears on **your declarations page**. In no event will this coverage apply if the named insured is a corporation, partnership, organization, or any other entity that is not a natural person.

This endorsement changes **your** policy. Please read it carefully.

Except as specifically modified in this endorsement, all provisions of the Commercial Auto Policy apply.

### ADDITIONAL DEFINITIONS USED IN THIS ENDORSEMENT

As used in this endorsement:
1. "**You**" and "**yours**" include **your** spouse, if a resident of the same household, except for notice of cancellation.
2. "**Non-owned auto**" means any **private passenger auto**, pickup, van, or **trailer** not owned by or furnished or available for the regular use of **you** or any **relative**, while it is in the custody of or being operated by **you** or any **relative**, with the permission of its owner.

### CHANGES IN PART I—LIABILITY TO OTHERS

A. If **you** are an individual, Exclusion 6 does not apply to **bodily injury** to **your** or any **relative's** fellow **employees**.

B. If any **private passenger auto you** own is an **insured auto** under Part I—Liability To Others and that **auto** is not used for any business purpose other than ranching or farming:
   1. **Relatives** are **insureds** for any **insured auto you** own that is a **private passenger auto** and is not used for any business purpose other than ranching or farming, and for any other **auto** described in paragraph B.2. of this endorsement.
   2. Any **auto you** do not own is an **insured auto** while being used, with the permission of its owner, by **you** or by any **relative** except:
      a. Any **auto** owned by any **relative**.
      b. Any **auto** furnished or available for **your** or any **relative's** regular use, including any **auto** rented for a period of more than 30 days.
      c. Any **auto** used by **you** or by any of **your relatives** while working in a business of selling, servicing, repairing, or parking **autos**.
      d. Any **auto** other than a **private passenger auto** used by **you** or any of **your relatives** while working in any business or occupation.

3. Exclusion 10 does not apply to any **insured auto** that is a **private passenger auto** and is not used for any business purpose other than ranching or farming.
4. Exclusion 16 is deleted and replaced by the following:
   **Vehicle Sharing—Private Passenger Autos**
   **Bodily injury** or **property damage** arising out of the use of an **insured auto** that is a **private passenger auto** while being used in connection with a **personal vehicle sharing program**. This exclusion does not apply to the operation of an **insured auto** by **you** or a **relative**.

## CHANGES IN PART II—DAMAGE TO YOUR AUTO

A. If any **private passenger auto you** own is an **insured auto** under Part II—Damage To Your Auto, and that **auto** is not used for any business purpose other than ranching or farming, then a **non-owned auto** will also be considered an **insured auto**. However, the most **we** will pay for **loss** to a **non-owned auto** that is a **trailer** is $500.

B. Exclusion 9 is deleted and replaced by the following:
   **We** will not pay for **loss** to an **insured auto** while being used in connection with a **personal vehicle sharing program**. This exclusion does not apply to the operation of an **insured auto** by **you** or a **relative**.

## ALL OTHER TERMS, LIMITS, AND PROVISIONS OF THIS POLICY REMAIN UNCHANGED.

Form Z228 (01/11)

### MOBILE EQUIPMENT AS INSURED AUTOS ENDORSEMENT

Except as specifically modified in this endorsement, all provisions of the Commercial Auto Policy apply.

**We** agree with **you** that the insurance provided under **your** Commercial Auto Policy is modified as follows:

## PART I—LIABILITY TO OTHERS

**ADDITIONAL DEFINITIONS USED IN THIS PART ONLY** is modified as follows:

B. When used in PART I—LIABILITY TO OTHERS, **insured auto** also includes:
   1. **Trailers**, designed primarily for travel on public roads, while connected to **your insured auto** that is a power unit;
   2. **Mobile equipment** while being carried or towed by an **insured auto**;

3. Any **temporary substitute auto**; and
4. Any **mobile equipment** owned by **you**, or if **you** have purchased Hired Auto or Non-owned Auto coverage, leased or hired by **you**, when subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state or province where it is licensed or principally garaged. This does not change the effect of exclusion 13 concerning the operation of **mobile equipment**.

## MEDICAL PAYMENTS COVERAGE

If **you** pay the premium for Medical Payments Coverage, that endorsement is modified as follows:

### ADDITIONAL DEFINITIONS

The definition of "**Insured**" is deleted and replaced by:
"**Insured**" means:
a. if the named insured shown on the **Declarations Page** is a natural person:
   (i) **you** while **occupying** any **auto**, other than an **auto owned** by **you** which is not an **insured auto**;
   (ii) a **relative** while **occupying** an **insured auto**, **temporary substitute auto**, or **non-owned auto**;
   (iii) **you** or any **relative** when struck by a land motor vehicle of any type, or a **trailer**, while not **occupying** a motor vehicle; and
   (iv) any other person while **occupying** an **insured auto**, **temporary substitute auto**, or a **trailer** while attached to an **insured auto**; or
b. if the named insured shown on the **Declarations Page** is a corporation, partnership, organization or any other entity that is not a natural person, any person **occupying your insured auto**, **temporary substitute auto**, or a **trailer** while attached to an **insured auto**.

For purposes of this definition, **insured auto** includes **mobile equipment owned** by **you**, or if **you** have purchased Hired Auto or Non-owned Auto coverage, leased or hired by **you**, when it is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state or province where it is licensed or principally garaged.

## UNINSURED MOTORIST AND UNDERINSURED MOTORIST COVERAGES

If **you** pay the premium for Uninsured Motorist Coverage and/or Underinsured Motorist Coverage, that endorsement is modified as follows:

### ADDITIONAL DEFINITIONS

The definition of "**Insured**" is deleted and replaced by:
"**Insured**" means:
a. if the named insured shown on the **Declarations Page** is a natural person:

- (i) **you** or a **relative**;
- (ii) any person **occupying your insured auto** or a **temporary substitute auto**; and
- (iii) any person who is entitled to recover damages covered by this endorsement because of **bodily injury** sustained by a person described in (i) or (ii) above; or

b. if the named insured shown on the **Declarations Page** is a corporation, partnership, organization or any other entity that is not a natural person:
- (i) any person **occupying your insured auto** or a **temporary substitute auto**; and
- (ii) any person who is entitled to recover damages covered by this endorsement because of **bodily injury** sustained by a person described in (i) above.

For purposes of this definition, **insured auto** includes **mobile equipment owned** by **you**, or if **you** have purchased Hired Auto or Non-owned Auto coverage, leased or hired by **you**, when it is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state or province where it is licensed or principally garaged.

**ALL OTHER TERMS, LIMITS, AND PROVISIONS OF THE POLICY REMAIN UNCHANGED.**

Form Z438 (02/19)

## GARAGE OPERATIONS PHYSICAL DAMAGE
## LEGAL LIABILITY COVERAGE ENDORSEMENT

This endorsement modifies **your** Commercial Auto Policy. Except as specifically modified by this endorsement, all provisions of the Commercial Auto Policy apply.

THIS ENDORSEMENT APPLIES ON A LEGAL LIABILITY BASIS UNLESS ONE OF THE DIRECT COVERAGE OPTIONS LISTED BELOW IS SHOWN ON **YOUR DECLARATIONS PAGE**.

### DIRECT COVERAGE OPTIONS

**Direct Excess Insurance.** If this "Direct Excess" option is shown on **your declarations page**, the On-Hook Towing Physical Damage Legal Liability and Garagekeepers Storage Location Physical Damage Legal Liability coverages provided by this endorsement are modified to apply without regard to **your** or any other **insured's** legal liability for **loss** to a **customer's auto** or **towed property**, and is excess over any other collectible insurance regardless of whether the other insurance covers **your** or any other **insured's** interest or the interest of the owner of the **customer's auto** or **towed property**.

**Direct Primary Insurance.** If this "Direct Primary" option is shown on **your declarations page**, the On-Hook Towing Physical Damage Legal Liability and Garagekeepers Storage Location Physical Damage Legal Liability coverages provided by this endorsement are modified to apply without regard to **your** or any other **insured's** legal liability for **loss** to a **customer's auto**, or **towed property**, and is primary insurance.

### INSURING AGREEMENT—ON-HOOK TOWING PHYSICAL DAMAGE LEGAL LIABILITY COVERAGE

If **you** pay the premium for this On-Hook Towing Physical Damage Legal Liability coverage and it is shown on **your declarations page** as "On-Hook Legal Liability", **we** will pay all sums for which an **insured** is legally liable to pay for **property damage** for **loss** to **towed property**. **We** will pay under this coverage only if a limit of liability and a premium is shown for this coverage on the **declarations page**.

**We** will have the right and duty to defend any **insured** against a lawsuit asking for these damages. However, **we** have no duty to defend any **insured** against a lawsuit seeking damages for **loss** to which this insurance does not apply. **We** may investigate and settle any claim or lawsuit as **we** consider appropriate. **Our** duty to defend or settle ends when the limit of liability for this coverage has been exhausted by payment of judgments or settlements.

### INSURING AGREEMENT—GARAGEKEEPERS STORAGE LOCATION PHYSICAL DAMAGE LEGAL LIABILITY COVERAGE

If **you** pay the premium for this Garagekeepers Storage Location Physical Damage Legal Liability coverage and it is shown on **your declarations page** as "Garagekeepers Legal Liability", **we** will pay all sums for which an **insured** is legally liable to pay as **property damage** for **loss** to a **customer's auto** or **customer's auto** equipment left in the **insured's** care while the **insured** is attending, servicing, repairing, parking, or storing it in **your garage operations** under:

1. Comprehensive Coverage.
   From any cause except:
   a. Collision of the **customer's auto** with another object; or
   b. Overturn of the **customer's auto**.

2. Collision Coverage.
   Caused by:
   a. Collision of the **customer's auto** with another object; or
   b. Overturn of the **customer's auto**.

**We** will have the right and duty to defend any **insured** against a lawsuit asking for these damages. However, **we** have no duty to defend any **insured** against a lawsuit seeking damages for **loss** to which this insurance does not apply. **We**

may investigate and settle any claim or lawsuit as **we** consider appropriate. **Our** duty to defend or settle ends when the limit of liability for this coverage has been exhausted by payment of judgments or settlements.

**We** will pay under this coverage only if a limit of liability and a premium is shown for this coverage on the **declarations page**, and only for the locations listed on **your declarations page**.

## ADDITIONAL DEFINITIONS

The following additional definitions apply throughout this Garage Operations Physical Damage Legal Liability Coverage endorsement whenever the defined term appears in boldface type, whether in the singular, plural, or possessive:

1. "**Customer's auto**" means a customer's land motor vehicle, **trailer**, or **watercraft**, including a **customer's auto** left with **you** for service, repair, storage, or safekeeping. Customers include **your employees** and their **relatives** who pay for services performed.

2. "**Garage operations**" means the ownership, maintenance, or use of the locations shown on **your declarations page** for the purpose of a business of selling, servicing, repairing, parking, or storing **customers' autos**, and that portion of the roads or other accesses that adjoin such locations. **Garage operations** also includes all operations necessary or incidental to the performance of **garage operations**.

3. "**Insured**" means:
   a. **you**; and
   b. **your** partners (if **you** are a partnership), members (if **you** are a limited liability company), employees, directors, or shareholders, but only while acting within the scope of their duties.

4. "**Loaded in or on**" means connected to.

5. "**Towed property**" means tangible property, not owned by or registered to **you**, in transit while **loaded in or on**, or conveyed by, an **insured auto**. **Towed property** also means property when it is moved from the place where **you** accept it for movement by or onto **your insured auto** and after it is moved from **your insured auto** to the place where it is finally delivered by **you**. **Towed property** includes a towed **auto** or **watercraft**.

6. "**Watercraft**" means any craft, boat, vessel, or ship designed to transport persons or property by water.

7. "**Work you performed**" includes:
   a. Work that someone performed on **your** behalf; and
   b. The providing of, or the failure to provide, warnings or instructions.

**ADDITIONAL PAYMENTS**

In addition to **our** limit of liability, **we** will pay for an **insured** under this endorsement:

1. All expenses **we** incur in the settlement of any claim or defense of any lawsuit;
2. The premium on any appeal bond or attachment bond required in any lawsuit **we** defend. **We** have no duty to purchase a bond in a principal amount exceeding **our** limit of liability, and **we** have no duty to apply for or furnish these bonds;
3. Reasonable expenses incurred by that **insured** at **our** request, including loss of earnings up to $250 per day;
4. All costs taxed against the **insured** in any lawsuit against that **insured we** defend; and
5. Interest accruing after entry of judgment on that part of the judgment that does not exceed **our** limit of liability. This does not apply if **we** have not been given notice of suit or the opportunity to defend an **insured**.

   **Our** payment, offer in writing, or deposit in court of that part of the judgment that does not exceed **our** limit of liability ends **our** duty to pay interest that accrues after the date of **our** payment, written offer, or deposit.

**EXCLUSIONS—PLEASE READ THE FOLLOWING EXCLUSIONS CAREFULLY. IF AN EXCLUSION APPLIES, COVERAGE WILL NOT BE PROVIDED.**

1. The On-Hook Towing Physical Damage Legal Liability and Garagekeepers Storage Location Physical Damage Legal Liability coverages under this endorsement do not apply to any of the following:
   a. Liability resulting from any contract or agreement by which the **insured** accepts responsibility for **loss**. This exclusion does not apply to an agreement that is an **insured contract** that was executed prior to the occurrence of any **property damage**;
   b. **Loss** due to theft or conversion caused in any way by **you** or **your** employees, partners, members, directors, or shareholders;
   c. Defective parts or materials;
   d. Faulty **work you performed**;
   e. **Loss** to any of the following:
      (i) Tape decks or other sound-reproducing equipment unless permanently installed in a **customer's auto**;
      (ii) Tapes, records, or other sound-reproducing devices designed to be used with sound-reproducing equipment;
      (iii) Sound-receiving equipment designed for use as a citizens band radio, two-way mobile radio, or telephone or scanning monitor receiver, including its antennas and other accessories, unless permanently installed in the dash or console opening normally used by the **customer's auto** manufacturer for the installation of a radio; or

   (iv) Any device designed or used to detect speed measurement equipment such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed measurement equipment;

 f. **Loss** caused by:
   (i) War, including undeclared or civil war;
   (ii) Warlike action by a military force, including any action to hinder or defend against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents;
   (iii) Insurrection, rebellion, revolution, usurped power, or any action taken by a governmental authority to hinder or defend against any of these; or
   (iv) Nuclear reaction or radioactive contamination.
   This exclusion applies regardless of any other cause or event that contributes concurrently or in any sequence to the **loss**;

 g. **Loss** caused by strikes, lockouts, riots, civil commotion, or disorder; or

 h. **Loss** due to inherent vice, delay, loss of profit, loss of market, loss of market value, or loss of use.

2. On-Hook Towing Physical Damage Legal Liability Coverage does not apply to:
 a. **Loss** to tarpaulins, tools, repair equipment, or materials and equipment for loading or unloading, which are carried in or on the **insured auto**;
 b. **Loss** to any **towed property** while it is in the custody of anyone other than an **insured**;
 c. **Loss** to objects of art, including paintings and statuary;
 d. **Loss** to jewelry; precious or semi-precious stones; gold, silver, platinum, or other precious metals or alloys;
 e. **Loss** to live animals;
 f. **Loss** to papers of any kind, including, but not limited to, money, securities, accounts, bills, currency, food stamps, notes, tickets, any other evidences of debt, passports, deeds, mechanical drawings, blueprints, manuscripts, or exhibits;
 g. Debris removal, including extraction of pollutants from land or water; or removal, restoration, or replacement of polluted land or water;
 h. **Loss** caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property;
 i. **Loss** to contraband or property in the course of illegal transportation or trade;
 j. **Loss** to property caused by contamination or deterioration, including corrosion; decay; fungus; mildew; mold; rot; rust; any quality, fault, or weakness in the property that causes it to damage or destroy itself; or humidity, dampness, dryness, or changes in or extremes of temperature;
 k. **Loss** caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of **pollutants**;
 l. **Loss** caused by or resulting from criminal, fraudulent, dishonest, or illegal acts committed alone or in collusion with another by an **insured**, anyone to whom **you** entrust the **towed property**, or anyone who has an interest in the property;

m. **Loss** caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense;

n. **Loss** caused by the explosion of explosives; or

o. **Loss** to computers and electronic goods, including, but not limited to, computer hardware and component parts, televisions, DVD players, stereo or other sound reproduction equipment, or any other electronic equipment, antennas, and other devices used exclusively to send or receive audio, visual, or data signals, or to store or play back recorded media.

## LIMITS OF LIABILITY

1. **On-Hook Towing Physical Damage Legal Liability Coverage.**

   Regardless of the number, amount, or units of **towed property** or **insured autos**, **insureds**, premiums paid, claims made or lawsuits brought, the most **we** will pay for each **loss** is the aggregate amount of damages to all **towed property** while being **loaded in or on** or conveyed by one **insured auto**, not to exceed the limit of liability shown on the **declarations page** for this "On-Hook Legal Liability" coverage.

   The most **we** will pay for **loss** to any **towed property** is the least of the following amounts:
   a. The actual cash value of the damaged or stolen property at the time of **loss**;
   b. The cost of repairing or replacing the damaged or stolen property with other of like kind and quality to the extent practicable; or
   c. An agreed or appraised value for the property. **We** may keep all or part of the property at the agreed or appraised value, but there shall be no abandonment to **us**.

2. **Garagekeepers Storage Location Physical Damage Legal Liability Coverage.**

   Regardless of the number of **customer's autos** or **insured autos**, **insureds**, premiums paid, claims made, or lawsuits brought, the most **we** will pay for each **loss** at each location is the "Garagekeepers Legal Liability" coverage limit shown on the **declarations page** for that location.

   The most **we** will pay for a **loss** to any one **customer's auto** or all **customer's auto** equipment is the least of the following amounts:
   a. The actual cash value of the damaged or stolen property at the time of **loss**;
   b. The cost of repairing or replacing the damaged or stolen property with other of like kind and quality to the extent practicable; or
   c. An agreed or appraised value for the property. **We** may keep all or part of the property at the agreed or appraised value, but there shall be no abandonment to **us**.

If the repair or replacement results in better than like kind and quality, **we** will not pay for the amount of the betterment.

An adjustment for depreciation or physical condition will be made in determining actual cash value in the event of a total loss.

In the event of payment of actual cash value for a total loss, **we** are entitled to all salvage, or credit for salvage, resulting from such **loss**.

3. **Deductibles.**

   For each **loss** that qualifies for coverage under the On-Hook Towing Physical Damage Legal Liability Coverage, the deductible shown on the **declarations page** will be applied.

   For each **loss** that qualifies for coverage under the Garagekeepers Storage Location Physical Damage Legal Liability Coverage, the "Each auto" deductible shown on the **declarations page** will be applied separately to each **customer's auto** or **towed property** sustaining **loss** as a result of a single **loss** event. The maximum aggregate deductible applied for a single **loss** event will not exceed the "Each occurrence" deductible shown on the **declarations page**.

   If **we** pay all or any part of a deductible in the settlement of any claim or lawsuit, **you** must reimburse **us** for the deductible or the portion thereof that **we** paid.

**ALL OTHER TERMS, LIMITS, AND PROVISIONS OF THE POLICY REMAIN UNCHANGED.**

Form Z439 (02/19)

### NON-OWNED TRAILER PHYSICAL DAMAGE COVERAGE ENDORSEMENT

This endorsement modifies insurance provided by the Commercial Auto Policy. All terms and conditions of the policy apply unless modified by this endorsement.

### INSURING AGREEMENT

Subject to the Limits of Liability, if **you** pay the premium for Non-Owned Trailer Physical Damage Coverage, **we** will pay damages for **property damage** for which **you** become legally responsible because of **loss** to a **trailer** not owned by **you**, and its equipment, while in **your** possession.

**We** will pay for a **loss** to the non-owned **trailer** and its equipment under the coverages described below, as reflected on **your declarations page**:

a. Collision Coverage. For **loss** caused by:
   (i) The **trailer's** collision with another object; or
   (ii) The **trailer's** overturn.
b. Comprehensive Coverage. For any **loss** except one caused by:
   (i) The **trailer's** collision with another object; or
   (ii) The **trailer's** overturn.

**We** will settle or defend, at **our** option, any claim or lawsuit for damages covered by this endorsement. **We** have no duty to settle or defend any lawsuit, or make any additional payments, after the Limit of Liability for this coverage has been exhausted by payment of judgments or settlements.

## ADDITIONAL PAYMENTS

In addition to **our** Limit of Liability, **we** will pay for an **insured**:

a. all expenses **we** incur in the settlement of any claim or defense of any lawsuit;
b. interest accruing after entry of judgment on that part of the judgment that does not exceed **our** Limit of Liability. This payment does not apply if **we** have not been given notice of suit or the opportunity to defend an **insured**.

   **Our** payment, offer in writing, or deposit in court of that part of the judgment which does not exceed **our** Limit of Liability ends **our** duty to pay interest that accrues after the date of **our** payment, written offer, or deposit;
c. the premium on any appeal bond or attachment bond required in any lawsuit **we** defend. **We** have no duty to purchase a bond in a principal amount exceeding **our** Limit of Liability, and **we** have no duty to apply for or furnish these bonds;
d. reasonable expenses, including loss of earnings up to $250 a day, incurred at **our** request;
e. all reasonable expenses necessary to return a stolen **trailer** to **you**, unless **we** determine the **trailer** to be a total loss; and
f. all reasonable expenses necessary to remove a **trailer** from the site of an **accident** or **loss** and transport it to a repair facility.

## ADDITIONAL DEFINITION USED IN THIS ENDORSEMENT

The following definition applies to this endorsement only:

"**Trailer**", when used in this endorsement, includes a shipping container.

## EXCLUSIONS

a. **We** will not pay for **loss** caused by or resulting from any of the following. Such **loss** is excluded regardless of any other cause or event that contrib-

utes concurrently or in any sequence to the **loss**.
  (i)  Nuclear Hazard.
      (1) The explosion of any weapon employing atomic fission or fusion; or
      (2) Nuclear reaction or radiation, or radioactive contamination, however caused.
  (ii) War or Military Action.
      (1) War, including undeclared or civil war;
      (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign, or other authority using military personnel or agents; or
      (3) Insurrection, rebellion, revolution, usurped power, or action taken by a governmental authority in hindering or defending against any of these.
b. **We** will not pay for loss of use.
c. **We** will not pay for **loss** caused by, or resulting from, any of the following unless caused by another **loss** that is covered by this insurance;
  (i)  Wear and tear, freezing, mechanical or electrical breakdown, or structural failure caused by material fatigue, decomposition, or corrosion.
  (ii) Blowouts, punctures, or other road damage to tires.

## LIMIT OF INSURANCE AND DEDUCTIBLE

The most **we** will pay for **loss** to any one **trailer** is the least of the following amounts minus any applicable deductible shown on the **declarations page**:
a. The actual cash value of the damaged or stolen property at the time of the **loss**;
b. The amount necessary to replace the stolen or damaged property with other of like kind and quality;
c. The amount necessary to repair the damaged property to its pre-loss condition; or
d. The applicable Limit of Liability for the property as shown on the **declarations page**.

A single deductible will be applied to any **loss**. In the event there are different deductible amounts applicable to the **loss**, the higher deductible will be applied. In all events, the deductible will be applied against the limit of liability. If a **loss** involves another coverage added by endorsement to the policy, only one deductible will apply to the entire **loss** event. No deductible will apply to payments made under the Additional Payments section for expenses necessary to return a stolen **trailer** to **you**.

## OTHER INSURANCE

The insurance provided for a **loss** to a non-owned **trailer** is primary.

If coverage under more than one policy applies on the same basis, **we** will pay only **our** proportionate share. **Our** proportionate share is the proportion that the

Limit of Liability of this policy bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**ALL OTHER TERMS, LIMITS, AND PROVISIONS OF THE POLICY REMAIN UNCHANGED.**

Form Z442 (02/19)

### ANY AUTOMOBILE LEGAL LIABILITY COVERAGE ENDORSEMENT

Except as specifically modified by this endorsement, all provisions of the Commercial Auto Policy apply.

**We** agree with **you** that the insurance provided under **your** Commercial Auto Policy is modified as follows:

### CHANGES TO PART I—LIABILITY TO OTHERS

I. The following changes are made to the Additional Definitions Used in This Part Only section:

A. The definition of "**insured auto**" is modified to include:

1. **Hired autos**;
2. **Non-owned autos**; and
3. Any other **autos** owned by **you**:
   a. only while being used in the conduct of **your** business; and
   b. that do not qualify as either **hired autos** or as **non-owned autos**.

However, this modification to the definition of **insured auto** does not apply to any **auto** acquired prior to the current policy period. But, for any type of **auto** that **you** acquire during the current policy period, this modification extends coverage to that **auto** during the remainder of the policy period.

B. The following definitions are added:

1. "**Hired auto**" means an **auto**:
   a. **you** lease, hire, rent or borrow; or
   b. **your employee** leases, hires or rents:
      i. under a contract in that individual **employee's** name;
      ii. at **your** direction and with your express permission; and
      iii. only while being used in the conduct of **your** business.
   However, this does not include any **auto you** or an **employee** leas-

es, hires, rents or borrows from any of **your employees**, partners (if **you** are a partnership), members (if **you** are a limited liability company), or member of their households.

2. "**Non-owned auto**" means an **auto**:
   a. that **you** do not own;
   b. that is not a **hired auto**; and
   c. that is being used by **you** in connection with **your** business.
   This includes **autos** owned by **your employees**, partners (if **you** are a partnership), members (if **you** are a limited liability company), or members of their households, but only while such **autos** are used in **your** business.

II. The first paragraph under the Limit of Liability section is deleted and replaced by the following:

Regardless of the number of premiums paid, or the number of **insured autos** or **trailers**, or the number of policies issued by **us**, or the number of vehicles or **insureds** involved in an **accident**, or the number of claims or lawsuits arising out of an **accident**, **we** will pay no more than the limit of liability shown on the **declarations page** for the coverage provided by this endorsement.

**ALL OTHER TERMS, LIMITS, AND PROVISIONS OF THIS POLICY REMAIN UNCHANGED.**





****** **END OF FILE** ******