| | |
|---|---|
| STATE OF NORTH CAROLINA ) <br> ) <br> COUNTY OF MECKLENBURG ) <br> ) <br> ROXANA ELIZABETH GOMEZ, as ) <br> Administrator of the Estate of KARINA ) <br> ELIZABETH GOMEZ RAMIREZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL BRADLEY BENJAMIN and ) <br> CHARLOTTE SHOTCRETE SERVICES, ) <br> LLC., and PROGRESSIVE ) <br> SOUTHEASTERN INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendants. | IN THE GENERAL COURT OF JUSTICE <br> SUPERIOR COURT DIVISION <br> 25 CVS <br><br><br> **COMPLAINT & DECLARATORY JUDGEMENT** |

Plaintiff, ROXANA ELIZABETH GOMEZ, as administrator of the estate of KARINA ELIZABETH GOMEZ RAMIREZ, deceased, by and through counsel, Brian E. Thompson, complaining of Defendants, MICHAEL BRADLEY BENJAMIN and CHARLOTTE SHOTCRETE SERVICES, LLC., alleges as follows:

### GENERAL ALLEGATIONS

1. This is a cause of action for damages in excess of twenty-five thousand dollars and 00/100 ($25,000.00), exclusive of attorney's fees, costs, and interest, and is within the jurisdiction of this Court.

2. Plaintiff ROXANA ELIZABETH GOMEZ is the duly appointed, qualified and acting administrator of the estate of KARINA ELIZABETH GOMEZ RAMIREZ, decedent, pursuant to order entered and letters of office issued by the Superior Court of Mecklenburg County (File 20-E-2318); and a copy of the letters of office is attached, marked "Exhibit A," and made a part of this Complaint.

3. Plaintiff brings this action as administrator pursuant to and as authorized by the Wrongful Death Act, NCGS § 28A-18-2, for the benefit of the next of kin of the decedent.

4. Upon information and belief, Defendant, MICHAEL BRADLEY BENJAMIN, is a resident of Mecklenburg County North Carolina.

5. Upon information and belief, Defendant, CHARLOTTE SHOTCRETE SERVICES, LLC., is, and was at all times herein mentioned, a Limited Liability Company, duly organized and existing according to law, and, as such, operated as a concrete services company in Charlotte, Mecklenburg County, North Carolina, licensed to do business in North Carolina.

6. Upon information and belief Defendant, Progressive Southeastern Insurance Company, insured Defendants under policy 963439874 with $750,000 of coverage.

## MOTOR VEHICLE NEGLIGENCE AGAINST DEFENDANTS

7. Plaintiff hereby re-alleges in the preceding paragraphs, as though fully set forth herein, and further alleges:

8. On or about 7/16/2024 Defendant, MICHAEL BRADLEY BENJAMIN, operated a 2022 RAM motor vehicle on or near US 21 in Huntersville Mecklenburg County, North Carolina.

9. The 2022 RAM motor vehicle operated by Defendant, MICHAEL BRADLEY BENJAMIN, was owned by Defendant, CHARLOTTE SHOTCRETE SERVICES LLC.

10. Defendant, MICHAEL BRADLEY BENJAMIN, operated said motor vehicle owned by Defendant, CHARLOTTE SHOTCRETE SERVICES LLC, with Defendant's, express or implied consent and permission.

11. At that time and place, Defendant, MICHAEL BRADLEY BENJAMIN, negligently operated or maintained the 2022 RAM motor vehicle so that it collided with the vehicle operated by decedent KARINA ELIZABETH GOMEZ RAMIREZ.

12. Further, Defendant, MICHAEL BRADLEY BENJAMIN, was negligent in one or more of the following respects:

    a. Defendant failed to keep and maintain a proper lookout;

    b. Defendant failed to keep and maintain the vehicle under proper control;

    c. Defendant failed to reduce speed in order to avoid a collision;

    d. Defendant committed felony hit and run;

    e. Defendant operated the vehicle recklessly;

    f. Defendant committed felony death by motor vehicle;

    g. Defendant violated North Carolina General Statutes § 20-146(b) and (c) by unlawfully driving the wrong way on a divided highway;

    h. Defendant was otherwise negligent in such ways as may be shown at the trial of this action.

13. As a direct and proximate result of the negligence of Defendant, MICHAEL BRADLEY BENJAMIN, decedent then and there sustained severe injuries, both internally and externally, of which she died of on or about 7/16/2024.

14. The decedent left father Lizandro Gomez and Mother Roxana Gomez all of whom are still living.

## VICARIOUS LIABILITY

15. Plaintiff hereby re-alleges the preceding paragraphs as though fully set forth herein, and further alleges:

16. Moreover, at all times set forth herein MICHAEL BRADLEY BENJAMIN maintained the motor vehicle within the scope of his employment with Defendant, CHARLOTTE SHOTCRETE SERVICES, LLC.

17. At all times set forth herein MICHAEL BRADLEY BENJAMIN maintained, operated, and controlled the aforesaid motor vehicle with the express permission, knowledge, and consent of Defendant, CHARLOTTE SHOTCRETE SERVICES, LLC., in furtherance of Defendant's, CHARLOTTE SHOTCRETE SERVICES, LLC., business.

18. At all times set forth herein, an employment contract existed between MICHAEL BRADLEY BENJAMIN and Defendant, CHARLOTTE SHOTCRETE SERVICES, LLC.

19. At all times set forth herein, a contract existed between MICHAEL BRADLEY BENJAMIN, and Defendant, CHARLOTTE SHOTCRETE SERVICES, LLC., whereby MICHAEL BRADLEY BENJAMIN was employed by Defendant, CHARLOTTE SHOTCRETE SERVICES, LLC., to drive and otherwise operate the aforementioned motor vehicle for Defendant, CHARLOTTE SHOTCRETE SERVICES, LLC's, business purposes.

20. At all times set forth herein MICHAEL BRADLEY BENJAMIN maintained, operated, and controlled the motor vehicle in furtherance of his aforesaid contract with Defendant, CHARLOTTE SHOTCRETE SERVICES, LLC.

## NEGLIGENT RETENTION, TRAINING, & SUPERVISING

21. Plaintiff hereby re-alleges the preceding paragraphs as though fully set forth herein, and further alleges:

22. Upon information and belief, at all times relevant, Defendants, CHARLOTTE SHOTCRETE SERVICES, LLC., negligently failed in its duties to hire, retain, train, and supervise competent and qualified employees, including MICHAEL BRADLEY BENJAMIN.

23. Defendants hired and retained MICHAEL BRADLEY BENJAMIN despite knowing, or having reason to know, that the driver was unfit to operate a motor vehicle safely.

24. Furthermore, upon information and belief, Defendants, CHARLOTTE SHOTCRETE SERVICES, LLC., failed to provide adequate training programs, safety programs, failed to enforce safety protocols necessary to ensure safe driving practices.

25. Defendants, CHARLOTTE SHOTCRETE SERVICES, LLC., also failed to properly supervise its employees to identify and correct unsafe driving practices. These negligent acts and omissions directly contributed to the unsafe operation of the motor vehicle in this loss.

26. The breach of these duties caused the injuries and damages Plaintiff sustained.

**GROSS, WILLFUL, & WANTON NEGLIGENCE AGAINST DEFENDANTS**

27. Plaintiff hereby re-alleges in the preceding paragraphs, as though fully set forth herein, and further alleges:

28. The acts and omissions of MICHAEL BRADLEY BENJAMIN, as alleged above, including the operation of a motor vehicle unlawfully driving the wrong way on a divided highway, too fast for the conditions, and in poor and/or dark lighting, showed an intentional conscious indifference to the rights and welfare of the Plaintiff.

29. The willful and wanton conduct and gross negligence of MICHAEL BRADLEY BENJAMIN as set forth herein, directly and proximately caused the Plaintiff to suffer serious and debilitating injuries and caused the loss of her life.

30. Defendant, CHARLOTTE SHOTCRETE SERVICES, LLC., also retained MICHAEL BRADLEY BENJAMIN despite being aware, or having reason to be aware, of his unfitness to safely operate a motor vehicle.

31. These acts and omissions by the Defendants, MICHAEL BRADLEY BENJAMIN, and CHARLOTTE SHOTCRETE SERVICES, LLC., demonstrated a conscious and reckless disregard for the safety and welfare of others, including the Plaintiff. As a result, the conduct alleged herein constitutes willful and wanton behavior or gross negligence, warranting an award of punitive damages to deter such egregious conduct in the future.

## PUNITIVE DAMAGES

32. Plaintiff hereby re-alleges the preceding paragraphs as though fully set forth herein, and further alleges:

33. As a direct and proximate result of MICHAEL BRADLEY BENJAMIN, and CHARLOTTE SHOTCRETE SERVICES, LLC's, willful and wanton conduct, gross negligence, and carelessness, the Plaintiff was caused to suffer severe debilitating injuries, suffered great pain, anguish of mind, and lost her life. As a result, the Plaintiff has been damaged in excess of $25,000.00, said amount to be proven at the trial of this action.

## DAMAGES

34. Plaintiff hereby re-alleges in the preceding paragraphs, as though fully set forth herein, and further alleges:

35. By reason of the wrongful death of the decedent, the estate and children of the decedent, have sustained pecuniary injury and damages as: expenses for care, treatment and hospitalization incident to the injury resulting in death; pain and suffering of the decedent; funeral expenses of the decedent; lost: income, services, protection, care and assistance of the decedent whether voluntary or obligatory, society, companionship, comfort, guidance, kindly offices and advice.

## DECLARATORY JUDGMENT

36. Plaintiff hereby re-alleges in the preceding paragraphs, as though fully set forth herein, and further alleges:

37. Defendant, PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY, issued a policy of liability insurance to Defendant, CHARLOTTE SHOTCRETE SERVICES, LLC., which was in effect at the time of the subject incident.

38. The policy provides coverage not only for vehicles listed at inception, but also for vehicles acquired by Defendant, before and during the policy period.

39. Additionally, the policy provides coverage for Defendant's agents, permissive drivers, and employees operating vehicles owned by Defendant, CHARLOTTE SHOTCRETE SERVICES, LLC.

40. The truck involved in the subject incident was being used for the benefit of CHARLOTTE SHOTCRETE SERVICES, LLC., by its agent or employee at the time of the collision.

41. Accordingly, the Progressive policy applies to the subject loss and provides coverage for the claims asserted in this matter.

**WHEREFORE**, Plaintiff, ROXANA ELIZABETH GOMEZ, as administrator of the estate of decedent, KARINA ELIZABETH GOMEZ RAMIREZ, demands judgment against defendants for a sum which will adequately and fairly compensate for the damages sustained by reason of decedent's death, plus costs but not limited to:

a. That the Court issue a declaratory judgment in Plaintiff's favor declaring liability coverage through PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY applies for the claims arising out of the loss referenced above;

b. That there be a trial by jury on all issues of fact;

c. Reasonable attorney's fees pursuant to NCGS § 6-21.1 to be taxed to the Defendants;

d. Pre-judgment and post-judgment interest as allowed by law; and

e. For such other and further relief as the Court deems just and proper.

## **TRIAL BY JURY**

Plaintiff, BRIAN E. THOMPSON, demands trial by jury on all matters triable as of right.

This the 16 day of June 2025.

_ /s/ Brian E. Thompson_
Brian E. Thompson
BAR NO. 54316
OF COUNSEL:
Law Offices of Stefan R. Latorre, P.A.
2629 Central Avenue
Charlotte, NC 28205