| STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
|---|---|
| COUNTY OF MECKLENBURG | SUPERIOR COURT DIVISION |
| | 25CV030147-590 |

ROXANA ELIZABETH GOMEZ, as )
Administrator of the Estate of )
KARINA ELIZABETH GOMEZ )
RAMIREZ, )
       Plaintiffs, )
                           ) **VOLUNTARY DISMISSAL**
v. )
                           )
MICHAEL BRADLEY BENJAMIN and )
CHARLOTTE SHOTCRETE SERVICES, )
LLC., and PROGRESSIVE )
SOUTHEASTERN INSURANCE )
COMPANY, )
       Defendants. )

Please take notice that Plaintiffs, by and through his attorneys, Brian Thompson OF COUNSEL of Law Offices of Stefan R. Latorre, P.A. voluntarily dismisses all claims against Defendant PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY, with prejudice, pursuant to N.C.G.S. 1A-1, Rule 41(a).

This 01st day of August 2025.

*Brian C. Thompson*
Brian E. Thompson
NCBN. 54316
OF COUNSEL:
Law Offices of Stefan R. Latorre, P.A.
2629 Central Avenue
Charlotte, NC 28205
Phone: 704-342-1111
brian@thompsonpersonalinjury.com