IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO. 3:25-cv-00913

PROGRESSIVE SOUTHEASTERN )
INSURANCE COMPANY )
                Plaintiff(s), )
v. )
    )
CHARLOTTE SHOTCRETE SERVICES et al. )
    )
                Defendant(s). )

DISCLOSURE BY NON-GOVERNMENTAL CORPORATE PARTY
OF CORPORATE AFFILIATIONS AND OTHER ENTITIES
WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

This disclosure must be filed on behalf of each nongovernmental corporate entity that is a party to the action. Counsel has a continuing duty to update this information. An executed form should be electronically-filed. Plaintiff or the moving party must serve this form on the defendant(s) or respondent(s) when initial service is made.

Progressive Southeastern Insurance Company who is **Plaintiff**
*(Name of Party)*           *(Plaintiff / moving party or defendant)*
makes the following disclosure:

1. Is the party a publicly held corporation or other publicly-held entity?
   ☐ Yes    ☑ No

2. Does the party have any parent corporations?
   ☑ Yes    ☐ No

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

   Progressive Agency Holdings, Inc. (parent)
   The Progressive Corporation (grandparent)

3. Is 10% or more of the stock of a party owned by a publicly-held corporation or other publicly-held entity?
   ☐ Yes    ☑ No

   If yes, identify all such owners:

4. Is there any other publicly-held corporation or other publicly-held entity that has a direct financial interest in the outcome of the litigation?
   ☐ Yes   ☑ No

   If yes, identify the entity and the nature of its interest:

5. Is the party a trade association?
   ☐ Yes   ☑ No

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

   N/A

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee:

   N/A

s/ Camilla F. DeBoard    11/18/2025
Signature of Attorney    Date