IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF NORTH CAROLINA
CHARLOTTE DIVISION 3:25-cv-913

| | |
|---|---|
| PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CHARLOTTE SHOTCRETE SERVICES, L.L.C., MICHAEL BRADLEY BENJAMIN AND ROXANA ELIZABETH GOMEZ, Administrator of the Estate of KARINA ELIZABETH RAMIREZ<br><br>Defendants. | NOTICE OF APPEARANCE |

COMES NOW the law firm of Bovis Kyle Burch & Medlin, by Camilla F. DeBoard, Attorney, and hereby gives notice of appearance on behalf of Plaintiff, in the above-captioned matter

This the 18th day of November, 2025.

/s/Camilla F. DeBoard
Camilla F. DeBoard
North Carolina State Bar No.:41265

BOVIS KYLE BURCH AND MEDLIN

806 Green Valley Road, Suite 203
Greensboro, NC 27408
Telephone: (336) 906-3625
Facsimile: (33) 907-4178
*Attorneys for Plaintiff Progressive Southeastern Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **NOTICE OF APPEARANCE** was served upon the parties to this action filing the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Brian E. Thompson
Law Offices of Stefan R. Latorre, P.A.
2629 Central Avenue
Charlotte, NC 28205
Telephone: (704) 342-1111
Facsimile: (704) 344-0434
Email:
brian@thompsonpersonalinjury.com
*Attorney for Plaintiff*

Steven B. Fox
Teague, Rotenstreich, Stanaland, Fox & Holt, P.L.L.C.
101 South Elm Street, Suite 350
Greensboro, NC 27401
Telephone: 336-272-4810
Facsimile: 336-272-2448
Email: sbf@trslaw.com
*Attorney for Unnamed Defendant Allstate Property & Casualty Insurance Company*

Allen C. Smith
William G. Plumides
Jesse Ochoa
Hedrick Gardner Kincheloe & Gardner, LLP

4201 Congress St., Suite 300
Charlotte, NC 28209
Telephone: 704-602-8038
Facsimile: 704-366-6181
*Attorney for Charlotte Shotcrete Services, LLC*

The undersigned hereby certifies that a copy of the **NOTICE OF APPEARANCE** was served upon Defendant Pro Se via email and via first-class mail, postage prepaid and addressed as follows:

>Michael Bradley Benjamin
>20322 Val Circle
>Cornelius, NC 28031
>*Defendant Pro Se*

This the 18th day of November, 2025.

>/s/Camilla F. DeBoard
>Camilla F. DeBoard
>North Carolina State Bar No.:41265
>
>BOVIS KYLE BURCH AND MEDLIN
>806 Green Valley Road, Suite 203
>Greensboro, NC 27408
>Telephone: (336) 906-3625
>Facsimile: (33) 907-4178
>*Attorneys for Plaintiff Progressive Southeastern Insurance Company*