# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| PROGRESSIVE SOUTHEASTERN INURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CHALOTTE SHOTCRETE SERVICES, L.L.C., MICHAEL BRADLEY BENJAMIN AND ROXANA ELIZABETH GOMEZ, Administration of the Estate of KARINA ELIZABETH RAMIREZ<br><br>Defendants. | Case No: 3:25-cv-913<br><br>**MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADINGS (MEOT)** |

**NOW COMES** Defendant Roxana Elizabeth Gomez, Administrator of the Estate of Karina Elizabeth Ramirez, and respectfully moves this Honorable Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time of thirty (30) days within which to file an Answer or other responsive pleading. In support of this Motion, Defendant shows unto the Court the following:

1. Defendant was served with the Complaint on or about December 9, 2025.

2. Counsel for Defendant has had insufficient time to assemble the information necessary to properly respond to the Complaint.

3. This request is made in good faith and not for purposes of delay, and Plaintiff will suffer no prejudice by the granting of this extension.

**WHEREFORE**, Defendant respectfully requests that this Court grant an extension of thirty (30) days from the current deadline in which to file an Answer or other responsive pleading.

Respectfully submitted this 29th day of December, 2025.

/s/ Brian E. Thompson
Brian E. Thompson, Esq.
Thompson Law Firm
Counsel for Defendant Estate of Karina Elizabeth Ramirez
301 N. Main St., Suite 2449
Winston-Salem, NC 27101
Phone: 336-559-7530
Brian@thompsonpersonalinjury.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was served to the attorney(s) on the Service List below this 29 day of December 2025.

**Service List:**

> Camilla F. DeBoard
> BOVIS KYLE BURCH AND MEDLIN
> 806 Green Valley Road, Suite 203
> Greensboro, NC 27408
> Telephone: (336) 906-3625
> Fax: (336) 907-4178

                                                                                   /s/ Brian E. Thompson
                                                                                     Brian E. Thompson, Esq.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| PROGRESSIVE SOUTHEASTERN INURANCE COMPANY, | ) ) ) | Case No: 3:25-cv-913 |
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| CHALOTTE SHOTCRETE SERVICES, L.L.C., MICHAEL BRADLEY BENJAMIN AND ROXANA ELIZABETH GOMEZ, Administration of the Estate of KARINA ELIZABETH RAMIREZ | ) ) ) ) | |
| Defendants. | ) ) | |

THIS MATTER comes before the Court on Defendant, Roxana Elizabeth Gomez, Administrator of the Estate of Karina Elizabeth Ramirez's, Motion for Extension of Time to file an Answer or other responsive pleadings.

The Court, having reviewed the Motion and finding good cause shown pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, HEREBY ORDERS that the Motion is GRANTED.

Defendant shall have thirty (30) days from the original deadline in which to file an Answer or other responsive pleading.

SO ORDERED.

This the ___ day of _____ 2025.

_____
Clerk of Court or Presiding Magistrate/Judge