# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:25-CV-913-MOC-DCK

| | |
|---|---|
| PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) **ORDER**<br>) |
| v. | )<br>)<br>) |
| CHARLOTTE SHOTCRETE SERVICES, LLC, MICHAEL BRADLEY BENJAMIN, and ROXANA ELIZABETH GOMEZ, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on Defendant Gomez's "Motion For Extension Of Time…" (Document No. 5) filed December 29, 2025. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendant Gomez's "Motion For Extension Of Time…" (Document No. 5) is **GRANTED**. Defendant shall file an Answer, or otherwise respond to Plaintiff's Complaint, on or before **January 29, 2026**.

**SO ORDERED**.

Signed: December 29, 2025

_____
David C. Keesler
United States Magistrate Judge