IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF NORTH CAROLINA
CHARLOTTE DIVISION
3:25-CV-913

| | |
|---|---|
| PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>CHARLOTTE SHOTCRETE SERVICES, LLC, MICHAEL BRADLEY BENJAMIN AND ROXANA ELIZABETH GOMEZ, Administrator of the Estate of KARINA ELIZABETH RAMIREZ,<br><br>    Defendants. | NOTICE OF APPEARANCE |

NOW COMES undersigned counsel, Brett E. Dressler, of the firm Sellers, Ayers, Dortch & Lyons, PA and hereby gives notice to the parties and the Court that the undersigned now appears as counsel for Defendant Michael Bradley Benjamin in this action.

This the 22nd day of January, 2026.

                                          /s/ Brett E. Dressler
                                          Brett E. Dressler
                                          N.C. Bar No. 34516
                                          301 S. McDowell Street, Suite 410
                                          Charlotte, NC 28204
                                          704-377-5050
                                          Email: bdressler@sellersayers.com
                                          *Attorney for*
                                          *Michael Bradley Benjamin*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing NOTICE OF APPEARANCE was served with the Clerk of Court using the CM/ECF system, to the following:

Camilla F. DeBoard
Bovis Kyle Burch and Medlin
806 Green Valley Road, Suite 203
Greensboro, NC  27408
Email:  cdeboard@boviskyle.com
*Attorney for Plaintiff Progressive Southeastern Insurance Company*

Elizabeth Vennum
Hull & Chandler, P.A.
North Carolina
1009 East Boulevard
Charlotte, NC 28203
Email: lvennum@lawyercarolina.com
*Attorney for Charlotte Shotcrete Services, LLC*

Steven B. Fox
Teague, Rotenstreich, Stanaland, Fox & Holt, PLLC
101 South Elm Street, Ste. 350
Greensboro, NC  27401
Email:  sbf@trslaw.com
*Attorney for Unnamed Defendant Allstate Property & Casualty Insurance Company*

Brian E. Thompson
Law Offices of Stefan R. Latorre, PA
2629 Central Avenue
Charlotte, NC  28205
Email:brian@thompsonpersonalinjury.com
*Attorney for Estate of Karina Elizabth Ramirez*

This the 22nd day of January, 2026.

/s/ Brett E. Dressler
Brett E. Dressler
*Attorney for Michael Bradley Benjamin*