IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:25-cv-913

| | |
|---|---|
| PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CHARLOTTE SHOTCRETE SERVICES, L.L.C., MICHAEL BRADLEY BENJAMIN and ROXANA ELIZABETH GOMEZ, Administrator of the Estate of KARINA ELIZABETH RAMIREZ,<br><br>Defendants. | **AFFIDAVIT OF SERVICE AS TO DEFENDANT ROXANA ELIZABETH GOMEZ, Administrator of the Estate of KARINA ELIZABETH RAMIREZ** |

Camilla F. DeBoard, after first being duly sworn, deposes and says:

1. She is the attorney for the Plaintiff in the above-entitled action;

2. That on November 18, 2025, a Complaint for Declaratory Judgment was filed and on December 15, 2025, a Summons issued to Defendant Roxana Elizabeth Gomez, Administrator of the Estate of Karina Elizabeth Ramirez (hereinafter "Defendant Gomez");

3. That on December 15, 2025, copies of the Civil Summons, Complaint, Plaintiff's Disclosure of Corporate Affiliations, and Notice of Appearance of Attorney Camilla F. DeBoard on Behalf of Plaintiff were mailed to Defendant Gomez, 3326 Nevin Brook Road, Charlotte, North Carolina, by USPS Certified Mail, Return Receipt Requested and bearing USPS Tracking No. 9589071052701974627849

4. That on December 20, 2025, an individual at 3326 Nevin Brook Road, Charlotte, North Carolina, apparently received a copy of the above-described documents by USPS Certified Mail Delivery; however, according to USPS Tracking Details and the Certified Mail Receipt, no signature was obtained for Plaintiff to confirm that the package was appropriately delivered;

5. That on December 29, 2025, counsel for Defendant Gomez filed a Motion for Extension of Time for Defendant Gomez to file a response to the Complaint, indicating that Defendant Gomez was served with the Complaint on or about December 9, 2025, which motion was granted on December 30, 2025, allowing Defendant until January 29, 2026, to respond to the Complaint;

6. That on or about January 7, 2025, counsel for Plaintiff made inquiry with counsel for Defendant Gomez as to whether Defendant Gomez planned to contest proper service of the above-described documents;

7. That on January 13, 2026, counsel for Plaintiff had not received a response from counsel for Defendant Gomez, so copies of the Civil Summons, Complaint, Plaintiff's Disclosure of Corporate Affiliations, and Notice of Appearance of Attorney Camilla F. DeBoard on Behalf of Plaintiff were again mailed to Defendant Gomez, 3326 Nevin Brook Road, Charlotte, North Carolina, by FedEx 2-Day Delivery, Direct Signature Required and bearing FedEx Tracking No. 887878476330;

8. That attached hereto and labeled as Exhibit A is a true and accurate copy of the FedEx Proof-of-Delivery for the parcel bearing FedEx Tracking Number 887878476330; indicating that Defendant Gomez was served via FedEx 2-Day Delivery on January 14, 2026, and

9. That Defendant Gomez has been properly served with process, pursuant to the Federal Rules of Civil Procedure.

This the 6th day of February, 2026.

BOVIS, KYLE, BURCH & MEDLIN, LLC

_____
Camilla F. DeBoard
N.C. State Bar No. 41265
806 Green Valley Rd., Suite 203
Greensboro, NC 27408
cdeboard@boviskyle.com
Telephone: (336) 907-3265
Facsimile: (336) 907-4178
*Attorney for Plaintiff*

Sworn to and subscribed before me
this the 6th day of ~~January~~ February, 2026.

Notary Public: _____
Print Notary Name: Richard Glenn
My Commission Expires: 12/28/2028

[Notary Seal: Richard L. Glenn, Notary Public, Guilford County, North Carolina]

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **AFFIDAVIT OF SERVICE AS TO DEFENDANT ROXANA ELIZABETH GOMEZ, Administrator of the Estate of KARINA ELIZABETH RAMIREZ** was served upon the parties to this action filing the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Elizabeth Vennum
Hull & Chandler
1009 East Boulevard
Charlotte, NC 28203
lvennum@lawyercarolina.com
*Attorney for Defendant Charlotte Shotcrete Services, LLC*

Brian E. Thompson
Thompson Law Firm
301 N. Main Street, Suite 2449
Winston-Salem, NC 27101
Brian@thompsonpersonalinjury.com
*Attorney for Defendant Roxana Gomez, Admin of the Estate of Karina Ramirez*

This the 6th day of February, 2026.

BOVIS, KYLE, BURCH & MEDLIN, LLC

/s/Camilla F. DeBoard
Camilla F. DeBoard
N.C. State Bar No. 41265
806 Green Valley Rd., Suite 203
Greensboro, NC 27408
cdeboard@boviskyle.com
Telephone: (336) 907-3265
Facsimile: (336) 907-4178
*Attorney for Plaintiff*