**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DIVISION OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:25-CV-913**

|  |  |
|---|---|
| PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> CHARLOTTE SHOTCRETE SERVICES, LLC, MICHAEL BRADLEY BENJAMIN AND ROXANA ELIZABETH GOMEZ, Administrator of the Estate of KARINA ELIZABETH RAMIREZ, <br><br> Defendants. | **MICHAEL BENJAMIN'S MOTION TO COMPEL NON-PARTY ALLY FINANCIAL INC.'s COMPLIANCE WITH RULE 45 SUBPOENA** |

NOW COMES Defendant Michael Bradley Benjamin ("Benjamin"), by and through undersigned counsel, and moves this Court for an Order compelling non-party Ally Financial Inc. ("Ally") to comply with the Subpoena to Produce Documents, Information, or Objects served in this action. In support, Benjamin shows the Court as follows:

1. This is a declaratory-judgment action concerning insurance coverage issues arising from a July 2024 motor vehicle accident involving a 2022 Ram 3500 identified as VIN 3C63RRJL5NG415048 (the "Vehicle").

2. On February 12, 2026, with consent of all parties, counsel for Benjamin issued a Rule 45 subpoena directed to Ally Financial Inc., c/o CT Corporation System,

Registered Agent, 160 Mine Lake Court, Suite 200, Raleigh, North Carolina 27615-6417. (See Exhibit 1).

3. The subpoena commanded Ally to produce documents on February 27, 2026, at 10:00 a.m. at Sellers Ayers Dortch & Lyons, P.A., 301 S. McDowell Street, Suite 410, Charlotte, North Carolina 28204.

4. The subpoena sought documents directly relevant to the claims and defenses in this action, including Ally's loan/collateral file for the Vehicle, insurance requirements and tracking records, proof-of-insurance records, lender-placed insurance records, and communications with the borrower, dealer, insurer, agent, and vendors concerning insurance coverage, VIN scheduling, and loss payee status.

5. The subpoena and cover letter were sent to Ally's registered agent by certified mail on February 12, 2026. (See Exhibit 2).

6. USPS tracking reflects that the subpoena package was delivered on February 18, 2026, at 11:55 a.m. in Raleigh, North Carolina and was left with an individual. (See Exhibit 3).

7. Benjamin also served notice of the subpoena on counsel of record in this action.

8. The February 27, 2026 compliance date has passed. Ally has not produced documents, served written objections, requested an extension, or otherwise responded to the subpoena.

9. Ally's records are highly relevant. The dealership's insurance acknowledgment for the Vehicle identified Progressive policy number 963439874 and named

Ally Financial as loss payee, making Ally's loan and insurance-monitoring records directly probative of whether the Vehicle was reported, tracked, verified, scheduled, or treated as insured.

10. Benjamin has no adequate alternative source for the complete set of Ally's insurance-tracking, proof-of-insurance, and lender communications concerning the Vehicle.

WHEREFORE, Benjamin respectfully requests that the Court enter an Order:

    a. compelling Ally to produce all documents responsive to the February 12, 2026 subpoena within 14 days of the Court's Order;

    b. requiring Ally, to the extent it withholds any responsive material, to serve a privilege log within the same period;

    c. requiring Ally to identify the custodian(s), system(s), and vendor(s) searched in responding to the subpoena;

    d. awarding Benjamin the reasonable expenses incurred in bringing this motion, including attorneys' fees, to the extent the Court deems such relief appropriate; and

    e. granting such other and further relief as the Court deems just and proper.

Respectfully submitted, this 31st day of March, 2026.

.

        s/ Brett E. Dressler
        Brett E. Dressler
        N.C. Bar No. 34516
        301 S. McDowell Street, Suite 410
        Charlotte, NC 28204
        704-377-5050

Email: bdressler@sellersayers.com
*Attorney for*
*Michael Bradley Benjamin*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing **MICHAEL BENJAMIN'S MOTION TO COMPEL NON-PARTY ALLY FINANCIAL INC.'s COMPLIANCE WITH RULE 45 SUBPOENA** was served with the Clerk of Court using the CM/ECF system, to the following:

Camilla F. DeBoard
Bovis Kyle Burch and Medlin
806 Green Valley Road, Suite 203
Greensboro, NC  27408
Email:  cdeboard@boviskyle.com
*Attorney for Plaintiff Progressive Southeastern Insurance Company*

Elizabeth Vennum
Hull & Chandler, P.A.
North Carolina
1009 East Boulevard
Charlotte, NC 28203
Email: lvennum@lawyercarolina.com
*Attorney for Charlotte Shotcrete Services, LLC*

Brian E. Thompson
Law Offices of Stefan R. Latorre, PA
2629 Central Avenue
Charlotte, NC  28205
Email:brian@thompsonpersonalinjury.com
*Attorney for Estate of Karina Elizabth Ramirez*

This the 31st day of March, 2026.

/s/ Brett E. Dressler
Brett E. Dressler
*Attorney for Michael Bradley Benjamin*