# SELLERS AYERS DORTCH & LYONS, P.A.

ATTORNEYS AT LAW
301 MIDTOWN, SUITE 410
301 SOUTH McDOWELL STREET
CHARLOTTE, NORTH CAROLINA 28204-2686

CHRISTIAN R. AYERS*
JOHN F. AYERS III
ROBERT C. DORTCH, JR.
BRETT E. DRESSLER ††*‡
MICHELLE MASSINGALE DRESSLER**‡
ELLIOT M. ENGSTROM*
CYNTHIA A. JONES*
STEPHEN C. SELLERS *
ROBERT A. WHITLOW †

_____

TIMOTHY G. SELLERS  (Retired 2023)

TELEPHONE
(704) 377-5050

FACSIMILE
(704) 339-0172

\*   Also Admitted in South Carolina
\*\*   Also Admitted in West Virginia
†   Also Admitted in Georgia
††   Also Admitted in Texas
‡   Certified Mediator

_____

CHARLES E. LYONS II  (1960-2016)

February 12, 2026

**CERTIFIED MAIL RETURN RECEIPT**
**REQUESTED # 9314 8699 0430 0145 9360 91**
Ally Financial Inc.
CT Corporation System, Registered Agent
160 Mine Lake Court, Ste. 200
Raleigh, NC 27615-6417

Re:   Progressive Southeastern Insurance Company v. Charlotte Shotcrete Services, LLC, et al. (3:25-cv-913)

Dear Sir or Madam:

Please find enclosed a Subpoena with regards to the above-referenced matter. You may produce the documents requested electronically to bdressler@sellersayers.com if you prefer.

If you have any questions, please do not hesitate to contact me. Thank you in advance for your assistance.

Sincerely,

Brett Dressler

/kg
Enclosure

KG
Sellers Ayers Dortch & Lyons, PA
301 S McDowell St Ste 410
Charlotte, NC 28204



**9314 8699 0430 0145 9360 91**

RETURN RECEIPT (ELECTRONIC)

Ally Financial Inc.
CT Corporation System, Registered Agent
160 Mine Lake Court, Ste. 200
Raleigh, NC 27615-6417

Reference Number: 33801.0001