**UNITED STATES POSTAL SERVICE**

February 19, 2026

Dear Covius Document Services:

The following is in response to your request for proof of delivery on your item with the tracking number: **9314 8699 0430 0145 9360 91**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | February 18, 2026, 11:55 a.m. |
| **Location:** | RALEIGH, NC 27615 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Ally Financial Inc  CT Corporation System  Regis |

## Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 160 MINE LAKE CT STE 200 |
| **City, State ZIP Code:** | RALEIGH, NC 27615-6417 |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | M Ayala  M Ayala |
| Address of Recipient: | 160 mine lake ct |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

---

Information in this section provided by Covius Document Services, LLC.

**Reference Number:** 33801.0001