# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CASE NO.

PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY )
_____ )
                                                )
**Plaintiff(s),**                              )
                                                )
v.                                              )
                                                )
CHARLOTTE SHOTCRETE SERVICES, L.L.C., MICHAEL BRADLEY )
BENJAMIN AND ROXANA ELIZABETH GOMEZ, Administrator of )
the Estate of KARINA ELIZABETH GOMEZ            )
_____ )
                                                )
**Defendant(s).**                              )

## DISCLOSURE BY PARTY OR INTERVENOR
## IN A DIVERSITY CASE

This disclosure must be filed on behalf of each party or intervenor to an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a). Counsel has a continuing duty to update this information. An executed form should be electronically filed. The disclosing party must file this disclosure at the time of the party's first appearance, pleading, petition, motion, response, or other request addressed to the Court. The disclosing party also must serve this form on the other parties to the action.

_____ who is _____
*(Name of Party)*                              *(Plaintiff / Defendant/Movant/Intervenor)*

makes the following disclosures:

   1.    Is the party identified above an individual?

   ___ YES                    ___ NO

   If the answer is "YES," identify the State citizenship of that individual:

   _____

   If the answer is "NO," proceed to question No. 2 below.

2. Identify the name and State citizenship of every individual or entity whose citizenship is attributable[1] to the party identified above:

Name of Individual/Entity         Citizenship

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

s/_____     _____
Signature of Attorney          Date

---

[1] "For purposes of diversity jurisdiction, the citizenship of a limited liability company . . . is determined by the citizenship of all of its members." <u>Cent. W. Va. Energy Co., Inc. v. Mountain State Carbon, LLC</u>, 636 F.3d 101, 103 (4th Cir. 2011).  When members are LLCs themselves, the citizenship issues must be traced through until one reaches only individuals and/or corporations.  <u>See</u> <u>Jennings v. HCR ManorCare, Inc.</u>, 901 F.Supp.2d 649, 651 (D.S.C. 2012) ("an LLC's members' citizenship must be traced through however many layers of members there may be").

NCWD-Citizenship Disclosure – December 2022