# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CASE NO. 3:25-cv-913

Progressive Southeastern Insurance Company )
)
Plaintiff(s), )
)
v. )
)
Charlotte Shotcrete Services, LLC et. al )
)
Defendant(s). )

## DISCLOSURE BY NON-GOVERNMENTAL CORPORATE PARTY
## OF CORPORATE AFFILIATIONS AND OTHER ENTITIES
## WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

This disclosure must be filed on behalf of each nongovernmental corporate entity that is a party to the action. Counsel has a continuing duty to update this information. An executed form should be electronically-filed. Plaintiff or the moving party must serve this form on the defendant(s) or respondent(s) when initial service is made.

Progressive Southeastern Insurane Company who is **Plaintiff**
_(Name of Party)_ _(Plaintiff / moving party or defendant)_
makes the following disclosure:

1. Is the party a publicly held corporation or other publicly-held entity?
   ☐ Yes    ☑ No

2. Does the party have any parent corporations?
   ☑ Yes    ☐ No

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
   see below.*

3. Is 10% or more of the stock of a party owned by a publicly-held corporation or other publicly-held entity?
   ☐ Yes    ☑ No

   If yes, identify all such owners:

NCWD-Corporate Disclosure – Sept. 2016

4.  Is there any other publicly-held corporation or other publicly-held entity that has a direct financial interest in the outcome of the litigation?

☐ Yes   ☑ No

If yes, identify the entity and the nature of its interest:

5.  Is the party a trade association?

☐ Yes   ☑ No

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6.  If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee:

s/ Camilla F. DeBoard
Signature of Attorney

04/03/2026
Date

*2. Progressive Southeastern Insurance Company is an Indiana corporation located at 111 Congressional Blvd Suite 150 Carmel, IN 46032. It is a wholly owned subsidiary of Progressive Agency Holdings, Inc., a Delaware Corporation with an address of c/o Corporation Trust Center 1209 Orange Street Wilmington, DE 19801. Progressive Agency Holdings, Inc. is a wholly owned subsidiary of The Progressive Corporation, a publiclly traded Ohio holding company with its principal place of business located at 300 N Commons Blvd Mayfield Village, Ohio. Progressive Southeastern Insurance Company is 100 percent owned by Progressive Agency Holdings, Inc., which is 00 percent owned by the Progressive Corporation (an Ohio Company).