# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### Civil Action No. 3:25-cv-913

| | |
|---|---|
| Progressive Southeastern Insurance Company,<br><br><br>Plaintiff,<br><br>v.<br><br>Charlotte Shotcrete Services, LLC, Michael Bradley Benjamin, and Roxana Elizabeth Gomez, Administration of the Estate of Karina Elizabeth Ramirez,<br><br><br>Defendants. | <br><br><br><br><br><br><u>Joint Consent Motion for Leave to Depose Inmate</u> |

NOW COME the attorneys of record for Plaintiff Progressive Insurance Company, Defendant Charlotte Shotcrete Services, LLC, Defendant Michael Bradley Benjamin, and Defendant Roxana Elizabeth Gomez (collectively, "Moving Counsel"), and respectfully move the Court pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure for entry of an order granting leave of Court to take the deposition of Defendant Michael Bradley Benjamin, who is confined to prison. In support of this Motion, Moving Counsel shows unto the Court as follows:

Case 3:25-cv-00913-MEO-DCK    Document 29    Filed 06/18/26    Page 1 of 5

1. The present action concerns whether Plaintiff Progressive Southeastern Insurance Company owes defense and/or indemnity obligations in connection with claims arising from a July 16, 2024 motor vehicle accident involving a 2022 Dodge Ram operated by Michael Bradley Benjamin.

2. Benjamin is a party to this action and has personal knowledge concerning matters relevant to the claims and defenses in this declaratory judgment action.

3. Benjamin is currently serving a sentence at Lumberton Correctional Institution, located at 75 Legend Road, Lumberton, North Carolina 28359. Accordingly, pursuant to Rule 30(a)(2)(B), leave of Court is required before his deposition may be taken.

4. Good cause exists for the deposition because Benjamin's testimony is relevant and proportional to the needs of the case.

5. A deposition of Benjamin has also been authorized in the related underlying wrongful death action now pending in Mecklenburg County Superior Court. To avoid duplication, unnecessary burden, and unnecessary expense, Moving Counsel seek leave to coordinate Benjamin's deposition with the deposition authorized in the related state-court action, including by cross-noticing the deposition in this federal action and permitting counsel for all parties to this action to attend and examine the witness.

6. Moving Counsel has coordinated with counsel in the underlying state court action to secure a date when Benjamin can be deposed with the permission of the prison.

7. Benjamin's counsel has indicated his consent to the deposing of Benjamin while he is confined to prison.

8. Pursuant to LCvR 7.1(b), the undersigned counsel has conferred with counsel for all other moving parties, and all other parties consent and join in this motion.

Therefore, Moving Counsel respectfully requests that the Court enter an Order granting leave for all moving Counsel to depose Defendant Michael Bradley Benjamin while he is confined, and permitting the deposition to be coordinated with the related state court deposition.

This, the 18th day of June, 2026

**Consented to by:**

| | |
|---|---|
| /s/ Camilla F. DeBoard | /s/ Brian E. Thompson |
| Camilla F. DeBoard | Brian E. Thompson, Esq. |
| NC State Bar No. 41265 | NC State Bar No. 54316 |
| Bovis Kyle Burch and Medlin | Thompson Law Firm |
| 806 Green Valley Road, Suite 203 | 301 N. Main St., Suite 2449 |
| Greensboro, NC 27408 | Winston-Salem, NC 27101 |
| Telephone: (336) 906-3625 | Phone: 336-559-7530 |
| Fax: (336) 907-4178 | *Counsel for Defendant* |
| *Counsel for Plaintiff* | *Estate of Karina* |
| | *Elizabeth Ramirez* |

/s/ Brett Dressler
Brett Dressler
NC State Bar No. 34516
Sellers Ayers Dortch Lyons
301 S. McDowell Street Suite 410
Charlotte, NC 28204
Phone: (704) 337-5050
bdressler@sellersayers.com
*Counsel for Defendant Michael Benjamin*

/s/ Elizabeth Vennum
Elizabeth Vennum
NC State Bar No. 49747
Hull & Chandler
1009 East Boulevard
Charlotte, NC 28203
Tel. (704) 375-8488
Fax (704) 375-8487
lvennum@lawyercarolina.com
*Counsel for Charlotte Shotcrete
 Services LLC*

## <u>Certificate of Service</u>

This is to certify that on this date the undersigned filed the foregoing using the Court's CM/ECF system which will send notification of such filing to the following CM/ECF participants:

Camilla F. DeBoard
Bovis Kyle Burch and Medlin
806 Green Valley Road, Suite 203
Greensboro, NC 27408
Telephone: (336) 906-3625
Fax: (336) 907-4178
*Counsel for Plaintiff*

Brian E. Thompson, Esq.
Thompson Law Firm
301 N. Main St., Suite 2449
Winston-Salem, NC 27101
Phone: 336-559-7530
*Counsel for Defendant Estate of
Karina Elizabeth Ramirez*

Brett Dressler
Sellers Ayers Dortch Lyons
301 S. McDowell Street Suite 410
Charlotte, NC 28204
Phone: (704) 337-5050
bdressler@sellersayers.com
*Counsel for Defendant Michael Benjamin*

This, the 18th day of June, 2026

**HULL & CHANDLER**

By: */s/ Elizabeth Vennum*
     Elizabeth Vennum
     N.C. State Bar No. 49747
     Hull & Chandler
     1009 East Boulevard
     Charlotte, NC 28203
     Tel. (704) 375-8488
     Fax (704) 375-8487
     lvennum@lawyercarolina.com