**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**_____ DIVISION**
**CIVIL CASE NO. _____**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| **Plaintiff(s),** | ) | |
| | ) | |
| **vs.** | ) | **DESIGNATION OF MEDIATOR** |
| | ) | |
| | ) | |
| | ) | |
| **Defendant(s).** | ) | |

Pursuant to the Pretrial Order and Case Management Plan entered _____,

counsel for Plaintiff(s)/Defendant(s), on behalf of all parties, submit this report stating the

identity of the mediator upon whom the parties have agreed.  The parties agree upon and

have selected the following individual to serve as mediator in the above-captioned case:

_____
_____
_____

Respectfully submitted this ___ day of _____, _____.

By: /s/Plaintiff/Defendant
Plaintiff/Defendant
Name, Law Firm of . . . . .
Counsel for _____
Full Street Address
100 Market Street
Charlotte, NC 28202
Tel: (704) 123-4567
Fax: (704) 123-4567

## <u>Certificate of Service</u>

This is to certify that on this date the undersigned filed the foregoing using the Court's CM/ECF system which will send notification of such filing to the following CM/ECF participants:

Camilla F. DeBoard
Bovis Kyle Burch and Medlin
806 Green Valley Road, Suite 203
Greensboro, NC 27408
Telephone: (336) 906-3625
Fax: (336) 907-4178
*Counsel for Plaintiff*

Brian E. Thompson, Esq.
Thompson Law Firm
301 N. Main St., Suite 2449
Winston-Salem, NC 27101
Phone: 336-559-7530
*Counsel for Defendant Estate of Karina Elizabeth Ramirez*

Brett Dressler
Sellers Ayers Dortch Lyons
301 S. McDowell Street Suite 410
Charlotte, NC 28204
Phone: (704) 337-5050
bdressler@sellersayers.com
*Counsel for Defendant Michael Benjamin*

This, the 10th day of June, 2026

### HULL & CHANDLER

By: */s/ Elizabeth Vennum*
Elizabeth Vennum
N.C. State Bar No. 49747
Counsel for Defendant
Hull & Chandler
1009 East Boulevard
Charlotte, NC 28203
Tel. (704) 375-8488
Fax (704) 375-8487
lvennum@lawyercarolina.com