**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:25-CV-913-MEO-DCK**

| | | |
|---|---|---|
| **PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY,** | ) ) ) | |
| **Plaintiff,** | ) ) | **ORDER** |
| **v.** | ) ) ) | |
| **CHARLOTTE SHOTCRETE SERVICES, LLC, et al.,** | ) ) ) | |
| **Defendants.** | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Consent Motion For Leave To Depose Inmate" (Document No. 29) filed June 18, 2026. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C §636(b) and immediate review is appropriate. Having carefully considered the motion, the record, and the applicable authority, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Consent Motion For Leave To Depose Inmate" (Document No. 29) is **GRANTED**. The parties may take the deposition of Michael Bradley Benjamin as agreed by the parties and pursuant to Fed.R.Civ.P. 30(a)(2)(B).

**SO ORDERED**.

Signed: July 27, 2026

David C. Keesler
United States Magistrate Judge