IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:25-cv-913

| | |
|---|---|
| PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CHARLOTTE SHOTCRETE SERVICES, L.L.C., MICHAEL BRADLEY BENJAMIN and ROXANA ELIZABETH GOMEZ, Administrator of the Estate of KARINA ELIZABETH RAMIREZ,<br><br>Defendants. | **JOINT MOTION TO SUBSTITUTE MEDIATOR AND TO MODIFY CASE MANAGEMENT PLAN** |

**COMES NOW**, The parties, jointly and through counsel, request the Court substitute the current mediator for Michael McDaniel. In support of this motion, the Parties note the following:

1. This case arises out of a complaint for declaratory judgment to determine whether Plaintiff's insurance policy issued to Charlotte Shotcrete Services, LLC provides indemnity and defense coverage to a claim for damages by the Estate of Karina Gomez.

2. The Estate of Karina Gomez has filed a lawsuit in the General Court of Justice, Superior Court Division of Mecklenburg County, North Carolina, captioned *Roxana E. Gomez as Administrator of the Estate of Karina E. G.*

*Ramirez v. Michael Bradley Benjamin, et. Al*, 25CV030147-590 ("Liability Action").

3. The Liability Action parties designated Michael McDaniel as mediator and scheduled mediation for this matter on January 7, 2027.

4. The mediation deadline for the federal action is September 18, 2026.

5. Discovery has been diligently pursued in both the federal and state case. However, due to the restrictions on Mr. Benjamin's availability because of his incarceration, his deposition was not taken until August 2026.

6. Mr. Benjamin's deposition revealed the need for additional discovery.

7. The parties need additional time to complete discovery and to complete mediation and combine it with the Liability Action to be most beneficial to all parties.

8. The Parties specifically request an extension of deadlines as follows:

| Item | Prior Deadline | New Deadline |
|---|---|---|
| Mediation Report | September 18, 2026 | January 12, 2027 |
| Completion of Discovery | September 18, 2026 | January 12, 2027 |
| Filing of Dispositive Motions | October 16, 2027 | February 1, 2027 |
| Trial Term | March 1, 2027 | May 1, 2027 |

Wherefore, The Parties respectfully request the Court enter an order granting its motion to extend deadlines, substitute the designation of mediator, and for such other and further relief as the Court deems just and proper.

This the 14th day of September, 2026.

BOVIS, KYLE, BURCH & MEDLIN, LLC

/s/ Camilla F. DeBoard
Camilla F. DeBoard
N.C. State Bar No. 41265
806 Green Valley Rd., Suite 203
Greensboro, NC 27408
Email: cdeboard@boviskyle.com
Telephone: (336) 907-3265
Facsimile: (336) 907-4178
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **JOINT MOTION TO SUBSTITUTE MEDIATOR AND TO MODIFY CASE MANAGEMENT PLAN was** served upon the parties to this action filing the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Elizabeth Vennum
Hull & Chandler
1009 East Boulevard
Charlotte, NC 28203
lvennum@lawyercarolina.com
*Attorney for Defendant Charlotte Shotcrete Services, LLC*

Brian E. Thompson
Thompson Law Firm
301 N. Main Street, Suite 2449
Winston-Salem, NC 27101
Brian@thompsonpersonalinjury.com
*Attorney for Defendant Roxana Gomez, Admin of the Estate of Karina Ramirez*

Brett E. Dressler
Sellers, Ayers, Dortch & Lyons, PA
301 S. McDowell Street, Suite 410
Charlotte, NC 28204
bdressler@sellersayers.com
*Attorney for Michael Bradley Benjamin*

This the 14th day of September, 2026.

BOVIS, KYLE, BURCH & MEDLIN, LLC

*/s/ Camilla F. DeBoard*
Camilla F. DeBoard
N.C. State Bar No. 41265
806 Green Valley Rd., Suite 203
Greensboro, NC 27408
Email: cdeboard@boviskyle.com
Telephone: (336) 907-3265
Facsimile: (336) 907-4178
*Attorney for Plaintiff*