IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:25-cv-913

PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY,

Plaintiff,

v.

CHARLOTTE SHOTCRETE SERVICES, L.L.C., MICHAEL BRADLEY BENJAMIN and ROXANA ELIZABETH GOMEZ, Administrator of the Estate of KARINA ELIZABETH RAMIREZ,

Defendants.

**ORDER ON JOINT MOTION TO SUBSTITUTE MEDIATOR AND TO MODIFY CASE MANAGEMENT PLAN**

THIS CAUSE COMING ON TO BE HEARD before the undersigned Judge Presiding, upon joint motion of the parties to substitute mediator and modify the case management plan, and it appearing to the Court that the motion is well taken and should be allowed;

Now, Therefore, it is ordered, adjudged, and decreed, that the deadlines in the case management order shall be modified as follows:

| Item | Prior Deadline | New Deadline |
|---|---|---|
| Mediation Report | September 18, 2026 | January 12, 2027 |
| Completion of Discovery | September 18, 2026 | January 12, 2027 |
| Filing of Dispositive Motions | October 16, 2027 | February 1, 2027 |
| Trial Term | March 1, 2027 | May 1, 2027 |

Further, the mediator in this matter is substituted to Michael McDaniel.

This the ______ day of ______________, 2026.