IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25-CV-913-MEO-DCK

| | | |
|---|---|---|
| **PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY,** | ) | |
| **Plaintiff,** | ) | **ORDER** |
| **v.** | ) | |
| **CHARLOTTE SHORTCRETE SERVICES, LLC., et al.,** | ) | |
| **Defendants.** | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Parties' "Joint Motion To Substitute Mediator And To Modify Case Management Plan" (Document No. 34) filed September 14, 2026. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Orso's chambers, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the Parties' "Joint Motion To Substitute Mediator And To Modify Case Management Plan" (Document No. 34) is **GRANTED**. The deadlines are revised as follows: Discovery Completion – **January 12, 2027**; Mediation Report – **January 15, 2027**; Dispositive Motions – **February 1, 2027**; and Trial – **TBD**.

**IT IS FURTHER ORDERED** that the Mediator in this matter is Michael McDaniel.

**SO ORDERED**.

Signed: September 22, 2026

David C. Keesler
United States Magistrate Judge