IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:25-cv-913

| | |
|---|---|
| PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>*v.*<br><br>CHARLOTTE SHOTCRETE SERVICES, L.L.C., MICHAEL BRADLEY BENJAMIN AND ROXANA ELIZABETH GOMEZ, Administrator of the Estate of KARINA ELIZABETH RAMIREZ<br><br>Defendants. | **NOTICE OF APPEARANCE** |

**COMES NOW** the law firm of Bovis Kyle Burch & Medlin, by Caroline A. DeCarvalho, Attorney, and hereby gives notice of appearance on behalf of Plaintiff, in the above-captioned matter.

This the 19th day of October, 2026.

/s/Caroline A. DeCarvalho
Caroline A. DeCarvalho NC Bar No. 63336
Camilla F. DeBoard NC Bar No.:41265
BOVIS KYLE BURCH AND MEDLIN
804 Green Valley Road, Suite 101
Greensboro, NC 27408
Telephone: (336) 906-3625
Facsimile: (33) 907-4178
*Attorneys for Plaintiff Progressive Southeastern Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF APPEARANCE** was served upon the parties to this action filing the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Elizabeth Vennum
Hull & Chandler
1009 East Boulevard
Charlotte, NC 28203
Email: lvennum@lawyercarolina.com
*Attorney for Defendant Charlotte Shotcrete Services, LLC*

Brian E. Thompson
Thompson Law Firm
301 N. Main Street, Suite 2449
Winston-Salem, NC 27101
Email:
Brian@thompsonpersonalinjury.com
*Attorney for Defendant Roxana Gomez, Admin of the Estate of Karina Ramirez*

Brett E. Dressler
Sellers, Ayers, Dortch & Lyons, PA
301 S. McDowell Street, Suite 410
Charlotte, NC 28204
Email: bdressler@sellersayers.com
*Attorney for Michael Bradley Benjamin*

This the 19th day of October, 2026.

/s/Caroline A. DeCarvalho
Caroline A. DeCarvalho NC Bar No. 63336
Camilla F. DeBoard NC Bar No.:41265
BOVIS KYLE BURCH AND MEDLIN
804 Green Valley Road, Suite 101
Greensboro, NC 27408
Telephone: (336) 906-3625
Facsimile: (33) 907-4178
*Attorneys for Plaintiff Progressive Southeastern Insurance Company*